UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JARI MCPHERSON and JERALD SAMS, and DANIEL MARTINEZ, <br> *Plaintiffs,* <br><br> v. <br><br> TEXAS DEPARTMENT OF PUBLIC SAFETY, and Director Steven C. McCraw, in his official capacity, <br> *Defendants*. | § § § § § § § § § § § | Case No. 1:20-cv-01223-DAE |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Came on this day for consideration the Plaintiffs' unopposed motion for leave to exceed the page limit for their response to Defendants' motion for summary judgment. Having considered the motion, the Court is of the opinion that the motion is meritorious and is therefore GRANTED.

Therefore, Plaintiffs are allowed up to 45 pages for the content of their response to Defendants' motion for summary judgment.

SO ORDERED.

SIGNED this ____ day of _____, 2023.

_____
DAVID EZRA
United States District Judge