UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JARI MCPHERSON and | § | |
| JERALD SAMS, and DANIEL | § | |
| MARTINEZ, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 1:20-cv-01223-DAE |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| PUBLIC SAFETY, and Director Steven | § | |
| C. McCraw, in his official capacity, | § | |
| *Defendants*. | § | |

**PLAINTIFFS' MSJ RESPONSE EXHIBITS**
**TABLE OF CONTENTS**

**Ex. 1** – Notzon Declaration

**Ex. 2** – Martinez Depo Excerpts

**Ex. 3** – McPherson Depo Excerpts

**Ex. 4** – Sams Depo Excerpts

**Ex. 5** – Martinez Declaration

**Ex. 6** – Krueger Depo Excerpts

**Ex. 7** – Goodwin Depo Excerpts

**Ex. 8** – Martinez 113B Captain's Promotion Packet

**Ex. 9** – Holguin Depo Excerpts

**Ex. 10** – OIG Investigation Report

**Ex. 11** – McPherson Charge of Discrimination

**Ex. 12** – Koenig Depo Excerpts

**Ex. 13** – Martinez Charge of Discrimination

**Ex. 14** – Ortiz Depo Excerpts

**Ex. 15** – Hanson Depo Excerpts

**Ex. 16** – Manager Evaluation

**Ex. 17** – Saldivar Depo Excerpts

**Ex. 18** – Capitol CID Org Chart – 10/15/19

**Ex. 19** – Martinez Written Discrimination Complaint-6/10/20

**Ex. 20** – Martinez ADA Hardship Transfer Request and Denial

**Ex. 21** – Helton Complaints

**Ex. 22** – Richards Depo Excerpts

**Ex. 23** – Joy Depo Excerpts

**Ex. 24** – Sanchez Depo Excerpts

**Ex. 25** – Jones Depo Excerpts

**Ex. 26** – Nieronow Offensive Image

**Ex. 27** – 4/15/19 OIG Letter Regarding Sams Complaints

**Ex. 28** – 1/15/20 Sustained Allegations On Richards

**Ex. 29** – 8/15/18 Posting for Mounted Unit

**Ex. 30** – 10-31-17-Sams Demotion Letter

**Ex. 31** – 3/17/20 Allegations Not Sustained

**Ex. 32** – OIG Conley Interview

**Ex. 33** – OIG Richards Interview

**Ex. 34** – EEOC Time Calculator

**Ex. 35** – Life Saving Award Nomination

**Ex. 36** – Verduzco Depo Excerpts

**Ex. 37** – Sams Performance Evaluation - 2017

**Ex. 38** – Martinez's Intake Questionnaire-10/4/21

**Ex. 39** – Martinez EEOC Charge 4/1/22