# EX. 1

## DECLARATION

I, Robert Notzon, am over 18 years of age with no restriction upon my ability to make this declaration.

1. The attached exhibits, 1-39 (other than the two recordings that will be physically delivered to the court and opposing counsel at a moderately later time), are true and correct copies of documents that were received and/or produced in discovery in this case, executed by the person indicated on the document, or are accurate representations of the information contained therein.

I certify under penalty of perjury that the foregoing is true and correct based upon my personal knowledge. Executed this 2nd day of June 2023.

Signature   /s/Robert Notzon

Robert Notzon