


# TEXAS DEPARTMENT OF PUBLIC SAFETY
## PROMOTION QUALIFICATION FORM

| Statewide | Captain/CID | Statewide | 10/18/2021 |
|---|---|---|---|
| Vacancy Location(s) | Vacancy Rank/Division | Vacancy Region(s) (numerical) | Vacancy Deadline Date |

## I. PERSONAL DATA

| Daniel Martinez | Daniel Martinez | Lieutenant |
|---|---|---|
| Full Name of Employee | Employee Name as Listed in Outlook | Present Rank |

| CID/CID/Organized Crime | 7/C/1/CID Squad | Austin | 512 424-0207 x 0207 |
|---|---|---|---|
| Present Division/Service/Section | Reg/Dist/Co/Unit | Location (City) | Work Phone Number/Ext. |

| 3/28/2008 | 12596 / 0642 | 915 549-3056 |
|---|---|---|
| DPS Commission Date | ID Number / Last 4 of SS Number | Cell Phone Number |

**DOCUMENTS ATTACHED:**
- ☒ ETR-164 Physical Readiness Test/Alternative Physical Test Score Sheet or Waiver
- ☒ Latest Performance Evaluation-Ratings of at least "Meets Expectations"

Have you had a sustained *Complaint* or sustained *EEO Policy Violation* during your career with DPS: ☒ Yes ☐ No

In any consecutive 5 year period, have you had 3 or more fleet collisions in which you were shown to have causative contributing factors: ☐ Yes ☒ No

☒ By marking this box I certify that I am eligible for this position and have submitted an HR-112 to my supervisor

## II. ACADEMIC QUALIFICATIONS

Attending Park University and pursuing a Bachelors of Science Degree in Social Psychology expected completion date of 03/2022 (As of 10/2021- 127 Hours)

Degree(s)/Date(s) of Completion & Major Field(s) of Study (*If Pursuing Degree – Indicate Information & Expected Completion Date*)

## III. CERTIFICATIONS / TRAINING

Describe certifications, licenses, formal skills or training. (*Information should be presented without narrative, be concise, include dates, listing only items of significance relevant to the position to which you are applying and **do not list awards**.*)

02/20- Texas Rangers Officer Involved Shootings Investigations
02/20- FEMA Bombing Prevention Awareness & IED Search Procedures Course
02/20- Suicide Awarness for Supervisors
01/20- Protecting America's Schools - A U.S. Secret Service Analysis of Targeted School Violence
04/19- Northwestern University School of Police and Staff Command Class #455
10/18- DPS Leadership College
10/18-Resiliency Training Assistor Certification
10/18-Business Acumen and Fiscal Literacy
09/18- Project Management for Leaders
09/18- Contract Monitor Training for Leaders
09/18- Mid-Manager Evaluations Training
09/18- Overcoming Conflict
09/18-Change Management
09/18- The 15 Invaluable Laws of Growth
05/18- Texas FBINAA Command College Course
03/17- DPS Leadership Development School/CID First Line Supervision
03/17- TX GANG Database Train the Trainer
01/17- Criminal Enterprise Investigations
09/16- Texas Police Association Law Enforcement Leadership Conference
04/16- SPURS Train the Trainer
11/15- Performance Management

DPS_009350

## IV. PRE-DPS WORK EXPERIENCE

Describe work experiences you had prior to entering duty with DPS that are **relevant to the position to which you are applying**. (*This experience may have been obtained in another law enforcement agency, the military or in a public and/or private industry.*)

| Position Dates (To/From) | Organization, Title/Position Held | Brief Description of Duties |
|---|---|---|
| 04/19/2010 - 04/19/2009 | U.S. Marine Corps, Sergeant/ Assistant Section Leader II MEF- MNF Iraq West, PSD Military Police | Planned, prepared, and executed assigned missions in accordance with detachment operating procedures. Escorted the Deputy Commanding General of Multi- National Force Iraq West to key leader engagements that were vital to the strategic mission in Iraq. Maintained the ability to conduct a motorized combat patrol and security details to essential combat personnel within a 30 minute notice. Responsible for the accountability, welfare and readiness of all personnel assigned to the Detachment. Provided for the mental development of Marines through education, training, counseling, and mentoring. Secondary billet as an Intelligence Marine for the II MEF-Iraq West, Personal Security Detachment. |
| 08/24/2007- 08/25/2003 | U.S. Marine Corps, Sergeant-Corporal, Military Police MCB Camp Butler, Okinawa, Japan | Responsible for the law enforcement and traffic enforcement aboard military installations in accordance with the Uniform Code of Military Justice. Thoroughly investigated and prepared crash reports to include fatalities involving military personnel and U.S. Status of Forces Agreement personnel. Maintained records, reviewed and approved crash reports for five crash investigators under my charge. Conducted drive safe briefs to various units in and around the Okinawa Japan area of operations. Served as a position safety officer for live fire ranges and pistol qualifications. Provided for the mental development of Marines through education, training, counseling, and mentoring. Responsible |
|  |  |  |
|  |  |  |

DPS_009351

## V. DPS WORK EXPERIENCE

List the work experiences that you have had within DPS, **beginning with your present position and assignment,** then your preceding experiences down to first duty assignment. Listing recruit school is not necessary. *(Information should be concise; an additional page is provided at the end of this document for continuation, if needed.)*

| Position Dates (To/From) | Division/Service/ Section Region/District/Area | Assignment Title and Description |
|---|---|---|
| Present-10/2019 | CID/Investigations/7C1 | Criminal Investigations Division, Lieutenant (Austin Capitol) -Responsible for planning, directing, managing, supervising and coordinating the daily operations of the Capitol Complex Investigations Squad. -Responsible for coordinating resources and personnel to cover all duties as assigned in an effort to maintaining the safety and security of visitiors and personnel assigned to the Capitol Complex Area of Responsibility (AOR). |
| 12/2015-10/2019 | CID/Gangs/4A1 | Criminal Investigations Division, Lieutenant (El Paso) -Responsible for planning, directing, managing, supervising and coordinating the daily operations of the gang unit. -Responsible for District 4A Entrusted Property and Asset Forfeiture. Routinely conduct SPURS and TX GANG training througout Region 4. |
| 11/01/2017-10/01/2017 | CID/District 4A | Criminal Investigations Division, Acting Captain (El Paso) -Responsible for planning, directing, managing, supervising and coordinating the daily operations of the 4A District consiting of three (3) Lieutenant areas and the Border Auto Theft Infromation Center. |
| 12/2015- 05/2015 | CID/Gangs/4A1 | Criminal Investigations Division, Acting Lieutenant (El Paso) -Responsible for planning, directing, managing, supervising and coordinating the daily operations of the gang unit during the absence of a formal and permanent Lieutenant. |
| 12/2015-09/2012 | CID/Gangs/4A1 | Criminal Investigations Division, Special Agent (El Paso) -Responsible for developing proactive strategies and initiatives to reduce the impact of organized crime in the state. -Conducted confidential criminal investigations and partnering with local, state, and federal agencies to identify, disrupt, and dismantle prison gangs, street gangs, and other high-threat criminal organizations that pose the greatest danger to our communities |
| 09/2012-03/2009 | THP/ HP/ 4B03 | Texas Highway Patrol, Trooper I- II (El Paso) -Provided guidance and assistance to novice troopers -Mentored, trained and guided probationary troopers as a Field Trainining Officer -Enforced traffic law and penal code -Investigated rural traffic crashes -Apprehended wanted persons and recovered stolen property -Provided SFST and Drug Recognition Expert (DRE) assistance and training |
| 03/2009-03/2008 | THP/ HP/ 4A10 | Texas Highway Patrol, Probationary Trooper- Trooper I (Alpine) -Enforce traffic laws -Investigated rural traffic crashes -Conducted background investigations -Apprehended wanted persons and recovered stolen property -Assisted other local county and city officers |

## VI. PROMOTION COMPETENCIES

DPS_009352

Specifically describe two examples of each competency demonstrating how you meet each particular competency. The examples can be drawn from your DPS or pre-DPS experience. Specify the date(s) of the achievement, along with the name, relationship (i.e., Sgt., Lt., supervisor, prior supervisor, etc.) and email address of the person who can verify each example. Use only the space provided. **Do not change font/size or line spacing**. Verifier must be a supervisor or someone with authority over you or a particular event you participated in. **NOTE:** Once the position has closed an edited form cannot be resubmitted nor can information be altered on the submitted form. It is important to label each competency example you send to the verifier. Remember to mark the box below the competency whether or not the competency example has been previously verified and submitted to Law Enforcement Promotions.

| INSTRUCTIONS & EXAMPLE |
|---|

Promotion Competency Example Should Include**:**
The accomplishment examples should emphasize: *a) Situation* – a discrete set of facts at a point in time – rather than an entire period of assignment; *b) Action* – what you did (how you displayed this competency) in response to the situation and, c) *Result* – what was the outcome which justifies inclusion of this example. Remember that broad characterizations of your ability are of little value. You have limited space - so use it wisely.

**Do not list the names of other staff members in your competency example if you are describing them or their abilities in a negative manner. Do not list the names of others regarding medical or privileged information. Consider your concerns if your information could be subject to open records.**

| EXAMPLE OF VERIFIER INFORMATION | | | | |
|---|---|---|---|---|
| <u>12/2002</u> | <u>Sgt. John Doe</u> | <u>Prior Supervisor</u> | <u>Johndoe@dps.texas.gov</u> | ☐ Yes ☐ No |
| Date(s) of occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |
| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** | | |

## VII. VERIFICATION OF PROMOTION COMPETENCIES

You must email a **VERBATIM** copy of the example(s) listed on this form to the corresponding verifier. The verifier must indicate "Verified" or "Unable to Verify" for each competency and **FORWARD** the email response <u>including the competency example provided to</u>: <u>CompetencyVerification@dps.texas.gov</u>. The verifier's response must be received *within five (5) days* after the closing date. If verification is not received, the example will be reported to the Career Board as "Unable to Verify." Ensuring the verifiers email a response to that inbox within the deadline is your responsibility. You should request your verifiers to copy you (cc) on their email response to the Competency Verification inbox. LE Promotions will review the verifications of each competency for only those candidates going before a board. These competencies will only need to be verified once if within (3) three years of the last verification (board appearance). If you are submitting promotion competencies that have been previously verified, indicate **"YES"** in the **"Previously Verified"** box below the example of the competency. Previously verified competency examples **will need to be re-verified** if you make changes to the competency. If you have not competed in a promotional process in which your competencies would have been verified in the last (3) three years and/or if you make changes other than spelling and grammar corrections you need to resubmit to your verifier, in that case mark **"NO"** in the **"Previously Verified"** box. **\*Note:** Make every attempt to ensure your verifier has email access.

| PROMOTION COMPETENCY | ***LEADERSHIP - EXAMPLE A*** |
|---|---|

On October 2019, I requested a transfer from West Texas to the Capitol Region. During this time, Governor Gregg Abbott had directed DPS to create statewide "Threat to Life" units. I had received information that the Capitol Region had obtained funding for a Threat to Life unit and therefore I sought the transfer in hopes of taking lead on that responsibility. My previous Regional Major had discouraged me to transfer, but I took it as a challenge and way to build on my leadership traits in addition to mentoring and developing what was considered a duty station with performance deficiencies and growth limitations. Upon my transfer to the Capitol, I learned that I was assigned to the CID Investigations unit which at the time had low morale and most of the personnel had recent sustained complaints. Since my appointment as the Capitol CID Investigations Lieutenant, I have focused on mentoring, training, and developing the strengths of Capitol CID personnel that have now become subject matter experts in Fraud, Crimes Against Persons, Property Crimes and Organized Crime and have developed significant investigations that consistently receive accolades from Capitol Leadership, CID Chief's and Director's Office, Public Safety Commission and members of the Texas 87th Legislative Session.

| <u>10/15/2019</u> | <u>Current 2nd Line Supervisor</u> | <u>Current 2nd Line Supervisor</u> | <u>gabriel.ortiz@dps.texas.gov</u> | ☐ Yes ☒ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |
| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** | | |

DPS_009353

PROMOTION COMPETENCY          *LEADERSHIP - EXAMPLE B*

In January of 2019, while assigned to Northwestern University School of Police Command Staff, I received a call for assistance from the El Paso FBI Safe Streets Task Force with a controlled delivery of Cocaine from El Paso to Houston. The investigation had no gang nexus therefore; I referred the FBI Group Supervisor (GS) to our DPS Lieutenant overseeing the El Paso CID Drug Unit. Due to conflicting personalities and previous negative work experiences, the FBI and DPS supervisors both were hesitant to work with one another. My credibility, influence and experience in providing guidance and collaborating in various successful multi-agency investigations, allowed me to foster trust in one another which resulted in a highly successful partnership. I mentored and guided the CID Lieutenant throughout the investigation and assisted in mitigating issues during the collaboration with the FBI and the Assistant United States Assistant District Attorney (AUSA). As a result, DPS CID has initiated a transnational investigation that has resulted in multi-kilogram seizures of Fentanyl, currency and arrests but most importantly has garnished a working relationship with the FBI and federal authorities from the Republic of Mexico and Columbia that to this date remains on going.

| 1/25/2019 | Regional Director Jose Sanchez | Previous 1st Line Supervisor | jose.sanchez@dps.texas.gov | ☒ Yes ☐ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

PROMOTION COMPETENCY      *INTERPERSONAL ABILITY/LIAISON AND COMMUNICATIONS  - EXAMPLE A*

In January 2021, I obtained intelligence through Austin TABC reference a source of information (SOI) that had access to members of the Texas Three Percenters (TTP) that were planning logistics to breach the Texas State Capitol during the opening days of the 87th Legislative Session. The group were communicating on a social media platform which was exploited to identify leadership, logistics and radio frequencies used during meetings and operations. I collaborated with TABC, FBI JTTF and Capitol ICT leadership to corroborate the threat and identify the conspirators. I assigned one of my experienced agents as the lead investigator and with assistance from FBI JTTF, Region 6 CID, and THP, conducted multiple surveillance and enforcement operations throughout Central Texas. In addition to the operations, I liaised with the El Paso Intelligence Center (EPIC) Law Enforcement Technical Collection (LETC) Unit and despite the short notice, deployed a specialized group who conducted advanced counter-surveillance measures targeting logistics utilized by the TTP and other similar groups. This resulted in fully identifying members of this group and disrupting their efforts which led to maintaining the safety and security of the Capitol during the opening days of the 87th Legislative Session.

| 1/9/2021 | Major Gabriel Ortiz | Current 2nd Line Supervisor | gabriel.ortiz@dps.texas.gov | ☐ Yes ☒ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☒ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

PROMOTION COMPETENCY      *INTERPERSONAL ABILITY/LIAISON AND COMMUNICATIONS - EXAMPLE B*

In July 2018, I was contacted by the El Paso County Sheriff's Office (EPCSO) Fugitive Apprehension Unit (FAU) requesting assistance from DPS with a warrant roundup. The El Paso County District Attorney's office had tasked out the EPCSO to focus apprehensions on defendants currently wanted for violent offenses. I coordinated DPS logistics and analytical support from DPS ICT and the West Texas HIDTA Gang Intel Support Unit. During the analytical process, a substantial number of fugitive gang members and associates were identified and linked to ongoing investigations conducted by agencies assigned to the El Paso Texas Anti-Gang (TAG) Center. I organized a plan which included participation from DPS and all agencies assigned to the TAG. During a period of 5 days, 297 persons were arrested which cleared 368 active warrants with a total of $4,573,428.00 worth of bonds. The arrests included gang members and associates about which actionable intelligence and CI's were cultivated resulting in furthering investigations. The contributions from the newly created TAG reflected positively with local, county and city leaders, to include the District Attorney's Office, AUSA's Office, and members of the El Paso community. This has become an operation that to date is supported yearly by the TAG.

| 7/30/2018 | Regional Director Jose Sanchez | Previous 1st Line Supervisor | jose.sanchez@dps.texas.gov | ☐ Yes ☒ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

