# EX. 13

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 450-2022-00064 |

Texas Work Force Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Daniel Martinez | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Texas Department of Public Safety<br>**Texas Department of Public Safety** | No. Employees, Members<br>More than 500 | Phone No. (Include Area Code)<br>(512) 424-5900 |
|---|---|---|
| Street Address<br>**5805 North Lamar Boulevard** | City, State and ZIP Code<br>**Austin, Texas 78752** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-28-2020   Latest: 11-15-2021
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was first employed by the Texas Department of Public safety in September 2007.

On or about June 2020 I filed an internal EEOC Complaint against my Captian, Mark Koenig, because he discriminated against myself and my unit that consists of "Minorities" by denying myself and members of my unit the same terms, privileges, conditions and opportunities afforded "White" units that reported to Koenig. Further, Koening continuously unfairly assigned heavier work loads, and work conditions to myself and my unit compared to that of the "White" employees and units that reported to Koenig.

I was denied promotion to Captain on September 28, 2020 for reasons of my race, National Origin, Disability and in retaliation for protected activities; including filing my internal EEOC Complaint.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/1/22       [signature]<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

DPS_0014318

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>461-2019-01127 |
|---|---|---|

Texas Work Force Commission _____ and EEOC
*State or local Agency, if any*

I was denied a hardship transfer on December 18, 2020 for reasons of my race, National Origin, Disability and in retaliation for protected activities; including filing my internal EEOC Complaint.

I was denied promotion to Captain on November 15, 2021 for reasons of my race, National Origin, Disability and in retaliation for protected activities; including filing my internal EEOC Complaint.

I and my unit continue to be victimized by ongoing unlawful discriminatory conduct by the Texas Department of Public Safety and its various agents.

Further, I believe that the Texas Department of Public safety maintains a pattern or practice of discrimination against racial and ethnic minorities in promotions. They have been denied promotions to various ranks, including but not limited to the ranks of Captain and above. Also, the Texas Department of Public safety promotional policy has a disparate impact on racial and ethnic minorities because people of color are subject to not being selected for promotions at a disproportionate rate compared with white employees. The Texas Department of Public safety promotional policy is neither job-related nor consistent with business necessity and adversely impacts promotional opportunities for racial and ethnic minority candidates. Minorities are also routinely retaliated against by the Texas Department of Public safety for opposing and participating in processes aimed at abating/addressing said discriminatory practices.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/1/22

Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

DPS_0014319