# EX. 16

**DPS Document Type-Employee**

# Manager Evaluation - Completed

Jari Mcpherson

**Job Title:** DPS Special Agent CID
**Document Type:** DPS Document Type-Employee
**Template:** DPS Employee Evaluation Form
**Status:** Completed

**Manager:** Oscar Holguin
**Period:** 05/01/2018 - 12/31/2018
**Document ID:** 203984
**Due Date:** 03/01/2019

| Employee Data | | |
|---|---|---|
| **Department :** 0700C6570 | | CID Region 6 |
| **Location Code :** 0146004 | | TEMPLE |

The document status is Completed.

## Section 1 - Document Purpose

Annual Employee Evaluation

Description :

Annual Employee Evaluation

**Manager Rating:** Yes
**Avg Rating:** Yes                    0.00

Created By :    Template              06/25/2018 10:52AM

Close-Out Employee Evaluation

Description :

Close-Out Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                    0.00

Created By :    Template              06/25/2018 10:52AM

Other Employee Evaluation

Description :

Other Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                           0.00

Created By :   Template                06/25/2018 10:52AM

Probationary Employee Evaluation

Description :

Probationary Employee Evaluation

**Manager Rating:** No
**Avg Rating:** Yes                           0.00

Created By :   Template        06/25/2018 10:52AM

Document Purpose Summary

**Manager Comments:**
This evaluation period is from May 1, 2018 through December 31, 2018.
Special Agent Jari McPherson was re-assigned from RSD Austin to Criminal
Investigations Division (CID) Temple 6D2.

## Section 2 - Employee Goals

Goal 1: Communicate with Supervisor

Description :

Regularly communicate with and keep supervisor informed of progress regarding ongoing cases and
assignments.

- Due Date :
- Status:  Complete
- Percent Complete:  0

DPS000084

|  |  |  |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.00 |
| **Avg Rating:** | 3- Meets Expectations | 3.00 |
| **Manager Comments:** | | |

| | | | |
|---|---|---|---|
| Created By : | Oscar Holguin | 06/25/2018 10:56AM | |
| Last Modified By : | Oscar Holguin | 01/07/2019 8:26AM | |

## Goal 2: Job Knowledge-Threat Assesment

Description :

Know the threat assessment for your station as written on the DPS Sharepoint site.  In your area of operation, identify means and methods to address the highest threat in the threat assessment.

- Due Date :
- Status:  Complete
- Percent Complete:  0

|  |  |  |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.00 |
| **Avg Rating:** | 3- Meets Expectations | 3.00 |
| **Manager Comments:** | | |

| | | |
|---|---|---|
| Created By : | Oscar Holguin | 06/25/2018 11:00AM |

## Goal 3: Liason

Description :

Develop contacts and positive working relationships with the varying agencies in your area of operation.

- Due Date :
- Status:  Complete
- Percent Complete:  0

|  |  |  |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.00 |
| **Avg Rating:** | 3- Meets Expectations | 3.00 |
| **Manager Comments:** | | |

| | | |
|---|---|---|
| Created By : | Oscar Holguin | 06/25/2018 11:02AM |

## Goal 4: Job Knowledge-CI Utilization

Description :

Cultivate, develop, and utilize confidential informants to further criminal case investigations.

- Due Date :
- Status:  Complete
- Percent Complete:  0

|  | | |
|---|---|---|
| **Manager Rating:**  3- Meets Expectations | 3.00 | |
| **Avg Rating:**  3- Meets Expectations | 3.00 | |
| **Manager Comments:** | | |

Created By :    Oscar Holguin          06/25/2018 11:03AM

Goal 5: Criminal Enforcement

Description :

Focus investigations efforts on multi-defendant enterprise investigations.

