# EX. 18




## CID CAPITOL REGION – Proposed Organizational Chart (Effective 10/15/2019)

**Gabriel Ortiz**
*MAJOR*
ID# 9922          Radio: 8700

*Ana Lopez*
*Administrative Assistant IV*

### CID COMMAND
**Mark Koenig** - *CAPTAIN*
ID# 8310          Radio: 8701

---

### INVESTIGATIONS UNIT
*(7C1)*
Daniel Martinez – *LIEUTENANT*
*Joann Alvarez – Administrative Assistant III*
ID# 12596          Radio: ####

| SPECIAL AGENT | ID | RADIO |
|---|---|---|
| McPherson, Jari | 10765 | #### |
| Bibilonisambolin, Victor | 13543 | 8708 |
| Livingston, Dorinisha | 7907 | 8864 |
| Oduwole, Jonathon | 12813 | 8716 |
| *Vacant* | | #### |

### THREAT DETECTION/INTEL UNIT
*(7C2)*
**Christopher Hanson**– *LIEUTENANT*
ID# 9252          Radio: 8703
*Vacant – Administrative Assistant III*

| SPECIAL AGENT | ID | RADIO |
|---|---|---|
| Scott, Carlton | 6065 | 8712 |
| Reyes, Mario | 7749 | 8707 |
| Torrez, Rudy | 11162 | 8706 |
| Stenberg, Travis | 12462 | 8715 |
| *Vacant* | | #### |

### VULNERABILITY ASSESSMENT UNIT
*(7C3)*
Ramiro Saldivar – *LIEUTENANT*
ID# 11899          Radio: 8704
*\*Vacant – Administrative Assistant III*

| SPECIAL AGENT | ID | RADIO |
|---|---|---|
| Barclay, Chris | 10804 | 8710 |
| Davis, Randall | 8266 | 8705 |
| Cameron, Robert | 11372 | 8709 |
| Barrette, Sandra | 5792 | 8714 |
| Seard, David | 12140 | 8713 |

---

**COMMISSIONED**

| | |
|---|---|
| Major | 1 |
| Captain | 1 |
| Lieutenant *(Investigations)* | 1 |
| Lieutenant *(TDU)* | 1 |
| Lieutenant (PSVA) | 1 |
| Agent | 13 |
| Agent Vacancy | 2 |
| **Commissioned FTE's** | 20 |

*NON-COMMISSIONED*

| | |
|---|---|
| *Major's Admin* | *1* |
| *Captain's Admin* | *1* |
| *Lieutenant's Admin Vacancy* | *1* |
| *\*Lieutenant's Admin Vacancy* | *1* |
| *Non-Commissioned FTE's* | *4* |

*\*Pending Approval*