# EX. 19

Exhibit
Daniel Martinez
3
04/06/23  DR

As requested.

Respectfully,

## Nathanael Haddox

Chief, EEO Officer
Texas Department of Public Safety
Equal Employment Opportunity Office
(512) 424-5062/5213
Nathanael.Haddox@dps.texas.gov

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient.  Any review, use, distribution, or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

**From:** Martinez, Daniel (Capitol) <D.Martinez@dps.texas.gov>
**Sent:** Wednesday, June 10, 2020 3:43 PM
**To:** Haddox, Nathanael <Nathanael.Haddox@dps.texas.gov>
**Subject:** FW: EEO Notice

Good afternoon, my contact information is below.

DM

**From:** Martinez, Daniel (Capitol)
**Sent:** Wednesday, June 10, 2020 3:29 PM
**To:** Ortiz, Gabriel <Gabriel.Ortiz@dps.texas.gov>; Koenig, Mark <Mark.Koenig@dps.texas.gov>
**Subject:** EEO Notice

Major and Captain, based on the conversations with my area yesterday and the EEO comments that were made, this is what I plan on sending to Nathanael Haddox.

On 06/09/2020, at approximately 4:35 p.m., while briefing for our daily operations, a group discussion ensued pertaining to the current schedule that my 7C1 Lieutenant Area is working on. Present in the meeting was Special Agents Dorinisha Livingston, Jari McPherson and Patrick Alonzo. All agents showed their disdain and low morale as a result of the current schedule and made allegations that they all perceived as being unfair. The perception of the group was that preference was being given to the 7C2 Lieutenant Area and that this pattern of preference was existent and ongoing prior to the COVID-19 pandemic and responding to the George Floyd riots. Multiple allegations were made regarding to how other 7C2 Agents and the Lieutenant have bragged about having it easy during these times and not having any work to do however those were all "hear-say"

comments.

The most significant comments that involve EEO, were made by SA McPherson and SA Livingston. SA McPherson stated that he believed that the disparity was as a result of our unit consisting entirely of minorities and emphasized that our unit had all the black officers. SA McPherson stated that for such reason he believed that we were always the ones doing the majority of the work, additional assignments, working the late shifts, weekends, and holidays. I informed all agents that we as first responders are being asked to be flexible during these unprecedented times, and although the mission changes daily, it is hard to refute their perceptions of favoritism to 7C2 and that for such reason I had already engaged in a discussion about this with Captain Mark Koenig on 06/08/2020 to bring this to his attention and resolve it. I informed the agents that I was planning to further address all of these concerns with him but emphasized that the agents needed to remain positive and mission focused. I encouraged them to have an open line of communication with me and the chain of command to talk about these issues individually and at the same time be willing to provide factual information and proof of their perceived disparities and unfair treatment. I told all of the agents that I understand the current racial climate our nation is experiencing and the stress that we are currently embracing as law enforcement officers but would like to think that the perceived inequalities are not as a result of our race but rather implicit bias due to unperceived favoritism on behalf of Captain Koenig to Lt. Chris Hanson and his area.

I encouraged them to also have those discussions whenever approached by the chain of command.  At that point, SA Livingston stated that she had already had conversations regarding racism and her perceived unfair work practices with Captain Mark Koenig and no changes had been seen since then. SA Livingston asked why is the department currently not addressing racial issues that directly impact employees specifically during these times. That same evening I discussed these conversations with Captain Koenig. As an agent of notice, I would like to report these conversations to the Region 7 CID Chain of Command and EEO Nathanael Haddox.


**Daniel Martinez, Lieutenant**
**Texas DPS CID- 7C1 Capitol Region**
**700 Lavaca St., Suite 1010, Austin TX 78701**
**512-424-0207 office/915-549-3056 cellular**



SPSC 455


**Notice of Confidentiality:**
**"This email contains the thoughts and opinions of the sender and does not represent official Texas Department of Public Safety's policy. This message contains information which is confidential. Unless you are the addressee (or authorized to**

**receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message."**

000771