# EX. 20

| | |
|---|---|
| **From:** | Wenzel, Cheryl |
| **To:** | GRP_Commissioned_Personnel |
| **Cc:** | Reta, Crystal; Reney, Patty |
| **Subject:** | CID Lieutenant Vacancy |
| **Date:** | Thursday, December 3, 2020 2:33:00 PM |
| **Attachments:** | image001.jpg |

***By authority of Chief Thomas G. Ruocco, Criminal Investigations Division***

The Criminal Investigations Division has a vacancy for the position of lieutenant in:

<u>West Texas Region - 4</u>

- El Paso

Any lieutenant desiring to transfer, who is currently serving or has previously served in the Criminal Investigations Division, should submit an HR-68 requesting a transfer to the position and a copy of their last performance evaluation.  A lieutenant desiring to transfer must have served twelve (12) months from the date of their promotion to lieutenant before being eligible to submit a request to transfer.

Send the HR-68 and evaluation via fax 512-424-5794, email to Cheryl Wenzel and Patty Reney, or hand-deliver a copy of the request to Chief Thomas Ruocco no later than 5:00 PM, Tuesday, December 8, 2020.  For additional information, contact Assistant Chief Floyd Goodwin at 512-424-2130.

Majors:  Please ensure all eligible employees under your command are aware of this vacancy.

Thank you,

Cheryl Wenzel
Executive Assistant
Criminal Investigations Division
Texas Department of Public Safety
cheryl.wenzel@dps.texas.gov
512-424-2133 Office
512-424-5794 Fax

CID





DM 222

# TEXAS DEPARTMENT OF PUBLIC SAFETY

# INTEROFFICE MEMORANDUM

**To:** Thomas Ruocco, Chief, Criminal Investigations Division     **Date:** 12/08/2020

**From:** Daniel Martinez, Lieutenant, Criminal Investigations Division     **Division:** CID

**Subject:** Hardship Transfer Request to El Paso

Dear Chief Ruocco and Region 7-Capitol leadership, first and foremost I would like to thank you for taking the time to consider the reasons why I'm respectfully requesting a hardship transfer from Region 7- Capitol CID to Region 4- El Paso CID. The decision to transfer here in October 2019 was a personal goal of mine to take on new work challenges, seek professional growth, development and expand my experience as a CID Lieutenant in the Capitol Region. While at the Capitol Region, it has been a great honor and privilege to have served with our fellow men and women who adapted and overcame the unprecedented challenges caused by the COVID-19 pandemic and the civil unrest that ensued after the George Floyd riots. Thanks to our resiliency, sacrifice, dedication and outstanding collaborative efforts, we answered the call to serve and protect the public. Although this memo serves as a notice of my intentions to seek a transfer, I remain committed to our goals, strategies, and vision of ensuring the safety and security of the Capitol Complex.

My intention to be part of the Capitol team was a long-term decision, which my wife Diana was in support of. Subsequently in December 2019, my wife and daughters ages 3, 6, and 9 moved to the Austin area to accompany me on this new journey. My family and I were committed to making Austin our permanent home and sold our property in El Paso as means of raising money towards a down payment on a home in Elgin.

My transfer to Austin has presented my family with unforeseen challenges resulting in emotional distress on my wife and my children's health and emotional wellbeing. Since the move to Austin, my wife Diana has been diagnosed with symptoms of depression. My oldest daughter, Abby has developed anxiety, and has been recently diagnosed with trypophobia and claustrophobia. My middle child Emma has been affected most as her anxiety has led to a diagnosis of an eating disorder and a thyroid condition causing her extreme weight gain and jeopardizing her health and wellbeing.

Lastly, my own health has been adversely affected during these past 12 months. I am a disabled veteran and have been dealing with severe back issues. In November 2019, while assigned here to the Capitol Region, my back condition worsened to the point that I collapsed, became immobile and required emergency medical care. I was diagnosed with severe spinal stenosis and multiple disc extrusions. The ER and VA doctors recommended multiple surgical options and treatment to remedy my diagnosis. I placed my surgical procedure on hold since the surgery would result in me

being temporarily immobile, assigned to bed rest and away from work pending recovery. Due to my recent transfer to the Capitol Region, I chose to forego surgery and took less intrusive temporary remedies so that I could remain committed to my newly assigned duties.

Recently my back issues have flared up and the severe spinal stenosis will continue to get worse if I continue to post pone the recommended laminectomy surgery procedure. This surgery procedure would require my wife to assist me on day-to-day tasks in addition to taking care of my daughters and other household tasks that are usually handled by me. Taking on additional responsibilities and not having family around to help would only increase her stress and induce depressive thoughts and behavior. Having a strong family support system that we currently have in El Paso will allow for that much needed flexibility and assistance that we would require. Also, we are currently a single income family and if I would to have the surgery now, I would be placed on FMLA status which would prevent me from working overtime and would significantly affect our financial wellbeing. Having assistance from our El Paso family would allow my wife to return to work if necessary to assist with our household's financial responsibilities.

As a disabled veteran, I am also diagnosed with Post Traumatic Stress Disorder (PTSD), sleep apnea and anxiety which symptoms have significantly increased due to the stress and anxiety caused by having to cope with and overcoming the challenges and adversities that my family is currently experiencing. These symptoms usually require therapy that work best when I have a strong family support system like that of our immediate family that we left behind in El Paso. I know these are trying times for all of us however, despite my efforts to maintain a positive outlook, I strongly feel that the health and well-being of my family, outweighs my decision to leave my current position in Austin and supports my reasons to consider my transfer.

Due to the added burden of having to deal with these issues that have arisen during the past 12 months, my family will require additional assistance and the transfer for to El Paso will significantly help us overcome these issues and ensure the health and wellbeing of our entire family unit. I have no intent of being any kind of burden to the CID Capitol Region, but I must ask for assistance at this difficult juncture in my life. I am grateful for your consideration and understanding.


Respectfully,

Daniel Martinez, Lieutenant


Cc:     Captain Mark Koenig
        Major Gabriel Ortiz
        Regional Director David Cabrera

DM 224

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov



STEVEN C. McCRAW
DIRECTOR
FREEMAN F. MARTIN
RANDALL B. PRINCE
JEOFF WILLIAMS
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
STEVE H. STODGHILL
DALE WAINWRIGHT

December 18, 2020

Lieutenant Daniel Martinez
Criminal Investigations Division
Texas Department of Public Safety
700 Lavaca, Suite 1010
Austin, TX  78701

Dear Lieutenant Martinez:

Your request to transfer to El Paso has been evaluated by this office.  This is to advise that your request was not approved.

Your interest in this position is appreciated.  Should you desire to be considered for any future vacancies, it will be necessary for you to submit a new application for transfer at that time.

Sincerely,

*Thomas G. Ruocco*

Thomas G. Ruocco
Chief
Criminal Investigations Division

TGR:pr

cc:   Regional Director David Cabrera
      Major Gabriel Ortiz
      Captain Mark Koenig
      Human Resource Operations