DPS_009354

PROMOTION COMPETENCY                    *ORGANIZING AND PLANNING - EXAMPLE A*

In August of 2019, a mass casualty active shooter event that resulted in eight (8) killed and twenty-five (25) injured occurred in the Midland/Odessa area. Due to my leadership abilities that I demonstrated in response to the El Paso active shooter, Major Byrd assigned me as Acting Captain for the 4A District and tasked me with coordinating assistance to the 4C District. I contacted the 4C Midland District Acting Captain and obtained information to assess support from both El Paso 4A and 4B Districts. I immediately began to coordinate response from the 4A District, and deployed the closest Lieutenant area located in Alpine. In an effort to avoid miscommunication and create a unified response, I met with the 4B Acting Captain and conducted a teleconference with the 4C District Acting Captain to begin coordinating logistics, resources and assigning additional personnel to respond to both the active scene and the aftermath.  I also coordinated with the El Paso TAG and obtained breaching equipment and ballistic shields to send along with our personnel that was responding. CID El Paso was able to provide a quick, efficient, and organized response to assist with interviews and collection of evidence that was crucial to the investigation led by the Texas Rangers.

| 8/31/2019 | Major Shane Byrd (Retired) | Previous 1st Line Supervisor | shane.byrd@dps.texas.gov | ☒ Yes ☐ No |
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☒ **Verified** | ☐ **Unable to Verify** |

---

PROMOTION COMPETENCY                    *ORGANIZING AND PLANNING - EXAMPLE B*

In October 2017, I utilized all of my resources from DPS, DEA, Texas Anti-Gang (TAG) Center and the West Texas HIDTA to assist my Gang Unit in coordinating a multi-regional roundup of defendants in El Paso, Odessa, Midland, San Angelo, Alpine, Southern New Mexico. The roundup was a result of a joint investigation conducted with DEA Strike Force 2 (SF2) El Paso targeting the transnational smuggling and distribution of Heroin and Cocaine conducted on-behalf of members of the BARRIO AZTECA.  During the first phase of the roundup, a total of seven federal defendants who were key members of the BARRIO AZTECA from the Title III intercept were successfully arrested, along with seizures of U.S. Currency, Cocaine, Heroin and firearms. Again in February 2018, the second and final phase of the roundup was conducted.  During the second phase, a total of thirty-one defendants were located and arrested.  During this phase, SA's seized over $276,000 in U.S. Currency.  These enforcement activities led to the demise of BARRIO AZTECA leadership operating in Ciudad Juarez.  Our proactive approach resulted in an FBI Most Wanted Top Ten Fugitive to resurfacing on jail phone calls, which eventually led to his arrest and is pending extradition from Mexico.

| 2/28/2018 | Regional Director Jose Sanchez | Previous 1st Line Supervisor | jose.sanchez@dps.texas.gov | ☒ Yes ☐ No |
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |

---

PROMOTION COMPETENCY                    *PROBLEM SOLVING/JUDGEMENT - EXAMPLE A*

In August 2019, I was the first CID supervisor to arrive at the scene of the mass casualty active shooter event that occurred at a Wal-Mart in El Paso. Upon arrival to the active and chaotic scene, I located the Incident Commander were I established interagency communications and coordinated response and assistance. In absence of a District Captain, I communicated directly with the CID Major and took initiative to coordinate and delegate responsibilities to my Co-Lieutenants. I improvised a plan to respond to a report of a potential secondary active shooter and mass casualties at an adjacent two-story mall complex. I conducted this task by leading a multi-agency team consisting of Troopers, Special Agents, El Paso Police Officers, USBP Agents and HSI Special Agents to conduct a thorough clearing of the entire complex. During our efforts, multiple citizens who were locked-in throughout various retail centers were taken into safety. Although no casualties or additional active shooters were located at the mall, our swift and speedy response prevented additional losses of life. Once the task of clearing the complex was completed, I continued coordinated assistance to locate and identify additional victims and witnesses who were transferred to the re-unification center.

| 8/3/2019 | Major Shane Byrd (Retired) | Previous 1st Line Supervisor | shane.byrd@dps.texas.gov | ☒ Yes ☐ No |
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |

---

DPS_009355

PROMOTION COMPETENCY                    *PROBLEM SOLVING/JUDGEMENT - EXAMPLE B*

On several occasions, I have served as Acting Captain overseeing the CID Capitol Complex District. Recently we have experienced multiple duties and responsibilities due to the unprecedented events of the COVID-19 Pandemic and the civil unrest of the George Floyd Riots. Despite the stress caused by these events, I have remained committed to my Lieutenant and Acting Captain responsibilities and effectively managed our District. I have conducted liaison with various law enforcement agencies and coordinated multiple successful counter-surveillance operations gathering evidence against violent rioters. On 06/26/2020, I identified the need for the efficient respond to a threat to life to Governor Abbott. After coordinating with Region 1, I was informed that enforcement action would have to wait until the following day. I contacted the Captain from EPB, shared information on the threat and obtained the Governor's travel schedule. I learned that the Governor had travel plans to Dallas which justified the exigency to take enforcement action. I contacted the Region 1 District Captain and conveyed the need for immediate response while ensuring that collaboration was made with EPB. Our group efforts resulted in the arrest of the defendant in Dallas without further incident.

| 6/26/2020 | Major Gabriel Ortiz | Current   2nd   Line Supervisor | gabriel.ortiz@dps.texas.gov | ☒ Yes ☐ No |
| Date(s) of occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |

PROMOTION COMPETENCY                    *FLEXIBILITY/ADAPTABILITY - EXAMPLE A*

In April 2021, I supervised an investigation during the Texas 87th Legislative Session that received extreme media and public scrutiny regarding a report of an alleged drugging involving a State Representative's staffer and a lobbyist. This investigation was scrutinized on multiple levels of DPS leadership, the prosecutor's office, private law firms, and all the way to floor of the State House of Representatives. I developed a strategic plan to thoroughly cover all aspects of the investigation with the goal to seek the truth to corroborate if indeed a crime had occurred. I assigned one of my highly qualified subordinates as the lead investigator due to his professionalism and experience in working crimes against persons. Performing calmly under surmounting pressure, I remained flexible by delegating assignments while providing mentorship and guidance that bolstered the case agent's leadership skills, confidence, and effectiveness. During a three (3) day period, a total of 21 interviews were conducted, in addition to gathering and reviewing surveillance videos and records from 5 locations involved in the alleged drugging. Although this investigation did not result in the filing of criminal charges, innocent suspects were vindicated.

| 4/23/2021 | Major Gabriel Ortiz | Current 2nd Line Supervisor | gabriel.ortiz@dps.texas.gov | ☐ Yes ☒ No |
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |

PROMOTION COMPETENCY                    *FLEXIBILITY/ADAPTABILITY - EXAMPLE B*

In January 2018, I held a meeting with the El Paso County District Attorney's Office Border Prosecution Unit, Assistant U.S. Attorney and Group Supervisors from DEA and FBI reference the remainder of chargeable BARRIO AZTECA members identified in a Title III intercept conducted jointly with DEA. The FBI Safe Streets Gang Task Force had identified overlapping targets and requested to refrain from arresting a total of ten additional defendants that were declined for federal prosecution and deferred for state prosecution. The FBI wanted to arrest those defendants upon the culmination of a separate investigation conducted by FBI. Initially, I disagreed; however, after listening to the overall goal, I was convinced that the decision would benefit all agencies and eventually lead to the dismantling of the BARRIO AZTECA. As a result, we began to collaborate directly with the FBI which led to obtaining the first ever Microphone Surveillance (MISUR) Title III intercept on a local business utilized by the BARRIO AZTECA to conduct key meetings and other illicit activities. This allowed us to obtain a bigger foot print pertaining to the BARRIO AZTECA and obtained further evidence against defendants intercepted in the Title III who were charged in the Western District of Texas.

| 1/9/2018 | Regional Director Jose Sanchez | Previous 1st Line Supervisor | jose.sanchez@dps.texas.gov | ☒ Yes ☐ No |
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |

HR-113b (Rev.5/2021)                                     7

DPS_009356

| PROMOTION COMPETENCY | *INITIATIVE - EXAMPLE A* |
|---|---|

In December 2020, I supervised and assisted with furthering a Capitol THP seizure of over a pound of Methamphetamine. I immediately recognized the need to further the investigation and took initiative to seize the opportunity to train and develop a newly promoted agent who was struggling in adjusting to CID investigative work. I provided mentorship and guidance to the agent and implement a proactive plan of enforcement in furthering the intelligence developed by Capitol ICT. As a result of a 2 day operation, my squad made a total of 5 arrests and conducted 3 consensual searches at multiple residences which led to the additional seizure of 12.88 pounds of Marijuana, 261 grams of Methamphetamine, 3.0 grams of Fentanyl, 42.24 grams of Cocaine, 24 units of LSD, 749.99 grams of THC Edibles, 287.18 grams of Adderall pills, 131.25 grams of Xanax pills, 28.06 grams of Hydrocodone pills and approximately $9,500 in U.S. Currency. These investigation efforts significantly enhanced the experience and confidence of the newly promoted agent in addition to dismantling a poly drug distribution cell, which was based out of a residence located directly across an elementary school. Furthermore, we identified sources of supply in the greater Austin area which were later furthered by Region 6 CID.

| 12/1/2020 | Major Gabriel Ortiz | Current 2nd Line Supervisor | gabriel.ortiz@dps.texas.gov | ☒ Yes ☐ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

| PROMOTION COMPETENCY | *INITIATIVE - EXAMPLE B* |
|---|---|

In April 2016, I was assigned as the night shift Lieutenant overseeing Operation Secure Texas (OST) in El Paso County.  On one specific wave, the Special Agents had no operations planned other than surveillance and responding to call-outs by THP.  I received information from the ICT Analyst regarding a lead from the National Center for Missing and Exploited Children (NCMEC) referencing a sixteen year old missing juvenile.  The missing juvenile was diagnosed with high functioning Autism and was suspected of associating with gangs and involved in sex trafficking.  I coordinated with the day shift OST Lieutenant and Captain to dedicate the remainder of the OST wave to locate the missing juvenile.  I implemented an operation which involved assistance from THP, El Paso Police Tactical Unit, El Paso Police Gang Unit, HSI, CBP and FBI.  I supervised all members of my team to utilize investigative techniques such as surveillance, directed traffic stops, consensual encounters, knock and talks, undercover operations, search warrants and debriefing of Cooperating Individuals.  Our efforts led to locating the missing juvenile in a period of less than 48 hours.  The juvenile was located in Ciudad Juarez and was successfully recovered due to the assistance from our federal partners.

| 4/27/2016 | Captain Carl Clayton (Retired) | OST 1st Line Supervisor | carl.clayton@dps.texas.gov | ☒ Yes ☐ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

| PROMOTION COMPETENCY | *INVESTIGATIONS - EXAMPLE A* |
|---|---|

In June 2020, I identified the need to collaborate with local and federal law enforcement agencies to be proactive in identifying, and arresting nefarious actors encountered at the Capitol Complex during the 2020 Civil Unrest. I conducted liaison with APD, FBI JTTF, ARIC, TCSO to implement strategies on working jointly. I began an ad-hoc taskforce where I shared intelligence, provided CID and ICT resources, and successfully began to identify persons of interests and groups encountered inside and outside of the Capitol Complex. In July 2020, the DPS Capitol Riots taskforce became official and had multi-agency support in assigning a representative from each agency to assist in our efforts. Under my leadership and guidance, the taskforce worked efficiently as a team and deployed various investigative techniques such as undercover operations, collection of abandoned DNA evidence, deployment of IP cameras, evidentiary search warrants, geolocates and geofences, phone tolls and exploitation and leverage of ICT resources. This led to the identification of 19 violent rioters that damaged state property and violently assaulted DPS personnel. A total of 45 arrest warrants were obtained and served by Capitol CID which created accountability and mitigated future similar attacks.

| 6/1/2020 | Major Gabriel Ortiz | Current 2nd Line Supervisor | gabriel.ortiz@dps.texas.gov | ☒ Yes ☐ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

DPS_009357

| PROMOTION COMPETENCY | *INVESTIGATIONS - EXAMPLE B* |
|---|---|

Under my leadership and direction, the El Paso 4A1 Gang Unit initiated a BARRIO AZTECA investigation "Operation Heroin Battle", targeting the transnational smuggling and distribution of Heroin and Cocaine. Our investigative efforts led us to partner with DEA Strike Force 2 and obtain OCDETF funding. SA's identified a BARRIO AZTECA Criminal Enterprise based out of Ciudad Juarez, Chihuahua and El Paso Texas who supplied Cocaine and Heroin to key members residing throughout West Texas and Southern New Mexico. Various investigative techniques were conducted to include undercover operations, use of covert surveillance equipment, controlled deliveries, pen registers, state and federal wire intercepts. In February 2018, the final phase of the investigation was conducted which consisted of arrest roundups and executions of search warrants. As a result of these investigative efforts a total of 48 members of the organization were arrested on state and federal charges, seized approximately five pounds of Heroin, three pounds of Cocaine, eighteen pounds of Marijuana, one quarter pound of Methamphetamine, and seized approximately $325,299.00 of U.S. Currency. These enforcement efforts led to the significant disruption of the BARRIO AZTECA leadership.

| 2/28/2018 | Regional Director Jose Sanchez | Previous 1st Line Supervisor | jose.sanchez@dps.texas.gov | ☒ Yes ☐ No |
|---|---|---|---|---|
| Date(s) of Occurrence | Verifier Title & Name | Verifier Relation to You | Email Address | **Has This Been Previously Verified?** |

| **To be Completed by the Verifier:** | ☐ **Verified** | ☐ **Unable to Verify** |
|---|---|---|

## V. DPS WORK EXPERIENCE *(continuation page)*

| Position Dates (To/From) | Division/Service/ Section Region/District/Area | Assignment Title and Description |
|---|---|---|
| | | |
| | | |
| | | |

This form may be used to apply for multiple vacancies as long as the vacancies are the same rank/division and closing deadline.

Prior to the deadline: email this form, most recent Physical Readiness Testing Score sheet, and the performance evaluation(s) for the year listed in the announcement to: **HR-113Submissions@dps.texas.gov**. Candidate submissions received past the deadline will not be eligible to participate in this process. Erroneous or incomplete submissions will be handled as late submissions.

If you have problems with this form and/or have questions contact our office: https://dpsnet.tle.dps/section/law-enforcement-promotional-system/leps-directory

DPS_009358

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
**www.dps.texas.gov**



STEVEN C. McCRAW
DIRECTOR
SKYLOR HEARN
FREEMAN F. MARTIN
RANDALL B. PRINCE
DEPUTY DIRECTORS



COMMISSION
STEVEN P. MACH, CHAIRMAN
A. CYNTHIA LEON
JASON K. PULLIAM

June 22, 2019

Lieutenant Daniel Martinez
Texas Department of Public Safety
Criminal Investigations Division
4401 East Franklin
El Paso, TX  79936

Dear Lieutenant Martinez:

This letter addresses complaint OIG2018-0793 initiated against you by Major Shane Byrd.

The first allegation states that on September 30, 2018, while off duty, after being instructed by an El Paso County Sheriff's Deputy not to remove community property subject to civil proceedings, you participated in the unprofessional and intentional act of disabling a motor vehicle hindering its drivability.

The second allegation states that you conducted yourself in a discourteous and unprofessional manner during interactions with an El Paso County Sheriff's Deputy who was conducting official business.

The third allegation states that you failed to provide an El Paso County Sheriff's Deputy with your name and the name of your supervisor upon his request while he was conducting official business.

The allegations of this complaint are classified as *sustained.* Your conduct is in violation of DPS General Manual Chapter 5, Section 05.06.01; Chapter 6, Section 06.10.01, General Order Number 10 and Section 06.15.02(6).

This is to officially notify you that as administrative departmental disciplinary action, you will receive **five (5) days off without pay.** The days off without pay will be assessed by Major Shane Byrd in accordance with General Manual, Chapter 7A, Section 07.43.01(1)(b).  You are advised that any subsequent violations of Department of Public Safety policies or procedures may result in more severe disciplinary action.