- Due Date :
- Status:  Complete
- Percent Complete:  0

|  | | |
|---|---|---|
| **Manager Rating:**  3- Meets Expectations | 3.00 | |
| **Avg Rating:**  3- Meets Expectations | 3.00 | |
| **Manager Comments:** | | |

Created By :    Oscar Holguin          06/25/2018 11:04AM

Goal 6: Tactical Readiness/Physical Fitness

Description :

Utilize Department approved time to achieve and maintain peak wellness and physical fitness

- Due Date :
- Status:  Complete
- Percent Complete:  0

|  | | |
|---|---|---|
| **Manager Rating:**  5- Outstanding | 5.00 | |
| **Avg Rating:**  5- Outstanding | 5.00 | |
| **Manager Comments:**  SA McPherson has maintained an | | |

outstanding wellness and physical readiness during the time he has been with CID.  During this testing period, SA McPherson received the fitness star. SA McPherson also motivates other SAs in 6D to remain physically fit.  SA McPherson is an excellent example for other Special Agents in physical readiness.

Created By :  Oscar Holguin          06/25/2018 11:05AM

Goal 7: Development and Continuing Education

Description :

Attend leadership training referring to the Progressive Leadership Model to prepare for future promotional opportunities.

- Due Date :
- Status:  Complete
- Percent Complete: 0

| Manager Rating: | 4- Exceeds Expectations | 4.00 |
|---|---|---|
| Avg Rating: | 4- Exceeds Expectations | 4.00 |

**Manager Comments:** SA McPherson attended the following leadership training during this reporting period:  FBI-LEEDA 364th Supervisor Leadership Institute, FBI-LEEDA 321st Command Institute, and received the FBI-LEEDA Trilogy Award.

Created By :  Oscar Holguin          06/25/2018 11:08AM

| Goals Summary | | |
|---|---|---|
| **Manager Rating:** 3- Meets Expectations | | 3.43 |
| **Avg Rating:** 3- Meets Expectations | | 3.43 |
| **Manager Comments:** | | |
| **Employee Comments:**  Employee has not completed their self-evaluation | | |

## Section 3 - Competencies

Competency 1: Job Duty 1: Leadership

Description :

Leadership

Behavior 1: Flexibility/Adaptability
Description:

* Ability to improvise, adapt and overcome challenges
* Adjust operations efficiently and effectively as the circumstances and goals change
* Ability to see challenges as opportunities
* Readily accepts change

   **Manager Rating:**  3- Meets Expectations          3.00

Behavior 2: Problem Solving/Judgment
Description:

* Ability to identify root causes of a problem/conflict
* Recognizes issues which should be brought to the attention of management
* Accurately assesses consequences of unresolved problems/conflict
* Evaluates other possible courses of action prior to making decision
* Considers possible long term and short term effects of a decision
* Effectively resolves problems/conflict
* Avoids situations that reflect negatively or puts the organization at risk

   **Manager Rating:**  3- Meets Expectations          3.00

Behavior 3: Initiative
Description:

* Ability to see what needs to be done
* Suggests ways to achieve better results or add value
* Performs beyond expectation for a given task
* Creates innovative approaches to evolving circumstances
* Seeks out additional responsibilities

   **Manager Rating:**  3- Meets Expectations          3.00

Behavior 4: Liaison
Description:

* Proactive in developing positive relationships at all levels
* Shares relevant information to accomplish tasks
* Promotes an environment in which two-way communication is encouraged

DPS000088

\* Develops and maintains cooperative relationship with Federal, State, and Local agencies
\* Actively sought by outside individuals and/or agencies for counsel, advice, or coordination of efforts

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 5: Accountability
Description:

\* Effectively and efficiently performs all assigned duties
\* Ensures thoroughness and timeliness in carrying out all assigned tasks
\* Accepts responsibility for personal success
\* Assumes responsibility for failures
\* Displays consistency between words and actions
\* Sets high expectations for self
\* Accepts direction for improvement

**Manager Rating:**  2- Needs Improvement          2.00

Behavior 6: Ethics and Integrity
Description:

\* Conducts all work in an ethical manner, following policies and statutes regarding ethical conduct
\* Earns others' trust and respect through consistent honesty and professionalism
\* Keeps commitments
\* Does not yield to pressure to show bias or manipulate others
\* Avoids situations and actions considered inappropriate or which present a conflict of interest
\* Demonstrates core values that align with DPS mission, vision and standards
\* Does not misrepresent or mischaracterize self or others, situations or authority
\* Remains alert to and reports potential or actual breaches