Should you desire to appeal this disciplinary action, you may within ten days request a Chain-of-Command Administrative Review, Disciplinary Action Hearing, or a Peer Review Board.  Appeal procedures are contained in the DPS General Manual, Chapter 7A.  This request should be sent to me with copies to your supervisors.

*EQUAL OPPORTUNITY EMPLOYER*
*COURTESY • SERVICE • PROTECTION*

DPS_009359

Lieutenant Daniel Martinez
June 22, 2109
Page 2

Sincerely,

Thomas G. Ruocco
Chief
Criminal Investigations Division

TGR:cdw

cc:    Regional Director Orlando Alanis
       Major Shane Byrd
       Captain Jose Sanchez
       General Counsel Phillip Adkins, Office of General Counsel
       Assistant Chief Norma Cortez, Human Resources
       Inspector General Rhonda Fleming, Office of Inspector General, OIG2018-0793

Received at _9:21_ (a.m./p.m. on the _26th_ day of June 2019.

Daniel Martinez

DPS Document Type-Manager

# Manager Evaluation - Completed

Daniel Martinez

**Job Title:** Lieutenant CID
**Document Type:** DPS Document Type-Manager
**Template:** DPS-Manager Evaluation Form
**Status:** Completed

**Manager:** Mark Koenig
**Period:** 01/01/2020 – 12/31/2020
**Document ID:** 262048
**Due Date:** 03/01/2021

| Employee Data | | | |
|---|---|---|---|
| **Department :** | 0700C7570 | CID Region 7 | |
| **Location Code :** | 2276010 | AUSTIN (LAVACA) | |

The document status is Completed.

## Section 1 - Document Purpose

Annual Employee Evaluation

Description :

Annual Employee Evaluation

**Manager Rating:** Yes

| Created By : | Template | 12/03/2020  1:14PM |
|---|---|---|
| Last Modified By : | Mark Koenig | 02/02/2021 10:34AM |

Close-Out Employee Evaluation

Description :

Close-Out Employee Evaluation

**Manager Rating:** No

| Created By : | Template | 12/03/2020  1:14PM |
|---|---|---|
| Last Modified By : | Mark Koenig | 02/02/2021 10:34AM |

Other Employee Evaluation

Description :

Other Employee Evaluation

**Manager Rating:** No

Created By :    Template       12/03/2020  1:14PM

Last Modified By :    Mark Koenig       02/02/2021 10:34AM

Probationary Employee Evaluation

Description :

Probationary Employee Evaluation

**Manager Rating:** No

Created By :    Template       12/03/2020  1:14PM

Last Modified By :    Mark Koenig       02/02/2021 10:34AM

Document Purpose Summary

**Manager Comments:**
Annual Employee Evaluation

## Section 2 - Employee Goals

Goal 1: Leadership

Description :

Identify your individual team member's specific personality traits, skills, knowledge, abilities, personal goals, and professional goals to better assist you with leading them to perform at their best.

- Due Date :  12/31/2020
- Status:  In Progress

DPS_009362

- Percent Complete:  0

**Manager Rating:** 5- Outstanding                    5.00

**Manager Comments:** Lt. Martinez did an outstanding job getting to know his agents strengths and identifying the areas in which they lacked experience or familiarity.  Though the restrictions of the COVID-19 pandemic severely affected group training opportunities, Lt. Martinez ensured any and all relevant on-line training courses were offered to his agents.  Lt. Martinez kept close tabs on his agents and their activity and was able to provide instant in-depth updates to his supervisor.  Lt. Martinez leads by example, interacting with those he supervises and all employees in the office in a professional manner, relying on strict adherence to agency policy and state law.

Created By :   Mark Koenig              12/03/2020  1:22PM
Last Modified By :   Mark Koenig              02/10/2021 12:32PM

**Goals Summary**

**Manager Rating:** 5- Outstanding                    5.00

**Manager Comments:**
See the independent goal manager's comments.

**Employee Comments:**
During this period of evaluation, I remained flexible and adapted to investigations worked by my new unit. I became familiar with ongoing investigations and identified the strengths of each individual agent. I exploited their strengths and encouraged them to proactively identify and work investigations in which they could use their skillsets. I conducted liaison with various local, state and federal law enforcement entities that work in the Capitol Complex where I offered our investigative resources and elaborated on my Agents expertise in fieldwork such as Fraud, Gangs, Drugs, Human Trafficking and Exploitation of Children investigations and Crimes Against Persons. My efforts, mentorship and leadership resulted in multiple

investigations and arrests involving Threats to Life, Fraud, Possession of Child Pornography, multiple recoveries of Missing Children, solved multiple Aggravated Assaults, recoveries of stolen vehicle and significant seizures of narcotics.

## Section 3 - Competencies

Competency 1: Job Duty 1: Leadership

Description :

Leadership

Behavior 1: Problem Solving/Judgment

Description:

* Ability to identify root causes of a problem/conflict
* Recognizes issues which should be brought to the attention of management
* Accurately assesses consequences of unresolved problems/conflict
* Evaluates other possible courses of action prior to making decision
* Considers possible long term and short term effects of a decision
* Effectively resolves problems/conflict
* Avoids situations that reflect negatively or puts the organization at risk

**Manager Rating:** 4- Exceeds Expectations          4.00

Behavior 2: Initiative

Description:

* Ability to see what needs to be done
* Suggests ways to achieve better results or add value
* Performs beyond expectation for a given task
* Creates innovative approaches to evolving circumstances
* Seeks out additional responsibilities

**Manager Rating:** 5- Outstanding          5.00

Behavior 3: Liaison

Description:

* Proactive in developing positive relationships at all levels
* Shares relevant information to accomplish tasks
* Promotes an environment in which two-way communication is encouraged
* Develops and maintains cooperative relationship with Federal, State, and Local agencies

\* Actively sought by outside individuals and/or agencies for counsel, advice, or coordination of efforts

**Manager Rating:**  5- Outstanding                5.00

### Behavior 4: Flexibility/Adaptability

Description:

\* Ability to improvise, adapt and overcome challenges
\* Adjust operations efficiently and effectively as the circumstances and goals change
\* Ability to see challenges as opportunities
\* Readily accepts change

**Manager Rating:**  5- Outstanding                5.00

### Behavior 5: Accountability

Description:

\* Effectively and efficiently performs all assigned duties
\* Ensures thoroughness and timeliness in carrying out all assigned tasks
\* Accepts responsibility for personal success
\* Assumes responsibility for failures
\* Displays consistency between words and actions
\* Sets high expectations for self
\* Accepts direction for improvement

**Manager Rating:**  4- Exceeds Expectations          4.00

### Behavior 6: Leadership

Description:

\* Exhibits integrity
\* Provides clear direction to subordinates
\* Promotes teamwork
\* Acknowledges accomplishments of others
\* Consistently motivates others to accomplish goals
\* Ensures well-being of subordinates
\* Gains the respect of others through own actions and attitude (leads by example)
\* Actively promotes the professional development of others
\* Inspires others to accept ownership of changes
\* Enlists the support of others in moving change forward
\* Exhibits courage and operates effectively under stress

**Manager Rating:**  4- Exceeds Expectations          4.00

DPS_009365

**Manager Rating:** 4- Exceeds Expectations                    4.50

**Manager Comments:** Lt. Martinez is very astute and a quick study of current and future activity that affects our District and surrounding area.  Lt. Martinez makes solid decisions, takes appropriate actions, or provides the needed guidance to his agents for successful outcomes while also keeping his supervisor informed and asking for direction or situational clarity when appropriate.  Lt. Martinez is very energetic and plugged in to all daily operations within out District. He is constantly providing suggestions or developing ways to address criminal activity proactively.  Lt. Martinez identified potential uptick in burglary of vehicles and property theft, as a proactive measure, Lt. Martinez, working with the Headquarters CID Technical Unit, coordinated to have a seized vehicle outfitted with covert audio and video equipment for sting operations and on multiple occasions had similar equipment installed in various state building office spaces to capture evidence of theft in the workplace.  Lt. Martinez never shy's away from taking on additional responsibilities and is often the first to volunteer for additional duties.  One exceptional highlight in this evaluation period, Lt. Martinez, in response to the riots that took place at the state Capitol on May 30th, suggested developing a task force to target those specifically involved in the civil unrest, to identify those offenders and bring them to justice.  Lt. Martinez volunteered for and was selected to lead this task force. The task force was comprised of CID Special Agents, ICT and EPB personnel, THP, and an Austin PD Detective. Utilizing well developed leadership skills, Lt. Martinez, ensured all task force members were provided clear directions, immediate updates to evolving intelligence, and above all gave immediate and well deserved recognitions to the contributions of all involved.

Created By :   Template                          12/03/2020  1:14PM

Last Modified By :   Mark Koenig                  02/23/2021  2:04PM

Competency 2: Job Duty 2: Communication

Description :

Communication

Behavior 1: Interpersonal Skills

Description:

* Inspires trust
* Sensitive to the time and needs of others
* Values different points of view
* Establishes good rapport with others
* Sincere in dealing with others
* Considered dependable by others
* Respected by peers
* Accepts criticism professionally

**Manager Rating:**  4- Exceeds Expectations            4.00

Behavior 2: Communication

Description:

* Actively listens and asks questions to ensure understanding
* Focuses discussions on issues rather than personalities
* Possesses effective verbal skills
* Writes clearly and understandably
* Shares an appropriate amount of information in a timely manner
* Encourages others to share their opinions/views/suggestions
* Uses non-verbal communication effectively

**Manager Rating:**  4- Exceeds Expectations            4.00

**Manager Rating:**  4- Exceeds Expectations            4.00

**Manager Comments:**  Lt. Martinez communicates in a straight forward manner, confident in his supervisory abilities and law enforcement experiences, Lt. Martinez provides a sincere and skilled approach in his interpersonal communications.  Lt. Martinez does an exceptional job liaising with other law enforcement partners and agencies on an almost daily basis.  His networking ability has definitely assisted with enhancing operational activities and goals.  To improve the performance and training opportunities for his agents, Lt. Martinez partnered with various agencies to offer investigational assistance and partnership on specialized investigations, such as aggravated assaults and complex fraud investigations to name a couple.

| Created By : | Template | 12/03/2020 1:14PM |
| Last Modified By : | Mark Koenig | 02/23/2021 2:29PM |

## Competency 3: Job Duty 3: Job Knowledge and Execution

Description :

Job Knowledge

### Behavior 1: Planning and Organizing

Description:

* Formulates detailed and thorough plans, including contingency plans for possible risks and obstacles
* Prioritizes tasks according to importance and time restraints
* Successfully manages multiple tasks
* Efficiently manages available resources to accomplish the assigned tasks
* Effectively coordinates activities with various individuals and/or agencies

**Manager Rating:** 5- Outstanding          5.00

### Behavior 2: Delegation

Description:

* Delegates tasks appropriately
* Communicates expectations clearly
* Makes resources available to get the job done
* Provides direction when needed
* Encourages ownership of delegated tasks
* Uses delegation to improve and develop employees
* Verifies completion of delegated tasks

**Manager Rating:** 4- Exceeds Expectations          4.00

### Behavior 3: Job Knowledge

Description:

* Devotes efforts to improve and increase knowledge base though education and training
* Maintains expert knowledge on DPS policy and procedures and administrative rules
* Possesses expert knowledge of specific laws, regulations, position responsibilities, tactics, techniques and procedures
* Understands relevance and relationship between unit performance and agency goals and objectives
* Demonstrates technical knowledge and practical skills in the execution of overall duties

**Manager Rating:** 5- Outstanding          5.00

**Manager Rating:** 4- Exceeds Expectations          4.67

**Manager Comments:** Lt. Martinez commits himself and his team to thoughtfully prepare and plan for operational activities taking careful consideration to the threats and associated vulnerabilities. In doing so, Lt. Martinez ensures all involved are well aware of the facts and details of the situation to include planning contingencies for operational success. Lt. Martinez is skilled at effectively utilizing multiple forms of communications, such as text, phone, email and radio operations. Lt. Martinez supervised a task force after the riots took place on May 30th, while doing so, Lt. Martinez effectively coordinated with ICT management along with his fellow District Lt.'s to conduct a multi-faceted targeted enforcement operations to surveil, identify, and arrest several suspects involved with the said riot. Lt. Martinez utilized various resources, such as physical surveillance, electronic tracking, consensual contacts and knock and talk interviews. In carrying out the duties, Lt. Martinez was always optimistic and supportive of ideas and suggestions brought forward by his agents for investigations. Lt. Martinez is very astute of Texas Penal statutes and DPS policy; he often references both to his agents for training and educational purposes. With a diverse experience utilizing electronic surveillance, Lt. Martinez routinely integrates advanced electronic tools to enhance investigation effectiveness.

| | | |
|---|---|---|
| Created By : | Template | 12/03/2020  1:14PM |
| Last Modified By : | Mark Koenig | 03/03/2021  1:36PM |

Competency 4: Job Duty 4: Tactical Readiness - Commissioned

Description :

Tactical Readiness - Commissioned

Behavior 1: Physical Readiness Testing
Description:

* Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves.
* Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of

DPS_009369

intensity in a timely manner for all situations.

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 2: Use of Force

Description:

* Always uses the appropriate amount of force necessary to make an arrest.
* Uses force only to advance a legitimate law enforcement objective that is in compliance with law, department training and policy.
* Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer.
* When appropriate recognizes and utilizes appropriate de-escalation techniques and acts with intelligence and exercises sound judgment based upon a deep reverence for human life when using force.

**Manager Rating:**  5- Outstanding          5.00

Behavior 3: Maintenance/Qualifications of Weapons

Description:

* Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons.
* Trains consistently with issued weapons and tools in order to be properly prepared.
* Is in compliance with qualification standards on weapons issued.

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 4: Driving Skills

Description:

* Consistently operates department vehicle with due care, caution and control in all driving situations
* Demonstrates proficiency in high risk covert and overt tactical driving scenarios.
* Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios.

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 5: Law Enforcement Tactics and Training

Description:

* Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter

and other high threat
situations both on and off duty.
* Employs sound tactics, techniques and procedures when executing search and arrest warrants and
conducting high risk traffic stops and other high risk situations.

| | | |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.00 |

| | | |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.40 |
| **Manager Comments:** | | |

| | | | |
|---|---|---|---|
| Created By : | Template | 12/03/2020 1:14PM | |
| Last Modified By : | Mark Koenig | 02/10/2021 11:21AM | |

Competencies Summary

| | | |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.14 |

**Manager Comments:**

See the manager comments for each competency.

**Employee Comments:**

During this evaluation period, I remained flexible and adapted to the supervisory challenges and operational demands of the Capitol Complex amid the COVID-19 pandemic, which began in 03/13/2020 in addition to the civil unrest that ensued on 05/30/2020 from the George Floyd protests. Despite the challenges from these unprecedented events, I have remained focused on the growth of the Capitol Region and my responsibilities as a supervisor in ensuring the growth and development of the Special Agents assigned to my squad. I have devoted efforts and taken initiative to conduct investigations and operations that contribute to the safety and security of the Capitol Complex.

In my efforts and actions, I have gain the trust and respect from local, state and federal agencies that have allowed me to liaise, create learning opportunities for my Special Agents, and increase our collaboration to ensure the safety of the State Capitol. For example, during the

start of 2020, I began to share intelligence and collaborated with the Austin Police Department-Headquarters Personnel, which included the DTAC Crime Suppression Units, Violent Crime/Homicide Detectives, Counter Assault Strike Teams, and the HALO operations center to develop initiatives to identify and disrupt crime in our area. This resulted in a partnership in which we worked together during multiple succesful operations such as the Operation Peaceful Dawn-Violent Crimes Taskforce, George Floyd Riots Taskforce and routine counter-surveillance operations during events that cross-over from Austin PD AOR to the Capitol AOR.