**Manager Rating:**  2- Needs Improvement          2.00

Behavior 7: Innovative Thinking
Description:

\* Demonstrates a willingness and ability to explore new or more effective approaches to processes and issues/thinks outside the box
\* Exhibits an ability to see opportunities for creative problem solving while staying within parameters of good practice

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 8: Team Work

Description:

* Treats others in a respectful and thoughtful manner
* Exhibits commitment to the team and achieving team goals
* Promotes mission, vision, and values of the Department in accomplishing goals
* Demonstrates an ability and willingness to collaborate
* Expresses ideas and suggestions in a positive manner
* Considers different points of view and necessity for appropriate compromise

**Manager Rating:** 3- Meets Expectations          3.00

Behavior 9: Leadership
Description:

* Exhibits integrity
* Promotes teamwork
* Gains the respect of others through own actions and attitude
* Exhibits courage and operates effectively under stress

**Manager Rating:** 3- Meets Expectations          3.00

**Manager Rating:** 2- Needs Improvement          2.78
**Avg Rating:** 2- Needs Improvement          2.78

**Manager Comments:**

On 10/15/18, SA McPherson received a written counseling session for failure to submit reports that are truthful, complete, and not knowingly enter inaccurate, false or improper information.

This counseling session stems from an incident on 10/02/18, when SA McPherson left his assigned area to take his minor child to a doctor's appointment. SA McPherson failed to notify his supervisor that he was leaving the area for personal business.

On 10/09/18, SA McPherson submitted a weekly report that failed to document a break in service for personal business.

When SA McPherson was questioned about the incident, he immediately became defensive and viewed this issue as a

DPS000090

personal attack even after admitting this misrepresentation.  SA McPherson refused to accept responsibility for his actions by refusing to sign the HR-31 counseling record.

On 11/08/18, SA McPherson received a written counseling regarding proper handling of evidentiary items.  While SA McPherson acknowledged his failure in proper evidence handling, he became extremely defensive when questioned and refused to accept responsibility for his actions by refusing to sign the HR-31 counseling record.

SA McPherson does not accept responsibility for his actions and does not accept direction for improvement.  During this reporting period, SA McPherson exhibited conduct that is not indicative of a DPS employee with over 16 years' experience.

Created By :   Template                   06/25/2018 10:52AM

Competency 2: Job Duty 2: Communication

Description :

Communication

Behavior 1: Interpersonal Skills
Description:

* Inspires trust
* Sensitive to the time and needs of others
* Values different points of view
* Establishes good rapport with others
* Sincere in dealing with others
* Considered dependable by others
* Respected by peers
* Accepts criticism professionally

**Manager Rating:**  2- Needs Improvement          2.00

Behavior 2: Customer Service (Customer Focus)
Description:

* Strives for customer satisfaction

\* Demonstrates a willingness to go above and beyond in responding to inquires and requests for assistance
\* Follows through to ensure request is satisfactorily completed
\* Actively listens to understand without argument or debate, and without unnecessary frequent interruption

**Manager Rating:**  3- Meets Expectations                    3.00

Behavior 3: Stress Tolerance
Description:

\* Handles high workloads, competing demands, vague assignments, interruptions, and distractions in a
steady and calm manner
\* Performs effectively and rationally under stress
\* Exhibits appropriate discretion in what and how they communicate

**Manager Rating:**  4- Exceeds Expectations                    4.00

Behavior 4: Communication
Description:

\* Actively listens and asks questions to ensure understanding
\* Focuses discussions on issues rather than personalities
\* Possesses effective verbal skills
\* Writes clearly and understandably
\* Shares an appropriate amount of information in a timely manner
\* Encourages others to share their opinions/views/suggestions
\* Uses non-verbal communication effectively

**Manager Rating:**  3- Meets Expectations                    3.00

**Manager Rating:**  3- Meets Expectations                    3.00
**Avg Rating:**  3- Meets Expectations                    3.00

**Manager Comments:**   SA McPherson is extremely intelligent and articulate.  SA McPherson needs to learn the value of differing viewpoints, as well as improve his ability to accept constructive criticism professionally.  SA McPherson should focus on context of criticism and not take things personally.