I identified numerous opportunities to work together and by doing so provided learning and mentoring opportunities to the 7C1 Special Agents. For example, I fostered a working environment where my 7C1 Special Agents collaborated on investigations that significantly increased their knowledge in gangs, human trafficking, violent crime, and processing of crime scenes. I collaborated and sought resources with other state and local agencies in the Capitol AOR such as CPS, State Juvenile Probation, Bastrop County, Travis County, State Lottery Commission, Texas Attorney General's Office, Texas Comptroller's Office, Secretary of State, State Auditor's Office and the Texas Department of Motor Vehicles. This created opportunities for area to initiate and enhance new and existing investigations targeting violent crimes, fraud and organized crime investigations. My liaison and multiagency collaboration efforts have resulted in our area working multiple investigations with the support of various federal agencies such as the U.S. Postal Inspector, National Highway Transportation Safety Administration, United States Attorney's Office (USAO) Northern District and Western Districts of Texas, FBI Safe Streets Taskforce- Austin, FBI Joint Terrorism Task Force-Austin. These partnerships have significantly contributed to conducting quality investigations and establishing Region 7 CID credibility as leaders in multiple fields of investigative work.

All the aforementioned efforts have allowed my area to be exposed to various investigative techniques that I have

used as mentorship opportunities. During year 2020, the SA's in my area have conducted multiple investigations that have increased their knowledge and development as criminal investigators. During said investigations, my SA's have been exposed to multiple defendant arrest roundups, tactical polygraphs, CAC interviews, IPC child recoveries, undercover investigations, evidence collections operations, utilization and management of CI's, search warrants, directed traffic stops, geo-fence search warrants, administrative subpoenas, grand jury subpoenas, deployment of covert equipment, and asset forfeiture proceedings. Our group efforts have significantly contributed to the operational success of the Capitol Region but most importantly developed skills and confidence in all of the Special Agents that were involved.

## Section 4 - Overall Summary

**Manager Rating:** 4- Exceeds Expectations          4.57

**Manager Comments:**

Overall Lt. Martinez is dedicated and devoted to projecting himself in a professional manner, holding himself to a high degree of accountability and expecting the same from not only those he supervises but from all he works with.  He has a promising future of leadership with DPS.  He is energetic, positive, well experienced, and takes pride in all aspects of his job.  He has established a well-connected network of partnerships with a multitude of federal, state, and local law enforcement to include state and federal prosecutors.  He works hard ensuring those he supervises are well trained and prepared.  A more concise evaluation has been documented in the manager's comments under each area of competency.

## Section 5 - Employee Development Area

Development

Description :

Lists the Areas planned for Development

DPS_009373

- Due Date :
- Status:
- Percent Complete:  0

**Manager Comments:**
**Employee Comments:**

Created By :   Template                    12/03/2020  1:14PM

## Section 6 - Job Description Certification

Is the EE's Job Description accurate for this position?

Description :

If you answered YES, there is nothing further to do.

If the answer is NO, attach a copy of changes, and please contact the HR Department.

**Manager Rating:**  No

Created By :    Template               12/03/2020  1:14PM
Last Modified By :    Mark Koenig        02/23/2021  7:43PM

Has the EE's current Job Description been recently revised?

Description :

If you answered yes, please attach a revised Job Description to this Performance Evaluation.

**Manager Rating:**  No

Created By :    Template               12/03/2020  1:14PM
Last Modified By :    Mark Koenig        02/23/2021  7:43PM

Job Description Certification Summary

**Manager Comments:**

## Section 8 - eSignature Section

**Daniel Martinez**                                    **03/04/2021  9:23:07AM**

_____                   _____
Employee Signature                                    Date

**Mark Koenig**                                    **03/08/2021 12:02:54PM**

_____                   _____
Manager Signature                                    Date

## Section 7 - Employee Comments

**Employee Comments:**

**Employee Comments:** Employee has not completed their self-evaluation

### Attachments
No Attachments have been added to this document

### Audit History

|  |  |  |
|---|---|---|
| **Created By :** | Mark Koenig | 12/03/2020  1:14:50PM |
| **Reopened By :** | Mark Koenig | 03/03/2021  1:36:14PM |
| **Acknowledged By :** | Daniel Martinez | 03/04/2021  9:23:07AM |
| **Manager Signed By :** | Mark Koenig | 03/08/2021 12:02:54PM |
| **Approved By :** | Gabriel Ortiz | 03/09/2021 10:41:57AM |
| **Completed By :** | System | 03/09/2021 10:41:57AM |
| **Last Modified By :** | Gabriel Ortiz | 03/09/2021 10:41:57AM |

DPS_009375

DPS Document Type-Manager

# Manager Evaluation - Completed

Daniel Martinez

**Job Title:** Lieutenant CID
**Document Type:** DPS Document Type-Manager
**Template:** DPS-Manager Evaluation Form
**Status:** Completed

**Manager:** Jose Sanchez
**Period:** 01/01/2019 - 08/01/2019
**Document ID:** 222146
**Due Date:** 09/30/2019

| Employee Data | | | |
|---|---|---|---|
| **Department :** | 0700C4450 | | CID Region 4 |
| **Location Code :** | 0714015 | | EL PASO R4 HQ (SCOTT SIMPSON) |

The document status is Completed.

## Section 1 - Document Purpose

Annual Employee Evaluation

Description :

Annual Employee Evaluation

**Manager Rating:** No

Created By :   Template                04/22/2019  2:18PM

Close-Out Employee Evaluation

Description :

Close-Out Employee Evaluation

**Manager Rating:** Yes

Created By :   Template                04/22/2019  2:18PM

Other Employee Evaluation

Description :

Other Employee Evaluation

**Manager Rating:**  No

Created By :   Template                        04/22/2019  2:18PM

Probationary Employee Evaluation

Description :

Probationary Employee Evaluation

**Manager Rating:**  No

Created By :   Template                        04/22/2019  2:18PM

Document Purpose Summary

**Manager Comments:**
This will be a closing evaluation for Lt. Danny Martinez.  Closing date 08/01/2019.

## Section 2 - Employee Goals

Goals Summary

**Manager Rating:**  5- Outstanding                5.00

**Employee Comments:**

## Section 3 - Competencies

Competency 1: Job Duty 1: Leadership

Description :

Leadership

### Behavior 1: Problem Solving/Judgment
Description:

* Ability to identify root causes of a problem/conflict
* Recognizes issues which should be brought to the attention of management
* Accurately assesses consequences of unresolved problems/conflict
* Evaluates other possible courses of action prior to making decision
* Considers possible long term and short term effects of a decision
* Effectively resolves problems/conflict
* Avoids situations that reflect negatively or puts the organization at risk

**Manager Rating:**  5- Outstanding                    5.00

### Behavior 2: Initiative
Description:

* Ability to see what needs to be done
* Suggests ways to achieve better results or add value
* Performs beyond expectation for a given task
* Creates innovative approaches to evolving circumstances
* Seeks out additional responsibilities

**Manager Rating:**  5- Outstanding                    5.00

### Behavior 3: Liaison
Description:

* Proactive in developing positive relationships at all levels
* Shares relevant information to accomplish tasks
* Promotes an environment in which two-way communication is encouraged
* Develops and maintains cooperative relationship with Federal, State, and Local agencies
* Actively sought by outside individuals and/or agencies for counsel, advice, or coordination of efforts

**Manager Rating:**  4- Exceeds Expectations            4.00

### Behavior 4: Flexibility/Adaptability
Description:

* Ability to improvise, adapt and overcome challenges
* Adjust operations efficiently and effectively as the circumstances and goals change
* Ability to see challenges as opportunities

\* Readily accepts change

**Manager Rating:**  5- Outstanding                    5.00

Behavior 5: Accountability

Description:

\* Effectively and efficiently performs all assigned duties
\* Ensures thoroughness and timeliness in carrying out all assigned tasks
\* Accepts responsibility for personal success
\* Assumes responsibility for failures
\* Displays consistency between words and actions
\* Sets high expectations for self
\* Accepts direction for improvement

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 6: Leadership

Description:

\* Exhibits integrity
\* Provides clear direction to subordinates
\* Promotes teamwork
\* Acknowledges accomplishments of others
\* Consistently motivates others to accomplish goals
\* Ensures well-being of subordinates
\* Gains the respect of others through own actions and attitude (leads by example)
\* Actively promotes the professional development of others
\* Inspires others to accept ownership of changes
\* Enlists the support of others in moving change forward
\* Exhibits courage and operates effectively under stress

**Manager Rating:**  5- Outstanding                    5.00

**Manager Rating:**  4- Exceeds Expectations          4.67

**Manager Comments:**   During the first quarter of the year, Lt. Martinez was away in Albuquerque, New Mexico attending Northwestern University Center of Public Safety, School of Police Staff and Command (SPSC). SPSC is a ten (10) week leadership academy that is nationally recognized and is a requirement for executive leadership positions within the Department. Lt. Martinez

graduated from Northwestern SPSC on April 5th, 2019. This was a great accomplishment for Lt. Martinez and he will prosper as a leader. It should be noted that at the beginning of this year the El Paso TAG initiated its first multi-agency arrest operation. Lt. Martinez played a vital role as a lieutenant and leader to assist in orchestrating this operation. Lt. Martinez' group also provided multiple arrest targets for this operation.

In April of this reporting period, Lt. Martinez returned from Northwestern overseeing his unit. Captain Sanchez has observed Lt. Martinez applying his new training towards leading his unit. Lt. Martinez worked on broadening the horizons of his personnel. He returned and immediately continued to further his MCE investigations and increasing and closing out other investigations, seizure of drugs and weapons. His unit played a vital role working jointly with EPPD to arrest a member of their investigation who was involved in an aggravated assault with a deadly weapon.

| Created By : | Template | 04/22/2019  2:18PM |
|---|---|---|

**Competency 2: Job Duty 2: Communication**

Description :

Communication

**Behavior 1: Interpersonal Skills**

Description:

* Inspires trust
* Sensitive to the time and needs of others
* Values different points of view
* Establishes good rapport with others
* Sincere in dealing with others
* Considered dependable by others
* Respected by peers
* Accepts criticism professionally

| **Manager Rating:** 4- Exceeds Expectations | 4.00 |
|---|---|

**Behavior 2: Communication**

Description:

* Actively listens and asks questions to ensure understanding
* Focuses discussions on issues rather than personalities
* Possesses effective verbal skills
* Writes clearly and understandably
* Shares an appropriate amount of information in a timely manner
* Encourages others to share their opinions/views/suggestions
* Uses non-verbal communication effectively

**Manager Rating:**  5- Outstanding                     5.00

**Manager Rating:**  4- Exceeds Expectations            4.50

**Manager Comments:**   During this reporting period, Lt. Martinez presented to the citizens academy. He did an outstanding job in explaining the mission, functions and programs involved in the Criminal Investigations Division. Lt. Martinez continues to make great suggestions to improve the efficiency of Department forms. For example, Lt. Martinez presented an idea to in which headquarters approved a redaction on form CID 51. Lt. Martinez is outstanding in all aspects of communication and continues to produce superb written products. Lt. Martinez is a SPURS instructor and has become the go-to supervisor for SPURS related matters. Lt. Martinez inspires his team to lead through communication by presenting to others on operations. Lt. Martinez always keeps me informed on his daily, weekly and monthly activities. There is hardly a day that goes by that Captain Sanchez does not hear from Lt. Martinez. When Captain Sanchez sends out emails, Lt. Martinez is always quick to respond and will reply with input when needed. Captain Sanchez very seldom has to correct Lt. Martinez on correspondences. Lt. Martinez composes his written communication at an executive level.

Lt. Martinez continues to flourish networking and foster relationships with other agencies at the El Paso TAG such as; the El Paso Police Department (EPPD), Homeland Security Investigations (HSI), DEA, FBI, ATF, members of the Border Prosecutor Unit (BPU), and TAG facility. He has been proactive in setting up common communications channels for multi-agency operations. Lt. Martinez is also the go-to supervisor for outside agencies that need assistance from the

Department.

Created By :   Template                    04/22/2019  2:18PM

Competency 3: Job Duty 3: Job Knowledge and Execution

Description :

Job Knowledge

Behavior 1: Planning and Organizing

Description:

* Formulates detailed and thorough plans, including contingency plans for possible risks and obstacles
* Prioritizes tasks according to importance and time restraints
* Successfully manages multiple tasks
* Efficiently manages available resources to accomplish the assigned tasks
* Effectively coordinates activities with various individuals and/or agencies

**Manager Rating:**  5- Outstanding                    5.00

Behavior 2: Delegation

Description:

* Delegates tasks appropriately
* Communicates expectations clearly
* Makes resources available to get the job done
* Provides direction when needed
* Encourages ownership of delegated tasks
* Uses delegation to improve and develop employees
* Verifies completion of delegated tasks

**Manager Rating:**  5- Outstanding                    5.00

Behavior 3: Job Knowledge

Description:

* Devotes efforts to improve and increase knowledge base though education and training
* Maintains expert knowledge on DPS policy and procedures and administrative rules
* Possesses expert knowledge of specific laws, regulations, position responsibilities, tactics, techniques and procedures
* Understands relevance and relationship between unit performance and agency goals and objectives
* Demonstrates technical knowledge and practical skills in the execution of overall duties

**Manager Rating:**  5- Outstanding                    5.00

**Manager Rating:**  5- Outstanding                    5.00

**Manager Comments:**  Lt. Martinez takes exceptional pride and works vigorously on improving the entrusted property locker. Lt. Martinez runs a tight ship when it comes to the entrusted property room and works towards increasing efficiency. This reporting period Lt. Martinez inherited new Special Agents in which he continues to mentor and coach above and beyond expectations. During this reporting period Lt. Martinez led his unit and others special agents on a controlled delivery operation to Lubbock. The controlled delivery involved the delivery of approximately eleven (11) pounds of methamphetamine. Lt. Martinez made strong leadership decisions during this operation. He had contingency plans to back up what he needed to do and never gave up until all investigative means were exhausted. During this operation Lt. Martinez, also orchestrated a search warrant on the source location in which an arrest and seizure of more methamphetamine was obtained. Lt. Martinez has a superb talent when it comes to multitasking. He has acquired the art of working more with less, which is due to the wisdom he has gained in job knowledge and experience. Lt. Martinez is outstanding in his job performance of job knowledge and execution.

Created By :   Template                    04/22/2019  2:18PM

## Competency 4: Job Duty 4: Tactical Readiness

Description :

Tactical Readiness

### Behavior 1: Physical Readiness Testing

Description:

* Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves.
* Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of intensity in a timely
manner for all situations.

**Manager Rating:** 4- Exceeds Expectations          4.00

---

Behavior 2: Use of Force

Description:

\* Always uses the appropriate amount of force necessary to make an arrest.
\* Uses force only to advance a legitimate law enforcement objective that is in compliance with law, department training and policy.
\* Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer.
\* When appropriate recognizes and utilizes appropriate de-escalation techniques and acts with intelligence and exercises sound judgment based upon a deep reverence for human life when using force.

**Manager Rating:** 5- Outstanding          5.00

---

Behavior 3: Maintenance/Qualificiations of Weapons

Description:

\* Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons.
\* Trains consistently with issued weapons and tools in order to be properly prepared.
\* Is in compliance with qualification standards on weapons issued.

**Manager Rating:** 5- Outstanding          5.00

---

Behavior 4: Driving Skills

Description:

\* Consistently operates department vehicle with due care, caution and control in all driving situations
\* Demonstrates proficiency in high risk covert and overt tactical driving scenarios.
\* Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios.

**Manager Rating:** 5- Outstanding          5.00

---

Behavior 5: Law Enforcement Tactics and Training

Description:

\* Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter and other high threat
situations both on and off duty.
\* Employs sound tactics, techniques and procedures when executing search and arrest warrants and conducting high risk traffic stops and other high risk situations.