DPS000092

Created By :   Template                     06/25/2018 10:52AM

Competency 3: Job Duty 3: Job Knowledge and Execution

Description :

Job Knowledge


Behavior 1: Planning and Organizing
Description:

* Formulates detailed and thorough plans, including contingency plans for possible risks and obstacles
* Prioritizes tasks according to importance and time restraints
* Successfully manages multiple tasks
* Efficiently manages available resources to accomplish the assigned tasks
* Effectively coordinates activities with various individuals and/or agencies


      **Manager Rating:**   3- Meets Expectations             3.00


Behavior 2: Analytical Reasoning/Attention to Detail
Description:

* Demonstrates ability to examine data/information and grasp issues, draw conclusions, and solve problems
* Discerns details, variations, and similarities, contributing to accuracy and effective analysis
* Demonstrates ability to accurately identify trends, relationships, and causal factors
* Demonstrates ability to apply logic and complex layers of rules to analyze and categorize complicated information
* Performs tasks with care and thoroughness; remains alert to details that are easy to overlook or dismiss as insignificant
* Compares observations or finished work to what is expected to find inconsistencies
* Employs metrics in order to trend and benchmark
* Employs quality assurance standards and practices


      **Manager Rating:**   3- Meets Expectations             3.00


Behavior 3: Confidentiality and Protected Information
Description:

* Responsibly handles sensitive and confidential information and situations
* Adheres to applicable laws/statutes/policies related to maintenance/dissemination of confidential information
* Remains alert to and reports potential breaches


      **Manager Rating:**   3- Meets Expectations             3.00


Behavior 4: Development and Continuing Education

DPS000093

Description:

* Demonstrates an ongoing commitment to learning and self-development
* Seeks and utilizes feedback to improve performance
* Seeks and acquires new competencies, work methods, ideas, and information that improve effectiveness/proficiency in job
* Seeks opportunities to learn new functions and/or cross-train
* Demonstrates an ability to learn from and not repeat mistakes
* Maintains applicable certifications

**Manager Rating:**  4- Exceeds Expectations          4.00

Behavior 5: Diversity and Inclusion
Description:

* Accepts and values differences in others
* Seeks and considers different points of view
* Maintains objectivity in decision-making
* Supports and demonstrates fair treatment for all
* Strives to avoid/prevent barriers to diversity

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 6: Fiscal Accountability
Description:

* Safeguards fiscal resources
* Adheres to internal control procedures
* Remains alert to and reports potential or actual breaches, theft, misuse of funds/resources
* Seeks ways to reduce costs and waste

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 7: Negotiation Skills
Description:

* Advocates for interests rather than positions
* Seeks agreements that satisfy the interests of both/all parties
* Works to keep personalities out of the negotiations
* Exhibits an openness to innovative and creative solutions
* Utilizes objective criteria to evaluate proposed agreements
* Negotiates agreements that can be fulfilled
* Negotiates agreements that preserve the working relationship

**Manager Rating:**  0- Not Applicable          0.00

DPS000094

Behavior 8: Presentation Skills
Description:

* Demonstrates poise and is articulate in presenting to groups
* Ensures presentation materials are prepared in advance, accurate and maintained in an orderly manner

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 9: Productivity
Description:

* Prioritizes and plans work activities to ensure optimal usage of time and resources
* Does not compromise or impede others ability to accomplish their work
* Completes assigned duties in an efficient and timely manner
* Exhibits a willingness to go above and beyond basic requirements

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 10: Project/Program Specialization/Management
Description:

* Ensures clarity of goals, purpose, and criteria for success
* Ensures needed resources and skills sets among staff are available
* Develops performance standards and evaluation of outcomes
* Ensures deadlines are met
* Ensures stakeholders are kept apprised of progress
* Provides technical expertise and guidance