DPS_009384

| Manager Rating: | 5- Outstanding | 5.00 |
| --- | --- | --- |

| Manager Rating: | 4- Exceeds Expectations | 4.80 |
| --- | --- | --- |

This past year Lt. Martinez' past his physical fitness test (PFT) with an 80% and maintained a low risk waist circumference. In addition, this past year Lt. Martinez learned the importance of staying healthy as it corresponds to the demands and stresses of the job. Lt. Martinez gained knowledge in the importance of monitoring his cardiovascular system and allowing for decompression time. Lt. Martinez is tactically sound and proficient with his weapon and ensures that his personnel are as well. Lt. Martinez maintains his physical fitness and encourages his personnel to maintain the department's standards on physical fitness. 2019 PRT standards have been modified to include the command presence initiative to be under a 40-inch waist for males in which his waistline is way below the standard. Lt. Martinez will strive to maintain his fitness standards and meet the Departments command presence goals.

**Manager Comments:** Lt. Martinez' is tactically ready at all times and is ready to handle any situation as it arises. Lt. Martinez also verifies that all his personnel are tactically ready and that they have all the equipment they need to perform the job. He also checks that his personnel are equipped with everything they need to make sound entries. Lt. Martinez periodically inspects his unit's tactical readiness and addresses tactical matters as it arises. He continues to step up and lead others on the fundamental tactics of executing search warrants, effective arrest techniques, and security of undercover officers and over all vigilance. Lt. Martinez devises well thought out plans with more than one (1) contingency. Lt. Martinez consistently makes himself aware of his personnel's mental well-being and often encourages his personnel to decompress so they do not jeopardize safety, physical well-being and to spend time with their families.

DPS_009385

Created By :   Template                        04/22/2019  2:18PM

## Competencies Summary

**Manager Rating:** 4- Exceeds Expectations                4.74

**Manager Comments:**

**Employee Comments:**

During the first quarter of year 2019, I successfully completed the Northwestern University School of Police and Command Staff (SPSC) ten (10) week course. Prior to my assignment to Northwestern, I was able to facilitate assistance to the FBI Safe Streets Task Force with having DPS actively participate in a multiple state and defendant Controlled Delivery of Cocaine from El Paso to Houston. The investigation had no gang nexus therefore, I introduced the FBI Group Supervisor to our DPS Lieutenant overseeing the El Paso CID Drug Unit. Due to conflicting personalities and previous negative work experiences, the FBI and DPS supervisors both were hesitant to work with another. However, I was influential in building the credibility and trust in each other which resulted in a highly successful partnership. This relationship and partnership that I was able to forge, has allowed for DPS and FBI to conduct effective investigations that have identified, infiltrated and disrupted a Transnational Criminal Investigation involved in the bulk smuggling and distribution of Fentanyl.

Additionally, during the second quarter of the year and return from Northwestern University SPSC, my interpersonal abilities to obtain buy-in and motivate others to work joint Gang Investigations allowed for the Texas Anti-Gang (TAG) El Paso to successfully conduct the first multi-agency TAG Gang Investigation. I utilized my experience in conducting and supervising Major Criminal Enterprise (MCE) Investigations to formulate a multi-agency, all crimes approach, and proactive plan to target a Poly-Gang criminal organization that was trafficking Cocaine, Methamphetamine and Heroin in the City of Socorro area. My knowledge and experience working that area to include being well versed in the gangs and their method of operating, allowed for the multi-agency success in infiltrating various cells of the organization and numerous seizures of Cocaine, Methamphetamine and Heroin. The six (6) month operation was successful which resulted in the arrest of nine (9) key members which arrest significantly disrupted the flow of illicit crimes and drugs in the City of Socorro. The TAG received recognition from the Socorro Chief of Police who was thankful for our joint efforts in eradicating the organization.

During May 2019, I was assigned a total of three (3) newly promoted Special Agents to supervise under my unit. I capitalized on the opportunity to train and mentor the newly promoted Special Agents and immediately assigned them targets from an on-going Organized Crime Drug Enforcement Task Force (OCDEFT) investigation that was initiated by the 4A1 Gang Unit and subsequently worked jointly with DEA Strike Force 2. As a result of my efforts to train, develop and mentor the new agents, the entire 4A1 Gang Unit

DPS_009386

gained momentum to continue furthering this investigation by conducting various investigative techniques. Those new SA's were immediately introduced to a wide variety of investigative techniques such as undercover purchases of evidence, execution of search warrants, exploitation of phone tolls, pen-registers, GPS mobile tracking devices, internet protocol cameras and other covert/overt methods. As of October 2019, this investigation has resulted in six (6) federal indictments and SA's currently have an additional eighteen (18) chargeable defendants on State charges, and a total of nine (9) residences suspected of narcotics distribution have been identified.

In August 2019, I was the first DPS CID Lieutenant to arrive at the scene of the mass casualty active shooter event that occurred at the Wal-Mart located in the Cielo Vista Shopping Center. This act of violence resulted in the death of twenty-two (22) innocent victims and an additional twenty-four (24) victims that sustained serious injuries. During this incident, I was off duty and was first notified of the active shooter event by a DEA counter-part assigned to the Ciudad Juarez Residence Office who monitoring radio traffic while conducting an operation. I immediately began to notify and coordinated an all-hands response from my area. Upon arrival to the chaotic scene, I accessed the scene which was already saturated with multiple first responders. I located the hasty command post that had been erected were I obtained information and coordinated assistance to the El Paso Police Department who were the lead agency. Our District had no designated Acting Captain at the time, therefore I communicated directly with Major Shane Byrd and took the initiative to coordinate and delegate responsibilities to my Co-Lieutenants. At the direction of the on-scene commander, I improvised a plan to respond to the calls of a potential secondary active shooter and casualties at the adjacent two-story mall complex. I conducted this task by leading a multi-agency team consisting of DPS Troopers, CID Special Agents, El Paso Police Officers, U.S. Border Patrol Agents, HSI Special Agents to conduct a thorough clearing of the entire complex. After extensive and exhausting hours of clearing and searching the complex, multiple citizens who locked in throughout various retail centers were taken into safety. Although no casualties or an additional active shooter were located at the mall complex, our swift and speedy response could had prevented additional losses of life. Once the task of clearing the complex was completed, I coordinated assistance to locate and identify additional victims and witnesses who were transferred to the re-unification center.

Again in August of 2019, another mass casualty active shooter event that resulted in eight (8) killed and twenty-five (25) injured occurred in the Midland/ Odessa. Due to my leadership abilities that I demonstrated in response to the El Paso active shooter, Major Shane Byrd assigned me as Acting Captain for the 4A District and tasked me with coordinating assistance to the 4C District. Knowing that the active shooter was shooting from within an automobile and was mobile, I multi-tasked and notified surrounding law enforcement agencies for their immediate awareness. I contacted the 4C Midland District Acting Captain and began to obtain more information to assess support from both El Paso 4A and 4B Districts. I immediately began to notify and coordinated an all-hands response from the 4A District and deployed the closest Lieutenant area which was in Alpine. In an effort to avoid miscommunication and create a unified response, I met with the 4B Acting Captain and conducted a teleconference with the 4C District Captain to begin coordinating logistics and assigning manpower for the response and aftermath. I also coordinated with the El Paso TAG and obtained breaching equipment and ballistic shields to send along with our personnel that was

responding. CID El Paso was able to provide a quick, efficient, and organized response to assist with interviews, and other needed assistance

## Section 4 - Overall Summary

**Manager Rating:** 4- Exceeds Expectations          4.87

**Manager Comments:**

## Section 5 - Employee Development Area

Development

Description :

Lists the Areas planned for Development

- Due Date :
- Status:
- Percent Complete:  0

**Manager Comments:**
**Employee Comments:**

Created By :   Template                    04/22/2019  2:18PM

## Section 6 - STW-Job Description Certification

Is the EE's Job Description accurate for this position?

Description :

If you answered YES, there is nothing further to do.

If the answer is NO, attach a copy of changes, and please contact the HR Department.

**Manager Rating:**  Yes

Created By :   Template                    04/22/2019  2:18PM

Has the EE's current Job Description been recently revised?

Description :

If you answered yes, please attach a revised Job Description to this Performance Evaluation.

**Manager Rating:** No

Created By : Template                    04/22/2019 2:18PM

STW-Job Description Certification Summary

**Manager Comments:**

## Section 8 - eSignature Section

**Daniel Martinez**                    **02/28/2020  9:26:11PM**

_____

Employee Signature                    Date

**Jose Sanchez**                    **02/29/2020  4:45:28PM**

_____

Manager Signature                    Date

## Section 7 - Employee Comments

**Employee Comments:**

Attachments
No Attachments have been added to this document

Audit History

|  |  |  |
|---|---|---|
| **Created By :** | Jose Sanchez | 04/22/2019 2:18:02PM |
| **Transferred From :** | Joe Byrd | 02/26/2020 3:47:06PM |
| **Transferred To :** | Jose Sanchez | 02/26/2020 3:47:06PM |
| **Transferred By :** | Kazia Obeda | 02/26/2020 3:47:06PM |

| | | |
|---|---|---|
| **Acknowledged By :** | Daniel Martinez | 02/28/2020  9:26:11PM |
| **Manager Signed By :** | Jose Sanchez | 02/29/2020  4:45:28PM |
| **Completed By :** | System | 03/02/2020  1:10:14PM |
| **Approved By :** | Wynn Reynolds | 03/02/2020  1:10:14PM |
| **Last Modified By :** | Wynn Reynolds | 03/02/2020  1:10:14PM |

DPS_009390

DPS Document Type-Manager
## Manager Evaluation - Completed

Daniel Martinez

**Job Title:** Lieutenant CID
**Document Type:** DPS Document Type-Manager
**Template:** DPS-Manager Evaluation Form
**Status:** Completed

**Manager:** Mark Koenig
**Period:** 10/15/2019 - 12/31/2019
**Document ID:** 246158
**Due Date:** 02/29/2020

| Employee Data | | | |
|---|---|---|---|
| **Department :** | 0700C7570 | CID Region 7 | |
| **Location Code :** | 2277021 | AUSTIN R7 CAPITOL | |

The document status is Completed.

## Section 1 - Document Purpose

Annual Employee Evaluation

Description :

Annual Employee Evaluation

**Manager Rating:** Yes
**Avg Rating:** Yes                          0.00

Created By :   Template            02/26/2020  1:51PM

Close-Out Employee Evaluation

Description :

Close-Out Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                          0.00

Created By :   Template            02/26/2020  1:51PM

Other Employee Evaluation

Description :

Other Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                                    0.00

Created By :   Template              02/26/2020  1:51PM

Probationary Employee Evaluation

Description :

Probationary Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                                    0.00

Created By :   Template              02/26/2020  1:51PM

Document Purpose Summary

**Manager Comments:**

## Section 2 - Employee Goals

Goals Summary

**Manager Rating:** 0- Not Applicable          0.00

**Avg Rating:** 0- Not Applicable          0.00

**Manager Comments:**
**Employee Comments:**

## Section 3 - Competencies

Competency 1: Job Duty 1: Leadership

Description :

Leadership

## Behavior 1: Problem Solving/Judgment
Description:

* Ability to identify root causes of a problem/conflict
* Recognizes issues which should be brought to the attention of management
* Accurately assesses consequences of unresolved problems/conflict
* Evaluates other possible courses of action prior to making decision
* Considers possible long term and short term effects of a decision
* Effectively resolves problems/conflict
* Avoids situations that reflect negatively or puts the organization at risk

**Manager Rating:** 4- Exceeds Expectations          4.00

## Behavior 2: Initiative
Description:

* Ability to see what needs to be done
* Suggests ways to achieve better results or add value
* Performs beyond expectation for a given task
* Creates innovative approaches to evolving circumstances
* Seeks out additional responsibilities

**Manager Rating:** 5- Outstanding          5.00

## Behavior 3: Liaison
Description:

* Proactive in developing positive relationships at all levels
* Shares relevant information to accomplish tasks
* Promotes an environment in which two-way communication is encouraged
* Develops and maintains cooperative relationship with Federal, State, and Local agencies
* Actively sought by outside individuals and/or agencies for counsel, advice, or coordination of efforts

**Manager Rating:** 5- Outstanding          5.00

## Behavior 4: Flexibility/Adaptability
Description:

* Ability to improvise, adapt and overcome challenges
* Adjust operations efficiently and effectively as the circumstances and goals change

* Ability to see challenges as opportunities
* Readily accepts change

              **Manager Rating:**  4- Exceeds Expectations           4.00

**Behavior 5: Accountability**

Description:

* Effectively and efficiently performs all assigned duties
* Ensures thoroughness and timeliness in carrying out all assigned tasks
* Accepts responsibility for personal success
* Assumes responsibility for failures
* Displays consistency between words and actions
* Sets high expectations for self
* Accepts direction for improvement

              **Manager Rating:**  4- Exceeds Expectations           4.00

**Behavior 6: Leadership**

Description:

* Exhibits integrity
* Provides clear direction to subordinates
* Promotes teamwork
* Acknowledges accomplishments of others
* Consistently motivates others to accomplish goals
* Ensures well-being of subordinates
* Gains the respect of others through own actions and attitude (leads by example)
* Actively promotes the professional development of others
* Inspires others to accept ownership of changes
* Enlists the support of others in moving change forward
* Exhibits courage and operates effectively under stress

              **Manager Rating:**  3- Meets Expectations           3.00

              **Manager Rating:**  4- Exceeds Expectations           4.17
                   **Avg Rating:**  4- Exceeds Expectations           4.17

**Manager Comments:**  Lt. Martinez transferred to CID Capitol Region effective October 15, 2019 from CID West Texas Region, stationed in El Paso.  All comments by this rater will be included in the overall summary.

DPS_009394

Created By :   Template                    02/26/2020  1:51PM

Competency 2: Job Duty 2: Communication

Description :

Communication

---

Behavior 1: Interpersonal Skills

Description:

* Inspires trust
* Sensitive to the time and needs of others
* Values different points of view
* Establishes good rapport with others
* Sincere in dealing with others
* Considered dependable by others
* Respected by peers
* Accepts criticism professionally

**Manager Rating:**  4- Exceeds Expectations            4.00

---

Behavior 2: Communication

Description:

* Actively listens and asks questions to ensure understanding
* Focuses discussions on issues rather than personalities
* Possesses effective verbal skills
* Writes clearly and understandably
* Shares an appropriate amount of information in a timely manner
* Encourages others to share their opinions/views/suggestions
* Uses non-verbal communication effectively

**Manager Rating:**  4- Exceeds Expectations            4.00

---

**Manager Rating:**  4- Exceeds Expectations            4.00
**Avg Rating:**  4- Exceeds Expectations            4.00

**Manager Comments:**  Lt. Martinez transferred to CID Capitol Region effective October 15, 2019 from CID West Texas Region, stationed in El Paso.  All comments by this rater will be included in the overall summary.

Created By :   Template                    02/26/2020  1:51PM

Competency 3: Job Duty 3: Job Knowledge and Execution

DPS_009395

Description :

Job Knowledge

Behavior 1: Planning and Organizing
Description:

* Formulates detailed and thorough plans, including contingency plans for possible risks and obstacles
* Prioritizes tasks according to importance and time restraints
* Successfully manages multiple tasks
* Efficiently manages available resources to accomplish the assigned tasks
* Effectively coordinates activities with various individuals and/or agencies

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 2: Delegation
Description:

* Delegates tasks appropriately
* Communicates expectations clearly
* Makes resources available to get the job done
* Provides direction when needed
* Encourages ownership of delegated tasks
* Uses delegation to improve and develop employees
* Verifies completion of delegated tasks

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 3: Job Knowledge
Description:

* Devotes efforts to improve and increase knowledge base though education and training
* Maintains expert knowledge on DPS policy and procedures and administrative rules
* Possesses expert knowledge of specific laws, regulations, position responsibilities, tactics, techniques and procedures
* Understands relevance and relationship between unit performance and agency goals and objectives
* Demonstrates technical knowledge and practical skills in the execution of overall duties

**Manager Rating:**  5- Outstanding          5.00

**Manager Rating:**  4- Exceeds Expectations          4.33
**Avg Rating:**  4- Exceeds Expectations          4.33

DPS_009396

**Manager Comments:**   Lt. Martinez transferred to CID Capitol Region effective October 15, 2019 from CID West Texas Region, stationed in El Paso.  All comments by this rater will be included in the overall summary.