**Manager Rating:**  0- Not Applicable          0.00

Behavior 11: Regulatory/Compliance
Description:

* Demonstrates knowledge, understanding and adherence to applicable laws/statutes, regulations, and policies required to effectively perform in assigned program
* Remains current on changes in applicable policies and regulations
* Demonstrates ability to clearly articulate complex and overlapping rules, laws, regulations
* Adheres to standard operating procedures and instructions

**Manager Rating:**  3- Meets Expectations          3.00

Behavior 12: Research and Comprehension

Description:

DPS000095

* Knows where and how to access applicable/needed information and data
* Demonstrates ability to filter out irrelevant or vague information, maintaining high-quality data
* Demonstrates ability to determine when sufficient data/information has been obtained in order to conclude research
* Identifies trends and relationships in information/data

**Manager Rating:**  3- Meets Expectations                3.00


Behavior 13: Safety
Description:

* Performs work in a safe manner at all times; avoids shortcuts that have could have adverse results/risks
* Minimizes potential for accident/unsafe situations (e.g. cleans up spills, closes cabinet drawers, tapes down cords)
* Checks for and reports potential hazards
* Encourages, supports, and complies with safety standards and practices
* Utilizes appropriate Personal Protective Equipment (PPE)

**Manager Rating:**  3- Meets Expectations                3.00


Behavior 14: Technology (computers/hardward/software)
Description:

* Demonstrates appropriate levels of proficiency with utilized software
* Utilizes software and systems to improve productivity

**Manager Rating:**  3- Meets Expectations                3.00


Behavior 15: Team Lead (if applicable)
Description:

* Effectively coaches and mentors assigned staff
* Contributes resourceful ideas to improve program/processes
* Demonstrates a thorough understanding of processes and is able to effectively identify and address areas in need of review and/or change
* Makes timely, informed and ethical decisions that take into account available facts, goals, constraints, and risks
* Serves as an active, positive proponent of agency/program mission, vision and goals
* Addresses issues in an open, constructive, professional manner, and persuades others to approach issues in the same manner
* Clearly communicates reasons for seeking compliance with regulations, standards, and policies
* Creates a positive work environment where all employees are motivated to do their best
* Effectively resolves difficult or complicated challenges
* Builds constructive working relationships through acceptance, cooperation, and mutual respect
* Knows where and how to access necessary information to effectively lead assigned group
* Ensures assigned group have the skills and resources to accomplish tasks

DPS000096

\* Maintains composure in highly stressful or adverse situations
\* Develops/applies standards for measuring productivity

**Manager Rating:**  0- Not Applicable                      0.00

Behavior 16: Job Knowledge
Description:

\* Devotes efforts to improve and increase knowledge base though education and training
\* Maintains expert knowledge on DPS policy and procedures and administrative rules
\* Possesses expert knowledge of specific laws, regulations, position responsibilities, tactics, techniques and procedures
\* Understands relevance and relationship between unit performance and agency goals and objectives
\* Demonstrates technical knowledge and practical skills in the execution of overall duties

**Manager Rating:**  3- Meets Expectations             3.00

**Manager Rating:**  3- Meets Expectations             3.08
**Avg Rating:**  3- Meets Expectations             3.08

SA McPherson demonstrates an ongoing commitment to learning and self-development. SA McPherson seeks opportunities to learn new functions and cross-train. SA McPherson maintains applicable certifications to improve job knowledge.

**Stats:**

**Manager Comments:**  Arrest: 4

Investigations initiated: 9

Reports Authored: 11

Training Completed: New Agent School – CID, Narcan Administration Training, Metal Recycling Training, Advanced

M-4, FBI-LEEDA 364th Supervisor Leadership Institute, Sig Sauer P320 Transition Course, SPURS Wave 2 Enhancements, FBI-LEEDA 321st Command Institute, FBI-LEEDA Trilogy Award, Intellectual Property Investigations & Identification, State and Federal Law Update, and Security Awareness Training.

| Created By : | Template | | 06/25/2018 10:52AM |

Competency 4: Job Duty 4: Job Performance - Commissioned

Description :

Job Duty 4: Job Performance - Commissioned

Behavior 1: Crash Investigation
Description:

* Responds to and properly investigates all crashes.
* Follows Traffic Incident Management System best practices.
* Properly follows crash investigation procedures including preparing all necessary drawings, interviews and reports.