Created By :   Template                    02/26/2020  1:51PM

## Competency 4: Job Duty 4: Tactical Readiness - Commissioned

Description :

Tactical Readiness - Commissioned

### Behavior 1: Physical Readiness Testing

Description:

* Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves.
* Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of intensity in a timely manner for all situations.

**Manager Rating:**  4- Exceeds Expectations                    4.00

### Behavior 2: Use of Force

Description:

* Always uses the appropriate amount of force necessary to make an arrest.
* Uses force only to advance a legitimate law enforcement objective that is in compliance with law, department training and policy.
* Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer.
* When appropriate recognizes and utilizes appropriate de-escalation techniques and acts with intelligence and exercises sound judgment based upon a deep reverence for human life when using force.

**Manager Rating:**  4- Exceeds Expectations                    4.00

### Behavior 3: Maintenance/Qualificiations of Weapons

Description:

* Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons.
* Trains consistently with issued weapons and tools in order to be properly prepared.
* Is in compliance with qualification standards on weapons issued.

**Manager Rating:**  3- Meets Expectations                    3.00

**Behavior 4: Driving Skills**

Description:

* Consistently operates department vehicle with due care, caution and control in all driving situations
* Demonstrates proficiency in high risk covert and overt tactical driving scenarios.
* Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios.

|  |  |  |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.00 |

**Behavior 5: Law Enforcement Tactics and Training**

Description:

* Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter and other high threat
situations both on and off duty.
* Employs sound tactics, techniques and procedures when executing search and arrest warrants and conducting high risk traffic stops and other high risk situations.

|  |  |  |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.00 |

|  |  |  |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.60 |
| **Avg Rating:** | 3- Meets Expectations | 3.60 |

**Manager Comments:** Lt. Martinez transferred to CID Capitol Region effective October 15, 2019 from CID West Texas Region, stationed in El Paso. All comments by this rater will be included in the overall summary.

|  |  |  |  |
|---|---|---|---|
| Created By : | Template | 02/26/2020 1:51PM | |

**Competencies Summary**

|  |  |  |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.03 |
| **Avg Rating:** | 4- Exceeds Expectations | 4.03 |

**Manager Comments:**

Lt. Martinez transferred to CID Capitol Region effective October 15, 2019 from CID West Texas Region, stationed in El Paso. All comments by this rater will be included in the overall summary.

**Employee Comments:**

During the first quarter of year 2019, I successfully completed the Northwestern University School of Police and Command Staff (SPSC) ten (10) week course. Prior to my assignment to Northwestern, I was able to facilitate assistance to the FBI Safe Streets Task Force with having DPS actively participate in a multiple state and defendant Controlled Delivery of Cocaine from El Paso to Houston. The investigation had no gang nexus therefore, I introduced the FBI Group Supervisor to our DPS Lieutenant overseeing the El Paso CID Drug Unit. Due to conflicting personalities and previous negative work experiences, the FBI and DPS supervisors both were hesitant to work with another. However, I was influential in building the credibility and trust in each other which resulted in a highly successful partnership. This relationship and partnership that I was able to forge, has allowed for DPS and FBI to conduct effective investigations that have identified, infiltrated and disrupted a Transnational Criminal Investigation involved in the bulk smuggling and distribution of Fentanyl.

Additionally, during the second quarter of the year and return from Northwestern University SPSC, my interpersonal abilities to obtain buy-in and motivate others to work joint Gang Investigations allowed for the Texas Anti-Gang (TAG) El Paso to successfully conduct the first multi-agency TAG Gang Investigation. I utilized my experience in conducting and supervising Major Criminal Enterprise (MCE) Investigations to formulate a multi-agency, all crimes approach, and proactive plan to target a Poly-Gang criminal organization that was trafficking Cocaine, Methamphetamine and Heroin in the City of Socorro area. My knowledge and experience working that area to include being well versed in the gangs and their method of operating, allowed for the multi-agency success in infiltrating various cells of the organization and numerous seizures of Cocaine, Methamphetamine and Heroin. The six (6) month operation was successful which resulted in the arrest of nine (9) key members which arrest significantly disrupted the flow of illicit crimes and drugs in the City of Socorro. The TAG received recognition from the Socorro Chief of Police who was thankful for our joint efforts in eradicating the organization.

Also upon my return from Northwestern, I implemented various ideas and methods that I learned while conducting a Staff Study on best practices regarding handling and storage of Entrusted Property. In the Month of April, I completed an audit of the entire 4A District Entrusted Property room. I identified discrepancies regarding undisposed evidence, records retention and lack of uniformity in records when compared to the SPURS Evidence Module. I implemented a plan to reorganize the evidence room and created spreadsheets to maintain accountability of the status of dispositions and yearly updating of records. However, because of my Staff Study and personal experience regarding the need for uniformity and accurate records. I presented my ideas to the Region 4 CID Chain of Command to consolidate and upgrade our regional entrusted property rooms to an electronic software and barcoding system that is compatible with SPURS and synchronizes with the existing evidence module.

During May 2019, I was assigned a total of three (3) newly promoted Special Agents to supervise under my unit. I capitalized on the opportunity to train and mentor the newly promoted Special Agents and immediately assigned them targets from an on-going Organized Crime Drug Enforcement Task

DPS_009399

Force (OCDEFT) investigation that was initiated by the 4A1 Gang Unit and subsequently worked jointly with DEA Strike Force 2. As a result of my efforts to train, develop and mentor the new agents, the entire 4A1 Gang Unit gained momentum to continue furthering this investigation by conducting various investigative techniques. Those new SA's were immediately introduced to a wide variety of investigative techniques such as undercover purchases of evidence, execution of search warrants, exploitation of phone tolls, pen-registers, GPS mobile tracking devices, internet protocol cameras and other covert/overt methods. As of October 2019, this investigation has resulted in six (6) federal indictments and SA's currently have an additional eighteen (18) chargeable defendants on State charges, and a total of nine (9) residences suspected of narcotics distribution have been identified. In June 2019, I supervised and assisted the 4A1 Gang Unit with a controlled delivery operation to Lubbock, which was directly linked to an ongoing Transnational Criminal investigation led by the 4A1 Gang Unit. The operation involved the delivery of approximately eleven (11) pounds of Methamphetamine.  During this operation, I had to implement various contingencies which involved multi-agency collaboration in both the El Paso and Lubbock areas. The operation resulted in the identification of the source of supply, execution of a search warrant at the stash house and the identification of the intended recipient in Lubbock.  During this same period, the 4A1 Lieutenant area received a CID Division Director Award in recognition of our investigative efforts targeting gangs and Transnational Crime.


In August 2019, I was the first DPS CID Lieutenant to arrive at the scene of the mass casualty active shooter event that occurred at the Wal-Mart located in the Cielo Vista Shopping Center.  This act of violence resulted in the death of twenty-two (22) innocent victims and an additional twenty-four (24) victims that sustained serious injuries. During this incident, I was off duty and was first notified of the active shooter event by a DEA counter-part assigned to the Ciudad Juarez Residence Office who monitoring radio traffic while conducting an operation. I immediately began to notify and coordinated an all-hands response from my area. Upon arrival to the chaotic scene, I accessed the scene which was already saturated with multiple first responders. I located the hasty command post that had been erected were I obtained information and coordinated assistance to the El Paso Police Department who were the lead agency. Our District had no designated Acting Captain at the time, therefore I communicated directly with Major Shane Byrd and took the initiative to coordinate and delegate responsibilities to my Co-Lieutenants. At the direction of the on-scene commander, I improvised a plan to respond to the calls of a potential secondary active shooter and casualties at the adjacent two-story mall complex. I conducted this task by leading a multi-agency team consisting of DPS Troopers, CID Special Agents, El Paso Police Officers, U.S. Border Patrol Agents, HSI Special Agents to conduct a thorough clearing of the entire complex. After extensive and exhausting hours of clearing and searching the complex, multiple citizens who locked in throughout various retail centers were taken into safety. Although no casualties or an additional active shooter were located at the mall complex, our swift and speedy response could had prevented additional losses of life. Once the task of clearing the complex was completed, I coordinated assistance to locate and identify additional victims and witnesses who were transferred to the re-unification center.


 Again in August of 2019, another mass casualty active shooter event that resulted in eight (8) killed and twenty-five (25) injured occurred in the Midland/ Odessa. Due to my leadership abilities that I demonstrated in

response to the El Paso active shooter, Major Shane Byrd assigned me as Acting Captain for the 4A District and tasked me with coordinating assistance to the 4C District. Knowing that the active shooter was shooting from within an automobile and was mobile, I multi-tasked and notified surrounding law enforcement agencies for their immediate awareness. I contacted the 4C Midland District Acting Captain and began to obtain more information to assess support from both El Paso 4A and 4B Districts. I immediately began to notify and coordinated an all-hands response from the 4A District and deployed the closest Lieutenant area which was in Alpine. In an effort to avoid miscommunication and create a unified response, I met with the 4B Acting Captain and conducted a teleconference with the 4C District Captain to begin coordinating logistics and assigning manpower for the response and aftermath.  I also coordinated with the El Paso TAG and obtained breaching equipment and ballistic shields to send along with our personnel that was responding. CID El Paso was able to provide a quick, efficient, and organized response to assist with interviews, and other needed assistance.

From 01/01/2019 to 08/01/2019, I was under the direct supervision of District Captain, Jose Sanchez until his promotion to Major and assignment to Region 5.

From 08/01/2019 to 10/14/2019, I was  under the direct supervision of Region 4 Major, Shane Byrd.

On 10/15/2019, I transferred to Region 7 CID and was assigned by the Region 7 District Commander to oversee the 7C1 Lieutenant Area (Investigations Unit). The 7C1 Lieutenant Area, was previously under the supervision of Lieutenant Ramiro Saldivar who oversaw all investigative and administrative responsibilities from 01/31/2019 to 10/15/2020.

During this period, all goals, expectations and strategies remained the same as those previously established by Lieutenant Saldivar. This was done as a result of Lt. Martinez being new to the area and having to adjust to the change in tempo of operations, in combination with the short amount of time left in the year which encompassed two (2) major holidays and most importantly in an effort to have a smooth transition and change in first line supervision.

Goals, expectations and strategies are tentative to change upon Lt. Martinez accessing individual strengths, weaknesses, overall team performance and familiarization with the newly assigned Area of Responsibility (AOR).

## Section 4 - Overall Summary

| | | |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.03 |
| **Avg Rating:** | 4- Exceeds Expectations | 4.03 |

**Manager Comments:** This evaluation covers only a small portion the 2019 performance evaluation period, 10/01/2019 through 12/31/2019.  A more inclusive performance evaluation of core competencies was completed by Major Jose Sanchez covering 01/01/2019 through 08/01/2019.  A base rating of "3 - meets expectation" was utilized in areas that were either not sufficiently observed by this rater due to the short duration of evaluation or indicates expectations were met without any deficiencies. .

Lt. Martinez transferred to CID Capitol Region from CID West Texas Region where he was assigned to the Texas Anti-Gang initiative ?El Paso.  From 01/01/2019 to 08/01/2019, Lt. Martinez was under the direct supervision of District Captain, Jose Sanchez until his promotion to major and assignment to Region 5.  Major Sanchez completed a closeout performance evaluation for Lt. Martinez for the previously stated time frame.  However, between 08/01/2019 and 10/14/2019, Lt. Martinez reported directly to Major Shane Byrd through acting Captain Heather Krueger. Major Byrd has since retired but did not complete the required close-out evaluation for Lt. Martinez.  Between 08/01/2019 and 10/14/2019, Lt. Martinez, took a commanding role in two (2) major mass casualty shooting events;  one (1) event in El Paso where twenty-two (22) victims were killed and the other event in Midland/Odessa where eight (8) victims were killed. For details of actions taken by Lt. Martinez in both events see Lt. Martinez' account documented in the employee comments.

Upon Lt. Martinez arrival to the Capitol Region he was assigned to the general crimes CID squad.  The previous Lt. on this squad was re-assigned to a newly created squad in the District.  Since his arrival, Lt. Martinez has seemed to acclimate very well by taking a very active role in getting to know his agents, the squad's current investigations and activity, the area of operation, priority threats and responsibilities, and liaising with area law enforcement and prosecutors.  Lt. Martinez is a very good communicator and has pleasant interpersonal communication skills.  Lt. Martinez has displayed

DPS_009402

impressive initiative by liaising with the Austin Police Department downtown area command, identify problem areas and crimes that encroach our area of responsibility. Lt. Martinez presented various proactive operational tactics that will no doubt have a positive impact on interagency relationships and criminal investigations.

Lt. Martinez is currently supervising an individual with several areas in need of improvement. These identified shortcomings have been partly attributed to this employee's previous first line supervisor and lack of proper training. Lt. Martinez has identified training courses and is providing one-on-one coaching sessions that should be effective in the overall performance improvement of this employee. Lt. Martinez is regularly communicating with his supervisor on this matter and properly documenting all activity should the need arise to place this employee on a performance improvement plan.

Lt. Martinez has expressed his desire to continue promoting within the department. Though I have only supervised Lt. Martinez for a short period of time, the actions, leadership and operational effectiveness he has displayed thus far are indicative of a successful supervisor and future administrative professional.

## Section 5 - Employee Development Area

Development

Description :

Lists the Areas planned for Development

- Due Date :
- Status:
- Percent Complete:  0

**Manager Comments:**
**Employee Comments:**

Created By :   Template          02/26/2020  1:51PM

## Section 6 - Job Description Certification

Is the EE's Job Description accurate for this position?

Description :

If you answered YES, there is nothing further to do.

If the answer is NO, attach a copy of changes, and please contact the HR Department.

**Manager Rating:** Yes
**Avg Rating:** Yes                                      0.00

Created By :   Template                02/26/2020  1:51PM

Has the EE's current Job Description been recently revised?

Description :

If you answered yes, please attach a revised Job Description to this Performance Evaluation.

**Manager Rating:** No
**Avg Rating:** Yes                                      0.00

Created By :   Template                02/26/2020  1:51PM

Job Description Certification Summary

**Manager Comments:**

## Section 8 - eSignature Section

**Daniel Martinez**                              **04/09/2020 12:21:55PM**

Employee Signature                              Date

**Mark Koenig**                                  **07/01/2020  5:08:27PM**

DPS_009404

Manager Signature                                                    Date

## Section 7 - Employee Comments

**Employee Comments:**

**Employee Comments:**   Employee has not completed their self-evaluation

**Attachments**

No Attachments have been added to this document

**Audit History**

|  |  |  |
|---|---|---|
| **Created By :** | Mark Koenig | 02/26/2020  1:51:14PM |
| **Acknowledged By :** | Daniel Martinez | 04/09/2020 12:21:55PM |
| **Manager Signed By :** | Mark Koenig | 07/01/2020  5:08:27PM |
| **Completed By :** | System | 07/09/2020  3:26:53PM |
| **Approved By :** | Gabriel Ortiz | 07/09/2020  3:26:53PM |
| **Last Modified By :** | Gabriel Ortiz | 07/09/2020  3:26:53PM |

DPS_009405

DPS Document Type-Manager

## Manager Evaluation - Completed

Daniel Martinez

**Job Title:** Lieutenant CID
**Document Type:** DPS Document Type-Manager
**Template:** DPS-Manager Evaluation Form
**Status:** Completed

**Manager:** Jose Sanchez
**Period:** 01/01/2018 - 12/31/2018
**Document ID:** 190517
**Due Date:** 03/01/2019

| Employee Data | | | |
|---|---|---|---|
| **Department :** | 0700C4450 | CID Region 4 | |
| **Location Code :** | 0714015 | EL PASO R4 HQ (SCOTT SIMPSON) | |

The document status is Completed.