**Manager Rating:**  0- Not Applicable          0.00

Behavior 2: Traffic Enforcement
Description:

* Consistently follows the 7 step violator contact
* Properly documents RADAR calibrations and certifications.
* Knows when and where major traffic crashes and alcohol related crashes occur and targets enforcement efforts during these times and at these locations.
* Uses proper techniques and procedures during patrol to detect and apprehend intoxicated drivers.
* Consistently administers SFST testing according to established protocols and maintains the proper certification.

**Manager Rating:**  0- Not Applicable          0.00

Behavior 3: Criminal Enforcement
Description:

* Integrates criminal enforcement efforts into daily traffic enforcement to detect crime.
* Conducts interviews and investigations within the scope of the constitution, state law, department policy

and applicable court decisions.
* Ensures reasonable suspicion and/or probable cause exist before asking for consent during vehicle searches.
* Completes evidence collection within established protocols and guidelines.
* Knows when, where and by what method the criminal element utilizes roadways to further their criminal enterprise and targets enforcement efforts during these time and locations.

                  **Manager Rating:**  3- Meets Expectations            3.00

Behavior 4: Court Testimony and Coordination
Description:

* Adequately prepares for and provides factual witness testimony to achieve appropriate conviction or disposition of cases filed.
* Ensures proper case preparation and keeps prosecutors and supervisors abreast of the case status.
* Appears in court promptly and is properly dressed to give testimony.
* Displays the proper attitude and shows respect to all parties involved.
* Completes thorough case reports and submits all necessary documents for administrative or criminal proceedings in the proper court and in a timely manner.

                  **Manager Rating:**  3- Meets Expectations            3.00

Behavior 5: Service Specific Skills
Description:

"* Demonstrates the use of proper law enforcement arrest and control tactics including handcuffing and search or pat down procedures.
* Utilizes the in car video system to record the entire traffic contact in its entirety.
* Performs commercial vehicle inspections according to established procedures and takes the appropriate enforcement action.

                  **Manager Rating:**  3- Meets Expectations            3.00

                  **Manager Rating:**  3- Meets Expectations            3.00
                      **Avg Rating:**  3- Meets Expectations            3.00

SA McPherson is learning the basics of being an investigator in the Criminal Investigations Division.

**Manager Comments:**

SA McPherson has not completed any

courtroom testimony during this evaluation period.

Created By :    Template              06/25/2018 10:52AM

Competency 5: Job Duty 5: Tactical Readiness - Commissioned

Description :

Job Duty 5: Tactical Readiness - Commissioned

Behavior 1: Physical Readiness Testing
Description:

* Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves.
* Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of intensity in a timely
manner for all situations.

**Manager Rating:**  5- Outstanding                    5.00

Behavior 2: Use of Force
Description:

* Always uses the appropriate amount of force necessary to make an arrest.
* Uses force only to advance a legitimate law enforcement objective that is in compliance with law, department training and policy.
* Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer.
* When appropriate recognizes and utilizes appropriate de-escalation techniques and acts with intelligence and exercises sound judgment based upon a deep reverence for human life when using force.

**Manager Rating:**  3- Meets Expectations              3.00

Behavior 3: Maintenance/Qualificiations of Weapons
Description:

* Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons.
* Trains consistently with issued weapons and tools in order to be properly prepared.
* Is in compliance with qualification standards on weapons issued.

**Manager Rating:**  3- Meets Expectations              3.00

DPS000100

Behavior 4: Driving Skills
Description:

* Consistently operates department vehicle with due care, caution and control in all driving situations
* Demonstrates proficiency in high risk covert and overt tactical driving scenarios.
* Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios.