## Section 1 - Document Purpose

Annual Employee Evaluation

Description :

Annual Employee Evaluation

|  |  |
|---|---|
| **Manager Rating:** Yes | |
| **Avg Rating:** Yes | 0.00 |

Created By : Template          01/22/2018  4:00PM

Close-Out Employee Evaluation

Description :

Close-Out Employee Evaluation

|  |  |
|---|---|
| **Manager Rating:** No | |
| **Avg Rating:** Yes | 0.00 |

Created By : Template          01/22/2018  4:00PM

Other Employee Evaluation

Description :

Other Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                              0.00

Created By :   Template            01/22/2018  4:00PM

Probationary Employee Evaluation

Description :

Probationary Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                              0.00

Created By :   Template            01/22/2018  4:00PM

Document Purpose Summary

**Manager Comments:**
            Lt. Martinez' yearly evaluation for 2018.

## Section 2 - Employee Goals

Goal 1: Increase customer satisfaction by 10%

Description :

Increase customer satisfaction by 10% by year end.

- Due Date :
- Status:
- Percent Complete:  0

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

Created By :   Jose Sanchez          01/22/2018  4:04PM

Goal 2: Obtain additional education.

Description :

Obtain additional education to increase workforce skills.

- Due Date :
- Status:
- Percent Complete:  0

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

Created By :   Jose Sanchez          01/22/2018  4:04PM

Goal 3: Obtain a healthy working environment

Description :

Obtain a healthy and productive working environment for employees by ensuring that all environmental regulations are met and sustained.

- Due Date :
- Status:
- Percent Complete:  0

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

Created By :   Jose Sanchez          01/22/2018  4:04PM

Goals Summary

|                    |                |      |
|--------------------|----------------|------|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

**Employee Comments:** During this period of review, I was instrumental in leading the 4A1 Gang Unit on two (2) OCDETF Investigations targeting a Tier I Transnational Organization.  This consisted of two (2) Federal Title III (TIII) intercepts which resulted in the identification and arrests of a Tier I members based out of Ciudad Juarez, Chihuahua and El Paso Texas who supplied Cocaine and Heroin to key members residing throughout West Texas and Southern New Mexico.  Various investigative techniques were conducted to include undercover operations, use of covert surveillance equipment, controlled deliveries, pen registers, state and federal wire intercepts.  The 4A1 Gang Unit conducted a total of four (4) roundups and arrested a total of seven members of the organization on federal charges, thirty-seven members of the organization on state charges, seized approximately five pounds of Heroin, three pounds of Cocaine, eighteen pounds of Marijuana, one quarter pound of Methamphetamine, and seized approximately $325,299.00 of U.S. Currency. These enforcement efforts led to the disruption of the Tier I Leadership.

The 4A1 Gang Unit disruption efforts against the Tier I gang significantly impacted the leadership operating on both sides of the El Paso-Ciudad Juarez corridor.  The recent seizures of evidence, currency and arrests of key members of the BARRIO AZTECA resulted in murders and arrests throughout the Republic of Mexico.  The most significant arrest was that of FBI's Top Ten Most Wanted Fugitive, EDUARDO RAVELO aka "TABLAS" who was wanted for directing the murders of a U.S. Consulate Employee and an El Paso County Detention Officer.  This arrest came as a result of RAVELO utilizing cellular phone communications to contact BARRIO AZTECA hierarchy currently incarcerated in the U.S. Bureau of Prisons (BOP).  RAVELO, who refrained from using cellular phones for the past eight years, was forced to make contact with key BARRIO AZTECA leadership due to the recent arrests and seizures conducted by DPS and DEA.  RAVELO's arrest caused a change in leadership and a war between the BARRIO AZTECA and LA LINEA

DPS_009409

DTO.  DPS CID and DEA Strike Force 2 have identified and infiltrated the leader of a newly-formed faction of the BARRIO AZTECA.

As a result of our 4A1 Investigative efforts we collaborated with FBI Safe Streets in OCDEFT Operation Flecha Fria.  The 4A1 Gang Unit gathered probable cause for FBI Safe Streets Gang Task Force in obtaining the first ever Microphone Surveillance (MISUR) Title III intercept on a local business utilized by the BARRIO AZTECA to conduct key meetings and other illicit activities.  This allowed us to obtain a bigger foot print pertaining to the BARRIO AZTECA and obtain further evidence against defendants intercepted in the Title III who will be charged in the Western District of Texas with the ultimate goal of obtaining RICO indictments.

In July 2018, I was contacted by the Lieutenant and Sergeant overseeing the El Paso County Sheriff's Office Fugitive Apprehension Unit requesting assistance from DPS with a warrant roundup.  The El Paso County District Attorney's office had tasked out the Sheriff's Office to focus apprehensions on defendants currently wanted for violent offenses.  I assisted in coordinating analytical support from DPS ICT and the West Texas HIDTA Gang Intel Support Unit.  During the analytical process, a substantial number of fugitive gang members and associates were identified and linked to ongoing investigations being conducted by agencies assigned to the El Paso Texas Anti-Gang (TAG) Center.  I organized a plan to include participation from all agencies assigned to the El Paso TAG.  During a period of five days, 297 persons were arrested which cleared 368 active warrants with a total of $4,573,428.00 worth of bonds.  The arrests included gang members and associates about which actionable intelligence and CI's were cultivated resulting in furthering investigations.  The contributions from the newly created El Paso TAG reflected positively with local, county and city leaders, to include the District Attorney's Office, AUSA's Office, but most importantly members of the public which we serve.

All of the aforementioned efforts where conducted while being short staffed and only having three (3) Special Agents assigned to the 4A1 Gang Unit.  I have been able to remain flexible and manage being short staffed by collaborating with multiple agencies in and outside out the

El Paso TAG Center as well as collaborating with DEA and the West Texas HIDTA.  All members the 4A1 Gang Unit are deputized with DEA Strike Force 2.

## Section 3 - Competencies

### Competency 1: Job Duty 1: Leadership

Description :

Leadership

---

#### Behavior 1: Problem Solving/Judgment

Description:

* Ability to identify root causes of a problem/conflict
* Recognizes issues which should be brought to the attention of management
* Accurately assesses consequences of unresolved problems/conflict
* Evaluates other possible courses of action prior to making decision
* Considers possible long term and short term effects of a decision
* Effectively resolves problems/conflict
* Avoids situations that reflect negatively or puts the organization at risk

**Manager Rating:** 5- Outstanding                    5.00

---

#### Behavior 2: Initiative

Description:

* Ability to see what needs to be done
* Suggests ways to achieve better results or add value
* Performs beyond expectation for a given task
* Creates innovative approaches to evolving circumstances
* Seeks out additional responsibilities

**Manager Rating:** 5- Outstanding                    5.00

---

#### Behavior 3: Liaison

Description:

* Proactive in developing positive relationships at all levels
* Shares relevant information to accomplish tasks
* Promotes an environment in which two-way communication is encouraged
* Develops and maintains cooperative relationship with Federal, State, and Local agencies
* Actively sought by outside individuals and/or agencies for counsel, advice, or coordination of efforts

**Manager Rating:**  5- Outstanding                      5.00

---

Behavior 4: Flexibility/Adaptability
Description:

* Ability to improvise, adapt and overcome challenges
* Adjust operations efficiently and effectively as the circumstances and goals change
* Ability to see challenges as opportunities
* Readily accepts change

**Manager Rating:**  4- Exceeds Expectations              4.00

---

Behavior 5: Accountability
Description:

* Effectively and efficiently performs all assigned duties
* Ensures thoroughness and timeliness in carrying out all assigned tasks
* Accepts responsibility for personal success
* Assumes responsibility for failures
* Displays consistency between words and actions
* Sets high expectations for self
* Accepts direction for improvement

**Manager Rating:**  5- Outstanding                      5.00

---

Behavior 6: Leadership
Description:

* Exhibits integrity
* Provides clear direction to subordinates
* Promotes teamwork
* Acknowledges accomplishments of others
* Consistently motivates others to accomplish goals
* Ensures well-being of subordinates
* Gains the respect of others through own actions and attitude (leads by example)
* Actively promotes the professional development of others
* Inspires others to accept ownership of changes
* Enlists the support of others in moving change forward
* Exhibits courage and operates effectively under stress

**Manager Rating:**  5- Outstanding                      5.00

---

**Manager Rating:**  4- Exceeds Expectations              4.83
**Avg Rating:**  4- Exceeds Expectations                 4.91

DPS_009412

Lt. Martinez continuously works towards the mission of disrupting/dismantling criminal organizations. Lt. Martinez is an outstanding Lieutenant who is reliable, dependable, hard charger, hard worker, intelligent, motivator, sound decision maker and is innovative. Due to these attributes Captain Sanchez doesn't hesitate to leave Lt. Martinez as Acting Captain in his absence and will continue to do so. Lt. Martinez has the potential to be a Captain in this division. Lt. Martinez started off the year running during the first week of 2018. In the first week of 2018, Lt. Martinez had a plan in place to attack Tier gang members. Throughout this reporting period Lt. Martinez accomplished the following.

**Manager Comments:** Lt. Martinez was instrumental in leading the 4A1 Gang Unit on two (2) OCDETF Investigations targeting a Tier I Transnational Organization. This consisted of two (2) Federal Title III (TIII) intercepts which resulted in the identification and arrests of a Tier I members based out of Ciudad Juarez, Chihuahua and El Paso Texas who supplied Cocaine and Heroin to key members residing throughout West Texas and Southern New Mexico. Lt. Martinez unit conducted a total of four (4) roundups and arrested a total of seven (7) members of the organization on federal charges, thirty-seven (37) members of the organization on state charges, seized approximately five (5) pounds of Heroin, three (3) pounds of Cocaine, eighteen (18) pounds of Marijuana, one quarter (1/4) pound of Methamphetamine, and seized approximately $325,299.00 of U.S. Currency. The aforementioned operation led to the disruption of the Tier I leadership on both sides of the El Paso-Ciudad Juarez corridor. The disruption and recent seizures of evidence, currency and arrests of key members of the Tier gang resulted in murders and arrests throughout the Republic of Mexico. The most significant arrest was that of FBI's Top Ten Most Wanted Fugitive, EDUARDO RAVELO aka "TABLAS" who was wanted for directing the murders of a U.S. Consulate Employee and an El Paso County Detention Officer. This arrest came as a result of RAVELO utilizing cellular phone communications to contact Tier gang members hierarchy currently incarcerated in the U.S. Bureau of Prisons (BOP). RAVELO, who refrained from using cellular phones for the past eight years, was forced to make contact with key BARRIO AZTECA leadership due to the recent arrests and seizures conducted by DPS and DEA. RAVELO's arrest caused a change in leadership and a war between the BARRIO AZTECA and LA LINEA DTO. DPS

CID and DEA Strike Force 2 have identified and infiltrated the leader of a newly-formed faction of the BARRIO AZTECA.

Lt. Martinez' unit also collaborated with FBI Safe Streets in OCDEFT Operation. The 4A1 Gang Unit gathered probable cause for FBI Safe Streets Gang Task Force in obtaining the first ever Microphone Surveillance (MISUR) Title III intercept on a local business utilized by Tier gang members to conduct key meetings and other illicit activities. This operation led to obtaining further evidence against defendants intercepted in the Title III who will be charged in the Western District of Texas with the ultimate goal of obtaining RICO indictments.

In July 2018, Lt. Martinez was contacted by El Paso SO supervision overseeing the El Paso County Sheriff's Office Fugitive Apprehension Unit requesting assistance from DPS with a warrant roundup. The El Paso County District Attorney's office had tasked out the Sheriff's Office to focus apprehensions on defendants currently wanted for violent offenses. Lt. Martinez assisted EPSO in coordinating analytical support from DPS ICT and the West Texas HIDTA Gang Intel Support Unit. During the analytical process, a substantial number of fugitive gang members and associates were identified and linked to ongoing investigations being conducted by agencies assigned to the El Paso Texas Anti-Gang (TAG) Center. Lt. Martinez organized a plan to include participation from all agencies assigned to the El Paso TAG. During a period of five days, 297 people were arrested which cleared 368 active warrants with a total of $4,573,428.00 worth of bonds. The arrests included gang members and associates about which actionable intelligence and CI's were cultivated resulting in furthering investigations. The contributions from the newly created El Paso TAG reflected positively with local, county and city leaders, to include the District Attorney's Office, AUSA's Office, but most importantly members of the public which we serve.

All of the aforementioned efforts where conducted while Lt. Martinez was short staffed and only had three (3) Special Agents assigned to the 4A1 Gang Unit. One of the most difficult things to deal with as supervisor is having to deal with an insubordinate and difficult employee in which Lt. Martinez

had to deal with on top of all the above complex investigations. During this battle Lt. Martinez continued to lead from front and mentor his personnel to one day take his place. Lt. Martinez does not hesitate to drop what he's doing with his family to assist his team with operations on the weekend. Lt. Martinez has traveled with his team to further investigations outside of Region 4 on his own initiative. On numerous occasions Captain Sanchez has observed Lt. Martinez mentoring his Special Agents, during working hours and after working hours on call outs. Due to all of the above, Lt. Martinez is highly respected by his subordinates, peers, supervisors and executive management.

Created By :   Template                          01/22/2018  4:00PM

Competency 2: Job Duty 2: Communication

Description :

Communication

Behavior 1: Interpersonal Skills
Description:

* Inspires trust
* Sensitive to the time and needs of others
* Values different points of view
* Establishes good rapport with others
* Sincere in dealing with others
* Considered dependable by others
* Respected by peers
* Accepts criticism professionally

**Manager Rating:**  5- Outstanding                    5.00

Behavior 2: Communication
Description:

* Actively listens and asks questions to ensure understanding
* Focuses discussions on issues rather than personalities
* Possesses effective verbal skills
* Writes clearly and understandably
* Shares an appropriate amount of information in a timely manner
* Encourages others to share their opinions/views/suggestions
* Uses non-verbal communication effectively

| | | |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |

| | | |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

Lt. Martinez is outstanding in all aspects of communication. Lt. Martinez' continues to produce superb written products. Lt. Martinez is a SPURS instructor and has become the go-to supervisor for SPURS related matters. Lt. Martinez inspires his team to lead through communication by presenting to others on operations. Lt. Martinez always keeps me informed on his daily, weekly and monthly activities. There is hardly a day that goes by that Captain Sanchez doesn't hear from Lt. Martinez. Even while Lt. Martinez is taking time off, or in training, Lt. Martinez will make it point to contact Captain Sanchez and make him aware of his unit's progression. When Captain Sanchez sends out emails, Lt. Martinez is always quick to respond and will reply with input when needed. Lt. Martinez is also great at composing emails to be forwarded to his chain of command, peers, other agencies and personnel. Captain Sanchez very seldom has to correct Lt. Martinez on correspondences. Lt. Martinez composes his written communication at an executive level.

**Manager Comments:**

As stated above this past year Lt. Martinez had to deal with a difficult and insubordinate employee. During this time Lt. Martinez exhausted all means to get the employee to meet standards. Lt. Martinez tried different teaching techniques and mentoring programs to get the employee to perform basic duties. In order to identify the employee's problem and pattern of behavior, Lt. Martinez took the initiative to reach out to prior supervisors to ascertain feedback on the employee in order to identify the problem and work towards a solution. Lt. Martinez tried one on one coaching to work out problems. This past year Lt. Martinez was instrumental in settling disputes amongst personnel and peers thus stopping the spread of gossip.

Lt. Martinez continues to flourish networking and foster relationships with other agencies at the El Paso TAG such as; the El Paso Police Department (EPPD), Homeland Security Investigations (HSI), DEA, FBI, ATF, members of the Border

DPS_009416

Prosecutor Unit (BPU), and TAG facility. He has been proactive in setting up common communications channels for multi-agency operations. Lt. Martinez is also the go-to supervisor for outside agencies that need assistance from the Department.