**Manager Rating:**  3- Meets Expectations          3.00


Behavior 5: Law Enforcement Tactics and Training
Description:

* Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter and other high threat
situations both on and off duty.
* Employs sound tactics, techniques and procedures when executing search and arrest warrants and conducting high risk traffic stops and other high risk situations.

**Manager Rating:**  3- Meets Expectations          3.00


**Manager Rating:**  3- Meets Expectations          3.40
**Avg Rating:**  3- Meets Expectations          3.40

**Manager Comments:**  SA McPherson maintains an outstanding level of physical readiness and achieved the fitness star during the PRT evaluation.  SA McPherson remains physically fit and maintains a level of tactical preparedness.  SA McPherson promotes firearm safety and proper firearms care during qualification. SA McPherson maintains a high degree of physical conditioning and professional appearance in order to protect the public and other officers.  SA McPherson trains with issued weapons in order to be properly prepared and is in compliance with qualification standards on weapons issued. SA McPherson maintains mental preparedness, preparation, and planning in order to respond with appropriate levels in a timely manner.

Created By :   Template               06/25/2018 10:52AM

Competencies Summary

| | | |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.05 |
| **Avg Rating:** | 3- Meets Expectations | 3.05 |

**Manager Comments:**

**Employee Comments:**  Employee has not completed their self-evaluation

## Section 4 - Overall Summary

| | | |
|---|---|---|
| **Manager Rating:** | 3- Meets Expectations | 3.24 |
| **Avg Rating:** | 3- Meets Expectations | 3.24 |

**Manager Comments:**

SA McPherson maintains a professional working relationship with 6D law enforcement affiliates to include state and local law enforcement personnel.

As a Criminal Investigator, SA McPherson's communicative skill allows him to express his ideas, which helps the goals and objectives of the unit.  SA McPherson has been mentored by other 6D special agents who have impacted him to become a better agent and achieve better results.

## Section 5 - Employee Development Area

## Section 6 - STW-Job Description Certification

Is the EE's Job Description accurate for this position?

Description :

If you answered YES, there is nothing further to do.

If the answer is NO, attach a copy of changes, and please contact the HR Department.

| | | |
|---|---|---|
| **Manager Rating:** | Yes | |
| **Avg Rating:** | Yes | 0.00 |

| | | |
|---|---|---|
| Created By : | Template | 06/25/2018 10:52AM |

**DPS000102**

Has the EE's current Job Description been recently revised?

Description :

If you answered yes, please attach a revised Job Description to this Performance Evaluation.

**Manager Rating:**  No
**Avg Rating:**  Yes                    0.00

Created By :    Template                    06/25/2018 10:52AM

STW-Job Description Certification Summary

**Manager Comments:**

## Section 8 - eSignature Section

**Jari Mcpherson**                    **03/04/2019 11:10:26AM**

Employee Signature                    Date

**Oscar Holguin**                    **03/04/2019 11:12:51AM**

Manager Signature                    Date

## Section 7 - Employee Comments

**Employee Comments:**

Since being transitioned from RSD to CID there have been a few bumps but I feel as though everything is coming along well at this point. This evaluation is based on 8 months of me being in CID which to me is considered a learning phase seeing as that I am new to CID. This evaluation is not terrible but I must say it's not up to my 16 year standard. Here are a few issues I have with this evaluation:

Accountability- I received a 2.00 which is needs improvement based on a counseling record that I received but did not sign. I did not sign the counseling because I felt it was unjust. I was told one thing by my chain of command and later punished for it. I do take responsibility for listening which was my fault and a very valuable lesson learned.

DPS000103

Ethics and Integrity- I also received a 2.00 for Ethics and Integrity, since my time here in CID based on the description given for this I do not believe this should be a 2.00. I disagree with that rating due to the fact that I hold myself to a very high standard as far as Ethics and Integrity are concerned. Again I guess this is referring to the same counseling so again I do take responsibility for listening which was my fault and a very valuable lesson learned.