Created By :   Template                01/22/2018  4:00PM

Competency 3: Job Duty 3: Job Knowledge and Execution

Description :

Job Knowledge

Behavior 1: Planning and Organizing

Description:

* Formulates detailed and thorough plans, including contingency plans for possible risks and obstacles
* Prioritizes tasks according to importance and time restraints
* Successfully manages multiple tasks
* Efficiently manages available resources to accomplish the assigned tasks
* Effectively coordinates activities with various individuals and/or agencies

**Manager Rating:** 5- Outstanding                5.00

Behavior 2: Delegation

Description:

* Delegates tasks appropriately
* Communicates expectations clearly
* Makes resources available to get the job done
* Provides direction when needed
* Encourages ownership of delegated tasks
* Uses delegation to improve and develop employees
* Verifies completion of delegated tasks

**Manager Rating:** 5- Outstanding                5.00

Behavior 3: Job Knowledge

Description:

* Devotes efforts to improve and increase knowledge base though education and training
* Maintains expert knowledge on DPS policy and procedures and administrative rules
* Possesses expert knowledge of specific laws, regulations, position responsibilities, tactics, techniques and procedures
* Understands relevance and relationship between unit performance and agency goals and objectives
* Demonstrates technical knowledge and practical skills in the execution of overall duties

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |
| **Avg Rating:** | 5- Outstanding | 5.00 |

**Manager Comments:** Lt. Martinez is outstanding in job knowledge and execution. As displayed in his leadership summary, Lt. Martinez has a well admired talent in multitasking. Lt. Martinez has truly learned the art of working more with less which is due to the wisdom he has gained in job knowledge and experience. The operational side of his team this past year has been more successful then years past, but every year Lt. Martinez makes it a point to better himself and his team from the last year. Lt. Martinez constantly works towards success and doesn't see "I can't!" as an option; he always finds a way to succeed. On the administrative side Lt. Martinez is quick to discover discrepancies in paperwork, weekly claims of arrest, hours, manpower distribution, grammar and punctuation. Lt. Martinez is an outside of the box thinker and teaches the same to his team. Due to that his Special Agents repetitively develop innovative ideas. His Special Agents also view each investigation with an all crimes approach as they did in one investigation where they arrested a Tier gang member smuggling eleven (11) immigrants. Lt. Martinez is outstanding in his job performance of job knowledge and execution.

| Created By : | Template | 01/22/2018  4:00PM |
|---|---|---|

Competency 4: Job Duty 4: Tactical Readiness

Description :

Tactical Readiness

Behavior 1: Physical Readiness Testing

Description:

* Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves.
* Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of intensity in a timely
manner for all situations.

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 2: Use of Force

Description:

* Always uses the appropriate amount of force necessary to make an arrest.
* Uses force only to advance a legitimate law enforcement objective that is in compliance with law, department training and policy.
* Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer.
* When appropriate recognizes and utilizes appropriate de-escalation techniques and acts with intelligence and exercises sound judgment based upon a deep reverence for human life when using force.

**Manager Rating:**  5- Outstanding          5.00

Behavior 3: Maintenance/Qualifications of Weapons

Description:

* Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons.
* Trains consistently with issued weapons and tools in order to be properly prepared.
* Is in compliance with qualification standards on weapons issued.

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 4: Driving Skills

Description:

* Consistently operates department vehicle with due care, caution and control in all driving situations
* Demonstrates proficiency in high risk covert and overt tactical driving scenarios.
* Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios.

**Manager Rating:**  5- Outstanding          5.00

Behavior 5: Law Enforcement Tactics and Training

Description:

* Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter and other high threat
situations both on and off duty.
* Employs sound tactics, techniques and procedures when executing search and arrest warrants and conducting high risk traffic stops and other high risk situations.

|  |  |  |
|---|---|---|
| **Manager Rating:** | 5- Outstanding | 5.00 |

|  |  |  |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.60 |
| **Avg Rating:** | 4- Exceeds Expectations | 4.80 |

**Manager Comments:**

This past year Lt. Martinez' past his physical fitness test (PFT) with a 70% and maintained a low risk waist circumference. Also this past year Lt. Martinez learned the importance of staying healthy as it corresponds to the demands and stresses of the job.  Lt. Martinez gained knowledge in the importance of monitoring his cardiovascular system and allowing for decompression time.  Lt. Martinez is tactically sound and proficient with his weapon and ensures that his personnel are as well. Lt. Martinez maintains his physical fitness and encourages his personnel to maintain the department's standards on physical fitness. 2019 PRT standards have been modified to include the command presence initiative to be under a 40 inch waist for males in which his waistline is way below the standard.  Lt. Martinez will strive to maintain his fitness standards and meet the Departments command presence goals.

Lt. Martinez' is tactically ready at all times and is ready to handle any situation as it arises.  Lt. Martinez also verifies that all his personnel are tactically ready and that they have all the equipment they need to perform the job.  He also checks that his personnel are equipped with everything they need to make sound entries. Lt. Martinez periodically inspects his unit's tactical readiness and addresses tactical matters as it arises. He continues to step up and lead others on the fundamental tactics of executing search warrants, effective arrest techniques, and security of undercover officers and over all vigilance.  Lt.

DPS_009420

Martinez devises well thought out plans with more than one (1) contingency.  Lt. Martinez consistently makes himself aware of his personnel's mental well-being and often encourages his personnel to decompress so they don't jeopardize safety, physical well-being and to spend time with their families.

Created By :   Template                    01/22/2018  4:00PM

| Competencies Summary | | |
|---|---|---|
| **Manager Rating:** 4- Exceeds Expectations | 4.86 | |
| **Avg Rating:** 4- Exceeds Expectations | 4.86 | |

**Manager Comments:**

As stated in the above competency summaries, Lt. Martinez is an outstanding Lieutenant with a bright future in this Department.  In 2019 Lt. Martinez will be attending Northwestern University School of Police Staff and Command to further develop his career path.  Lt. Martinez has the potential to promote to the next rank of Captain and is highly encouraged to seek every promotional opportunity.  Lt. Martinez is a valuable asset to the Department.

**Employee Comments:**

During this period of review, I was instrumental in leading the 4A1 Gang Unit on two (2) OCDETF Investigations targeting a Tier I Transnational Organization.  This consisted of two (2) Federal Title III (TIII) intercepts which resulted in the identification and arrests of a Tier I members based out of Ciudad Juarez, Chihuahua and El Paso Texas who supplied Cocaine and Heroin to key members residing throughout West Texas and Southern New Mexico.  Various investigative techniques were conducted to include undercover operations, use of covert surveillance equipment, controlled deliveries, pen registers, state and federal wire intercepts.  The 4A1 Gang Unit conducted a total of four (4) roundups and arrested a total of seven members of the organization on federal charges, thirty-seven members of the organization on state charges, seized approximately five pounds of Heroin, three pounds of Cocaine, eighteen pounds of Marijuana, one quarter pound of Methamphetamine, and seized approximately $325,299.00 of U.S. Currency. These enforcement efforts led to the disruption of the Tier

I Leadership.

The 4A1 Gang Unit disruption efforts against the Tier I gang significantly impacted the leadership operating on both sides of the El Paso-Ciudad Juarez corridor. The recent seizures of evidence, currency and arrests of key members of the BARRIO AZTECA resulted in murders and arrests throughout the Republic of Mexico. The most significant arrest was that of FBI's Top Ten Most Wanted Fugitive, EDUARDO RAVELO aka "TABLAS" who was wanted for directing the murders of a U.S. Consulate Employee and an El Paso County Detention Officer. This arrest came as a result of RAVELO utilizing cellular phone communications to contact BARRIO AZTECA hierarchy currently incarcerated in the U.S. Bureau of Prisons (BOP). RAVELO, who refrained from using cellular phones for the past eight years, was forced to make contact with key BARRIO AZTECA leadership due to the recent arrests and seizures conducted by DPS and DEA. RAVELO's arrest caused a change in leadership and a war between the BARRIO AZTECA and LA LINEA DTO. DPS CID and DEA Strike Force 2 have identified and infiltrated the leader of a newly-formed faction of the BARRIO AZTECA.

As a result of our 4A1 Investigative efforts we collaborated with FBI Safe Streets in OCDEFT Operation Flecha Fria. The 4A1 Gang Unit gathered probable cause for FBI Safe Streets Gang Task Force in obtaining the first ever Microphone Surveillance (MISUR) Title III intercept on a local business utilized by the BARRIO AZTECA to conduct key meetings and other illicit activities. This allowed us to obtain a bigger foot print pertaining to the BARRIO AZTECA and obtain further evidence against defendants intercepted in the Title III who will be charged in the Western District of Texas with the ultimate goal of obtaining RICO indictments.

In July 2018, I was contacted by the Lieutenant and Sergeant overseeing the El Paso County Sheriff's Office Fugitive Apprehension Unit requesting assistance from DPS with a warrant roundup. The El Paso County District Attorney's office had tasked out the Sheriff's Office to focus apprehensions on defendants currently wanted for violent offenses. I assisted in coordinating analytical support from DPS ICT and the West Texas HIDTA Gang Intel Support Unit. During the analytical process, a

substantial number of fugitive gang members and associates were identified and linked to ongoing investigations being conducted by agencies assigned to the El Paso Texas Anti-Gang (TAG) Center.  I organized a plan to include participation from all agencies assigned to the El Paso TAG.  During a period of five days, 297 persons were arrested which cleared 368 active warrants with a total of $4,573,428.00 worth of bonds.  The arrests included gang members and associates about which actionable intelligence and CI's were cultivated resulting in furthering investigations.  The contributions from the newly created El Paso TAG reflected positively with local, county and city leaders, to include the District Attorney's Office, AUSA's Office, but most importantly members of the public which we serve.

All of the aforementioned efforts where conducted while being short staffed and only having three (3) Special Agents assigned to the 4A1 Gang Unit.  I have been able to remain flexible and manage being short staffed by collaborating with multiple agencies in and outside out the El Paso TAG Center as well as collaborating with DEA and the West Texas HIDTA.  All members the 4A1 Gang Unit are deputized with DEA Strike Force 2.

## Section 4 - Overall Summary

| | | |
|---|---|---|
| **Manager Rating:** | 4- Exceeds Expectations | 4.93 |
| **Avg Rating:** | 4- Exceeds Expectations | 4.93 |

**Manager Comments:**

As stated in the above competency summaries, Lt. Martinez is an outstanding Lieutenant with a bright future in this Department.  In 2019 Lt. Martinez will be attending Northwestern University School of Police Staff and Command to further develop his career path.  Lt. Martinez has the potential to promote to the next rank of Captain and is highly encouraged to seek every promotional opportunity.  Lt. Martinez is a valuable asset to the Department.

## Section 5 - Employee Development Area

Development

Description :

Lists the Areas planned for Development

- Due Date :
- Status:
- Percent Complete:  0

**Manager Comments:**
**Employee Comments:**

Created By :   Template                01/22/2018  4:00PM

## Section 6 - Job Description Certification

Is the EE's Job Description accurate for this position?

Description :

If you answered YES, there is nothing further to do.

If the answer is NO, attach a copy of changes, and please contact the HR Department.

**Manager Rating:**  Yes
**Avg Rating:**  Yes                              0.00

Created By :   Template                01/22/2018  4:00PM

Has the EE's current Job Description been recently revised?

Description :

If you answered yes, please attach a revised Job Description to this Performance Evaluation.

**Manager Rating:**  No
**Avg Rating:**  Yes                              0.00

Created By :   Template                01/22/2018  4:00PM

Job Description Certification Summary

**Manager Comments:**

## Section 8 - eSignature Section

**Daniel Martinez**                                    **04/16/2019  2:06:35PM**

_____
Employee Signature                              Date

**Jose Sanchez**                                      **04/16/2019  2:32:43PM**

_____
Manager Signature                               Date

## Section 7 - Employee Comments

**Employee Comments:**

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History | | |
|---|---|---|
| **Created By :** | Jose Sanchez | 01/22/2018  4:00:05PM |
| **Reopened By :** | Lauren Roberts | 04/12/2019 12:22:21PM |
| **Acknowledged By :** | Daniel Martinez | 04/16/2019  2:06:35PM |
| **Manager Signed By :** | Jose Sanchez | 04/16/2019  2:32:43PM |
| **Approved By :** | Joe Byrd | 04/19/2019 11:51:07AM |
| **Completed By :** | System | 04/19/2019 11:51:07AM |
| **Last Modified By :** | Joe Byrd | 04/19/2019 11:51:07AM |

DPS_009425



# Department of Public Safety
## EMPLOYEE BIOGRAPHICAL SKETCH

| | | | | | |
|---|---|---|---|---|---|
| **NAME** | : Martinez,Daniel | **ID :** | 12596 | **PID:** | 358858 |
| **GENDER** | : M | | | | |
| **ETHNICITY** | : HISPA | | | | |
| **WORK ADDR** | : 700 LAVACA ST STE 1010     AUSTIN   TX  78701 | | | | |
| **DEPT** | : CID Region 7 | | | | |
| **LOCATION** | : AUSTIN (LAVACA) | | | | |
| **GROUP** | : C05 | **STEP   :** 3 | **EEOC** | : Professionals | **SUPV  :** NO |
| **JOB CLASS** | : 9941 | | **CLASS TITLE** | : Lieutenant, Public Safety | |
| **TITLE#** | : 9941CA | | **DESCR** | : Lieutenant CID | |

**EDUCATION:**

| Degree | Year |
|---|---|
| High School | 0 |

**CERTIFICATION/LICENSE:**

| Type | Descr | Exp | Level |
|---|---|---|---|
| 01 | TCOLE | | Master |
| 02 | TCOLE | | Advanced |
| 04 | TCOLE | | Beginner |
| 03 | TCOLE | | Intermediate |

**LANGUAGE:**

| Type | Date |
|---|---|
| Spanish | 2008-02-06 |

**AWARDS, ASSIGNMENTS and ACCREDITATIONS:**

| Descr | Date |
|---|---|
| | |

**FIREARMS QUALIFICATIONS:**

| Type | Date | Pass/Fail |
|---|---|---|
| Pistol | 2021-03-05 | Pass |
| Shotgun | 2021-03-05 | Pass |
| Rifle | 2021-03-05 | Pass |
| Automatic Weapon | 2017-05-09 | Pass |

**DISCIPLINARY ACTIONS:**

| Date | Type | Disposition | Action | Days |
|---|---|---|---|---|
| | | | | |

THE INFORMATION CONTAINED IN THIS REPORT MAY BE CONFIDENTIAL.  THE USER IS RESPONSIBLE FOR APPROPRIATE USE IN COMPLIANCE WITH THE PUBLIC INFORMATION ACT (TEXAS GOVERNMENT CODE CHAPTER 552)



**Department of Public Safety**
**EMPLOYEE BIOGRAPHICAL SKETCH**

**EMPLOYMENT HISTORY:**

| Effective date | Department | Job Title | Location | Jobcode | Full/Part EE |
|---|---|---|---|---|---|
| 2019-10-15 | CID Region 7 | Lieutenant CID | AUSTIN | 9941CA | Full |
| 2016-08-01 | CID Region 4 | Lieutenant CID | EL PASO | 9941CA | Full |
| 2015-12-01 | CID Region 4 | Lieutenant Public Safety | EL PASO | 994101 | Full |
| 2015-09-01 | CID Region 4 | Sergeant Public Safety | EL PASO | 994001 | Full |
| 2013-10-01 | CID - BORDER REG 4 | SERGEANT, DPS | EL PASO | 9940 | Full |
| 2012-10-01 | CID ORGANIZED CRIME | SERGEANT, DPS | EL PASO | 9940 | Full |
| 2009-10-01 | HIGHWAY PATROL | TROOPER | EL PASO | 9928 | Full |
| 2009-03-28 | HIGHWAY PATROL | TROOPER | ALPINE | 9928 | Full |
| 2008-03-28 | HIGHWAY PATROL | PROBATIONARY TROOPER | ALPINE | 9922 | Full |
| 2007-09-30 | ACADEMY TRAINEE | TROOPER TRAINEE | AUSTIN | 9920 | Full |

THE INFORMATION CONTAINED IN THIS REPORT MAY BE CONFIDENTIAL.  THE USER IS RESPONSIBLE FOR APPROPRIATE USE IN COMPLIANCE WITH THE PUBLIC INFORMATION ACT (TEXAS GOVERNMENT CODE CHAPTER 552)