Due to these two issues I received a 2.78 which is not up to my standard and I disagree with it. The counseling statements were also added here and even though I have moved forward I will again add my comments on them.

The first issue was about me failing to submit truthful reports, again I was told that the area was ran one way when I first got here and that certain thigs were ok to do. When those things were done I first received a verbal counseling from my Lt which was ok I guess seeing as how he played a huge part in it. But then a week later I was told by my Captain that he ordered the Lt to issue me a written. Again it was my fault for listening and a very valuable lesson was learned through this ordeal.

The second issue stated that I took my daughter to a doctor's appointment and failed to notify my supervisor. I admit that both of those instances occurred but it happened that way again because when I first arrived to this area I was told by my Lt. that it was ok to do so and that I did not need to notify him every time I left the office unless I would be leaving for the day just in case something came up. Upon leaving I did notify two senior Agents.

It then states that I became defensive and viewed this as a personal attack. I did not become defensive but I felt as though I had been railroaded into this situation which would have never come about if I was not guided in the wrong direction. So when discussing it I did speak strongly on my own behalf which may have been mistaken as defensive. Again I do take responsibility for listening and this was a very valuable lesson learned. In the same paragraph it states that I refused to accept responsibility for my actions because I refused to sign. When did refusing to sign become a refusal of responsibility? I refused to sign because I felt set up and I felt as though I was being treated unfairly being a new Agent in CID and to this area.

It then states that I received a second written counseling for proper handling of evidentiary Items, and that while I acknowledged my failure in proper evidence handling I became extremely defensive when questioned. It also stated that I was refusing to accept responsibility because I refused to sign. Mind you this was the very first time I had ever dealt with entrusted property in my career so I was learning through trial and error. I placed the cell phone into the entrusted property upon receipt and took it out later to be placed into Bell County Jail where the owner was still located. Bell County did not want to take custody of the device so I brought it back and informed my Lt. I also informed my Lt that I would place it in my locked closet and attempt to locate the owner's father to give to him at the owners request and my Lt said ok. While in class weeks later I receive a call from my Lt stating that the entrusted property had received a surprise inventory and I was asked if I still had the device, I replied yes it's in my locked closet and my Lt stated that it

DPS000104

was ok just for me to place it back into entrusted property upon my return to the office and I replied ok. That following Monday I did just that and later received the counselling. I did not sign the counselling because I felt as though I was being treated wrongly and reprimanded for something I truly didn't yet understand. I had never dealt with entrusted property and was being taught by being reprimanded and I disagree with that form of teaching. I do know now though.

Interpersonal Skills- Lastly I received a 2.00 for Interpersonal skills which completely disagree with. I personally and have never had any issues with all of the items written in the description. Not here or anywhere else.

To conclude I received two evaluations for this year one from RSD and one from CID due to all of the RSD Agents in the state being placed in CID, and me spending almost half of the year in RSD. My first few months were rocky as with most transitions to new jobs because you're trying to learn your way around. My evaluation from RSD was excellent, my evaluation from CID is again at best mediocre. I do expect that due to the short period of time that I've been here. I also feel as though things seem to be slowly changing and that I am seeing tremendous growth within the division as I type this. I am not typing this to bash anyone, I am only typing this to voice my side of what is posted on this evaluation. Again everything seems to be a little better and I personally am moving forward. Hopefully we can all continue to grow as a team from this point forward and do great things in the future. I look forward to 2019 being a great year!!

**Attachments**
No Attachments have been added to this document

**Audit History**

| | | |
|---|---|---|
| **Created By :** | Oscar Holguin | 06/25/2018 10:52:10AM |
| **Acknowledged By :** | Jari Mcpherson | 03/04/2019 11:10:26AM |
| **Manager Signed By :** | Oscar Holguin | 03/04/2019 11:12:51AM |
| **Completed By :** | System | 03/05/2019 10:35:37AM |
| **Approved By :** | Steven Schwartz | 03/05/2019 10:35:37AM |
| **Last Modified By :** | Steven Schwartz | 03/05/2019 10:35:37AM |