# Ex. 21



Brenda Helton &lt;brendaghelton@gmail.com&gt;

## FW: Submission for OIG intake
1 message

**Helton, Brenda G** &lt;Brenda.Helton@dps.texas.gov&gt;                  Fri, Jul 23, 2021 at 9:14 AM
To: "Brendaghelton@gmail.com" &lt;Brendaghelton@gmail.com&gt;

**From:** Martinez, Daniel (Capitol) &lt;D.Martinez@dps.texas.gov&gt;
**Sent:** Thursday, January 21, 2021 4:28 PM
**To:** Helton, Brenda G &lt;Brenda.Helton@dps.texas.gov&gt;
**Subject:** FW: Submission for OIG intake
**Importance:** High

For your records….

**From:** Koenig, Mark &lt;Mark.Koenig@dps.texas.gov&gt;
**Sent:** Thursday, January 21, 2021 4:10 PM
**To:** Inspector General &lt;InspectorGeneral@dps.texas.gov&gt;
**Cc:** Ortiz, Gabriel &lt;Gabriel.Ortiz@dps.texas.gov&gt;; Martinez, Daniel (Capitol) &lt;D.Martinez@dps.texas.gov&gt;
**Subject:** Submission for OIG intake
**Importance:** High

Captain Kinslow,

As we discussed on the phone, please see the attached document submitted to LT. Danny Martinez by Administrative Assistant, Brenda Helton. Due to the multiple allegations and multiple employees potential involvement, regarding hostile work environment to include threatening behavior, disclosure of confidential personal information, profane or offensive language to include intimidation, deliberate degrading or humiliation, cyber security violations, and potential unprofessional conduct regarding a person's sexual orientation. I submit for official OIG intake and review for determination of infraction of Department rules, regulations, or policies.

*Mark A. Koenig, Captain*

*Criminal Investigations Division*

*Capitol Region*

*208 E. 10th St. Suite 600*

*Austin, Texas 78701*

*Office-512.463.3481*

*Mobile-512.567.8465*

000807



SPSC 356

**This message contains information which is confidential. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in this message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.**



**CID7 B.Helton 01.18.21.pdf**
154K

000808

Lt. Martinez,

I submit this information to you with profound respect for the Texas Department of Public Safety, CID, Region 7, and to you as my lieutenant and individual whom I have a great deal of admiration and respect for. After reading my notes I sincerely hope that you will allow me to continue to serve in my position and assist with the anticipated future growth of our division. I strongly believe that united we can all come together and make a significant difference to improve our work environment. Please review my notes and let me know how I can assist in making CID Region 7 the best division of the Texas Department of Public Safety. Thank you for allowing me the opportunity to serve as part of the team!

If the information contained in this email were to leak out to the people involved in this email, I would not feel safe at work or at home, or anywhere for that matter. Marisela Reynaga (Mari) continues to incite animosity and hostility towards me with the agents and Lt. Saldivar repeatedly. I have overheard Mari saying similar things to Lt. Hanson, but Lt. Hanson does not chime in the conversations with Mari and the agents, at least not when I am present. There are also some of the agents who choose not to participate, at least not when I am present.

From the beginning of my employment, I have endured harassment from Mari, as well as Mari inciting animosity and hostility among the agents and lieutenants toward me. Things were said to me in the first two weeks such as, Jonathon "Chase" Oduwole stated, "Ms. Helton, I can't believe you came back for more! Why are you still here? Why are you still here taking this fu….ing sh….?" Mari stated, "Yeah, look at that, she came back for more." December 14, 2020, Oduwole appeared angry with me, according to Mari, for an email I sent out to our squad requesting information as per Lt. Martinez' instructions to me following a 7C1 meeting. Mari was laughing and cursing with Oduwole while referencing the email from me. Mari stated, "Oduwole did you just get a nasty gram from Ms. Brenda? Is that why you are so f…ing pis….ed off?" Oduwole got up out of his chair, took a big stack of files off his desk and threw them on the floor beating the files with his big stick he had taken from his protective shield yelling, "Ms. Brenda, Ms. Brenda, Ms. Brenda!" There continues to be offensive jokes, intimidation tactics, inappropriate comments, cursing as well as a constant barrage of negative remarks made to me, the agents and lieutenants about Lt. Martinez mostly coming from Mari, Bible and Lt. Saldivar. Mari has tried everything in her power to get me to give up and quit my job even stating "Ms. Brenda, don't you get it? It's only a matter of time before your Lt. gets transferred back to El Paso and you will be left without a lieutenant and without a squad because everybody is transferring out, then what are you going to do?"  Just when I started feeling like the agents and lieutenants were accepting me as part of their team, Mari began turning the agents and lieutenants against me telling them things (with me present) for example: Mari telling the agents "I am getting so f….ing depressed trying to explain everything to Ms. Brenda"; Mari asked Oduwole about receiving nasty grams from Ms. Brenda; Mari asked Patrick Alonzo, "Hey Alonzo, did you get a nasty gram from Ms. Brenda too? Who is your favorite admin now?" For several weeks now Mari has started asking all the agents "Who is your favorite admin now?" Mari comes into the office and the conference area at lunch when other agents and lieutenants are standing around and slaps her chest and asks, "Who is the best admin now?" Mari stated, "So, Ms. Brenda if you have not figured it out by now, we all refer to the e-mail friendly reminders that Lt. Martinez has you send to the agents as nasty grams.

During my first few weeks at work Mari stated "So, I am the admin for the cool squads and lieutenants, and you are the admin for the other lieutenant that gets stuck with all the misfits and nobody fu…ing stays."

Mari frequently brings up offensive crude and unprofessional remarks. Mari stated in front of me and other agents in the admin office area, "My panties are really bothering me. The panties I wore today are really bothering me. I don't know why my panties are really f... ed up and bothering me so bad today. Ms. Brenda my panties are really bothering me today." I continued to ignore her and continued working. On a different day I asked Mari if she was going to get the Covid-19 test and Mari laughed and stated, "Oh my god, I have so many boogers in my nose and they are all coming out all over the place!"

Mari stated to me, "So, all during Covid anytime we got together and went out for drinks, I posted pictures of the agents on my Facebook page." I asked Mari if that would be considered a breach in security. Mari's response was "Don't worry about it, they are wearing their masks so there is no danger to their security."

Lt. Saldivar asked where Mari was and asked if I would let him know when she comes in explaining that he has a PSV for her to prepare for him. I called Mari, but she did not answer. I also sent Mari a text and tried to reach her through Jabber. Mari became very upset with me when she arrived at work that morning and I let her know Lt. Saldivar was looking for her. Mari did not prepare the PSV, instead Mari told me later that morning that Lt. Saldivar was looking for me and wanted to see me right away. I went to Lt. Saldivar's office and he was talking with Lt. Martinez, but when I asked Lt. Saldivar what he wanted to see me about he told me, nothing and that he told Mari to prepare the PSV.

**Week of December 14, 2020,** following our area meeting with Lt. Martinez and 7C1 squad Bible stated, "I like the idea of you taking notes, but unfortunately Lt. Martinez will not stick with the notes you took during the meeting because he will not stick with what he said, and he will not remember what he said." Mari stated, "Ms. Brenda you are about to find out that nobody wants to fu….ing work under your lieutenant." I have witnessed Bible telling Jamie Liles as well as other agents that Lt. Martinez does not stick with anything he says, and he does not do things the same way the other lieutenants do.

**Week of December 21, 2020,** Mari stated, "Just so you know, your lieutenant came on thinking he could promote to Captain, but that is not f….ing happening because Lt. Hanson and Captain are best friends and Lt. Hanson is up for promotion to become Captain so your lieutenant went to El Paso to transfer back where he came from and everybody is hoping he will get the transfer." Mari also stated "Two of lieutenant Martinez' daughters are facing pretty bad medical conditions; one with really bad behavioral and mental problems, some sort of eating disorder and the other has thyroid problems. You should hope that he gets the transfer because your lieutenant is very hard to work for and everything has to be exact, perfect, his idea and done his way." Lt. Saldivar was standing at Mari's desk and shook his head yes, and stated, "Lt. Hanson and I get along fine and have always worked well together, but when Lt. Martinez came on, he wants to do everything his way and the agents don't like it, so everybody is either transferring out or transferring to another lieutenant here, and you will just have to do whatever he tells you to do because he is your lieutenant." Lt. Saldivar also stated, "Your lieutenant does not want you helping either of us other lieutenants." My response to Lt. Saldivar, "I do not find that to be true at all because Lt. Martinez even asked me during my interview, and again at the meeting we just had, if I had any problem with helping the other lieutenants as needed. I told him no problem at all because the way I see it we are all on the same team supporting each other."

**Wednesday, December 23, 2021**, Lt. Hanson informed me that Lt. Martinez does things different from the way he and Lt. Saldivar do things and none of the agents like the way Lt. Martinez is so they either transfer out or change

lieutenants. Every lieutenant does things different, but your lieutenant micromanages his squad and the agents just don't like his style of management. But don't worry you will be fine. If you need anything or anything comes up all you have to do is let me know about it and I will take care of it.

**Week of December 28, 2020,** Mari received an email regarding admin re-classifications and was reading the email to me then abruptly stopped and Mari stated, "This email is for you too, but I don't know what you are going to do about it because your lieutenant is on vacation, so I guess you are S-O-L." On a different day Mari was working on submitting information detailing her job description with Lt. Saldivar and informed me that I would have to get with my lieutenant if I wanted to be included in the salary increase. Mari later informed me that I was not included in the salary increase because I have not been here for a year. Lt. Martinez was on vacation at the time and Lt. Saldivar was helping Mari document her duties, so I asked Lt. Saldivar if it would be possible for me to be included in the re-classification for admins, but he informed me that I am not included because I am too new to my position.

Mari planned a Christmas luncheon and I asked her why she was not including Captain Koenig in the invitation. Mari stated, "No, we don't want him to be included and we don't want him to find out because we can't curse and drink and let our hair down and just be us if he goes." I asked Mari why she was not including all the other agents. Mari stated, "We don't include anybody but the agents we want to come because you know how it is, some are just not cool enough."

Mari has explained to me several times how she uses Jabber on her i-phone to make it appear that she is at work by 7:30 or 8:00, but Mari does not show up at work until anywhere between 9:00 – 10:30 every morning and Mari stated, "Just so you know Ms. Brenda, I fu…ing come and go when I want to and you can do the same thing and nobody will say anything about it because nobody cares as long as you get your work done." Mari has repeatedly tried to convince me to come late and leave early which I refuse to do. On many occasions Mari let me know that it is okay if I come late or leave early because everyone here comes and goes as they please. One morning Mari was explaining to me why she is so late to work every morning and Mari stated, "One reason I am late to work every morning is because I drink coffee with my mom and it's the only time, I get to visit with her." Lt. Saldivar stated, "I think it's great that Mari spends time with her mother drinking coffee every morning." The next day Lt. Saldivar came up to Mari's desk and stated, "If I was your lieutenant, I would write you up for not showing up to work on time." Mari stated "f…. you and get the f…. out of here." Lt. Saldivar cursed back at her and they laughed and carried on a conversation cursing and disrespecting each other with inappropriate comments. The same week on Friday, December 31, 2020, Mari wore jeans with holes all down the front and Lt. Saldivar again came up to Mari's desk and stated, "If I was your lieutenant, I would write you up for wearing inappropriate clothing or inappropriate dress attire." Mari began cursing him again and stated, "f…. you and get the f… out of here you f….ing a…hole." Lt. Saldivar cursed her back, and they laughed and carried on a conversation cursing and disrespecting each other with inappropriate comments. Mari stated, "When Captain comes in and I am wearing something not permitted I just hide behind my desk, what the f…. he does not care anyway."

Mari has instructed me from the beginning and reaffirmed on several occasions that I will get in trouble with the Captain if I reach out to his admin Amanda or Princess Ibanez for assistance and if I need something to let her know and she will contact the admins for me because she does not care if she gets in trouble. I have recently started reaching out to Amanda and I have not heard of any trouble yet, and Amanda has helped me tremendously. When Mari received emails from Amanda addressed to both of us, Mari instructed me again not to

000795

contact Amanda because she recently had a baby that only weighed maybe 1 ½ pounds with all kinds of problems and who knows if she is even coming back. Mari informed me that Amanda never sees anything all the way through anyway, so if I need something let Mari know.

Mari asked me "Did you know that our only female agent, Jamie Liles is a lesbian." My response to Mari, "no." Mari stated, "I think she is trying to get me to go to Vegas with her and her partner, so what do you think I should do?" My response to Mari, "I do not sit in judgement over people and I do not give opinions to people about how to live their lifestyle, so that would be up to you." I explained that Tommy and I are very private, and we keep our home life separate from our work. Mari stated, "Jamie is married to the first female Texas Ranger, so what do you think about that?" My response to Mari, "That's great!" Jamie Liles came up to the admin area and asked me, "So, you have been married for 43 years to the same person, what is your secret to a long-lasting relationship?" My response to Jamie, "I married my best friend; we communicate; and we have grown together over the years as one." Jamie stated, "That sounds like good advice to me and obviously it works." Mari is continuously bringing up her divorce and things that happened when she was married.

I have personally witnessed Mari inciting animosity and hostility between the lieutenants and agents by spending a large part of her day flirting, making offensive jokes, inappropriate comments and using insolent language, cursing, and saying things about me and Lt. Martinez with the agents and lieutenants. Mari criticizes Lt. Martinez almost daily to me and to the agents and lieutenants.

**Monday, January 4, 2021**, following our weekly meeting for 7C1, Bible, Jamie and I were standing in the conference room and Bible stated, "Lt. Martinez is too strict on his agents and nobody wants to stay working under him because he keeps changing everything and micromanaging them, so everybody is transferring out or transferring to another lieutenant." Mari walked up and stated, "Nobody wants to fu….ing work for Lt. Martinez because that is the fu….ing loser's squad." Mari stated, "Sorry Ms. Brenda, but that's just the way it is around here and you're about to find out."

**Monday January 11, 2021,** Travis Stenberg was headed to HQ, so he picked up both of my 23" computer monitors from HQ (I received an email from HQ to pick up monitors). When Travis returned with the monitors he came in the back door and Mari put one of the monitors in the locked supply closet at the office and put one under my desk. I asked Mari where the other monitor was, and Mari instructed me to look in the VAT system to see if Lt. Martinez had received them and assigned both monitors to me. The monitors were not listed in the VAT system. I told Mari If both monitors are assigned to me then I should install both monitors to be able to account for the assets, so I brought the other monitor from the supply closet to my desk. Lt. Saldivar came into the office and took the box off my desk and stated, "This is mine. You already have 2 monitors, one on your desk that you got when you were at the SPURS class at Headquarters and the other monitor is under your desk, so now you have 2 new matching monitors. I will talk to Lt. Martinez about it." At lunch Mari stated to Lt. Saldivar, "Hey, both of those monitors belong to Ms. Brenda and we should just give them back to her, so there is no more trouble with the other lieutenant like before." Bible picked up one of the monitors that is on my desk from HQ when we were in SPURS training December 15 – 17th, so I do not know who that monitor is assigned to. My concern is the ability to account for any assets assigned to me. Also, I discovered the ThinkPad I used prior to receiving my new laptop is now assigned to me in the VAT system. I asked Lt. Saldivar about re-assigning the ThinkPad to whoever was using it and he advised me to leave it where it is and as long as it is in the 7C area, it doesn't matter who it is assigned

to. My concern is during inventory check I might not be aware of the location of the ThinkPad as Lt. Saldivar informed me someone else is using it for now.

**Tuesday January 12, 2021,** approximately 6:30 pm, I received a text from Lt. Saldivar that read "Good evening Mrs. Brenda. I setup your other computer screen tonight. Now you have 2 matching screens. Thanks for what you do for us." I responded back, "Thank you so much! I love working with all of you! I am honored to be a part of such an awesome group." I thought it was strange to get the text so late in the evening from Lt. Saldivar because I do not normally receive texts from him, and I did not get a response.

**Wednesday, January 13, 2021**, when Mari arrived at work Mari stated, "You know it was so strange last night, I received a call from Lt. Saldivar between 6:00 and 6:30 telling me he had come back to the office to install your monitor for you and asked me to meet him at the office so I told him I was out anyway at HEB and told him I will meet him at the office."

**Wednesday January 13, 2021**, I went to the Capitol with Bible to be tested for Covid-19 and Jamie was planning to meet us there. Bible called her after we had waited for a while at the Capitol and Jamie told him she got hung up at the office with something funny going on with Oduwole. Upon our return to the office Bible and I set in his truck talking when Bible stated, "I know that you have probably figured out by now that the office is very unorganized and in desperate need of people like yourself working here and helping to organize the office because quite frankly, it is in a mess". I responded to Bible that I knew exactly what he was referring to and not to take anything away from Mari because I think she has done a good job of holding things together for the past year, especially having to train herself. My training from Mari has only been partial and for anything I cannot figure out on my own I turn to Bible and the lieutenant for guidance. Bible stated, "Sorry about your lieutenant, but he is a micromanager. Everything has to be done his way and he won't change his style of leadership to conform to the way Lt. Sal and Lt. Hanson do things around here, so he has pi……ed off the agents to where nobody wants to stay under his command."

**Wednesday, January 13, 2001,** approximately 3:30 pm, I returned to the office from the Capitol and there was a mini chocolate Hershey bar on my desk. I asked Mari who put the piece of chocolate on my desk to which she stated, "Oduwole beat up the piece of chocolate with his stick and said it was for Ms. Brenda." I asked Mari why would Oduwole do such a thing and Mari replied, "Jamie and I were joking around with Oduwole when he pulled out his big stick, threw the piece of chocolate on the floor and just began beating it saying it was for Ms. Brenda." I asked Mari why Oduwole was mad at me to which she replied "Oh, it's nothing. He is not mad at you. We were just having fun."

**Wednesday, January 13, 2021,** approximately 4:45 pm, I overheard Bible telling Mari in the kitchen area that he has got to leave soon, so when is Ms. Brenda leaving? Mari came back into the admin area and asked me if I had the chance to transfer my passwords into my yearly calendar like she had shown me she does. I responded, "no." Mari asked me, isn't your husband here to pick you up yet and practically pushed me out the door. I find it suspicious they are staying after hours and for some reason that I need to be out of the office. I am also concerned about having privacy in my office space.

**Thursday January 14, 2021**, Mari received an email from Amanda requesting Patrick Alonzo's P-Card Statement to be submitted, but she would not share the request with me, even when I asked her why she was asking about

Patrick's P-Card. I was not included in the email from Amanda, so I asked her to forward the email to me, but she stated it was nothing to worry about. I found out differently when Lt. Martinez forwarded the email to me suggesting that I follow up. I had asked Mari on Wednesday when the P-Card Statement was due. Mari stated, "it is not due until the 20th and I don't know how to explain it to you so you can f…ing get it, so don't worry about it." Mari stated, "I have all my guys signatures so I can prepare everything for them, but your lieutenant is different so you can't help your guys out." Mari stated, "So you know that Captain has been out with Covid, right? So, I have several things I need to get Captain to sign if you or anybody is going to see Captain." My response, "No, I did not know Captain had been out with Covid. Is he alright? How is he doing? Lt. Martinez has already got signatures from Captain for us." Mari replied, "I guess he is fine because he is back at work."

**Friday, January 15, 2021,** approximately 9:30 am, Bible set off a panic button that belonged to Rudy when I startled him by walking into his new office. Bible was reaching for the TV screen control to shut it off when he accidently hit the panic button instead. Just as I returned to my desk, Bible came up to Mari both speaking in Spanish so I could not understand what they were saying. When Bible left Mari stated, "now I have to order 2 mirrors so Bible can see who is entering his office from the hallway and the entry way of his door." Mari instructed me, that in the future, I needed to let her know if I needed to go to Bible's office so she could Jabber him to let him know. I informed Mari that Bible had taken me back to show me his office first thing when he arrived this morning and he had instructed me to bring the paperwork back to him. Mari, Bible and Lt. Saldivar speak Spanish in front of me changing frequently from English to Spanish in the middle of their conversations. Mari had asked me previously if I spoke Spanish and when she learned that I did not she replied, oh good!

**Friday, January 15, 2021**, Mari informed me that she is now working on trying to edit her first SPURS report, but it is just not working out for her so Lt. Saldivar offered to help her out with the edits and sending the report back to her, so it looks like she edited the report. Approximately 4:00 pm, Mari stated, "Just so you know I am about to take a vacation from this sh…..hole to Las Vegas with my family and all this fu….ing sh…. is about to fall on your back."

There continues to be offensive jokes, intimidation tactics, inappropriate comments, cursing and a constant barrage of negative remarks made daily.

Please let me know if you have any questions or need additional information.

Thank you for your time and consideration regarding this matter.


Brenda Helton

(512) 431-4902

# AFFIDAVIT

STATE OF __Texas__

COUNTY OF __Williamson__

**Before me, the undersigned authority in and for the State of __Texas__, on this day personally appeared, ___Brenda G. Helton___ who, after being by me duly sworn, deposed and said:**

During my first two weeks (December 1, 2020 – December 18, 2020) of employment at CID, Marisela Reynaga (Mari) and I were both at our desks working in the admin office and from out of nowhere, Mari leaned across her desk to look around the computer monitors (her desk facing my desk with a walkway in between) and with a very stern direct cold voice with no emotion stated, "So, Ms. Brenda, I don't think I have ever told you about my family coming here from Mexico and my father had got mixed up in dealing, you know…… like selling drugs for the cartel and so that's what he did for a living. So now my brother is still friends with some of these same people that my father hung with and they look out for me, my mom and my brother and that's why people don't f… with me or my family." Mari stated, "I always get what I f…ing want because I know all the right buttons to push to make things happen my way, so you don't want to f…. with me." There were no previous altercations between Mari and myself other than my refusal to participate in the animosity and hostility expressed against Lt. Daniel Martinez by Marisela Reynaga, Lt. Ramiro Saldivar and Victor Bibilonisambolin (Bible). I took Mari's threat of her and her family's connection with the Drug Cartel along with the comments Mari made to me as a direct threat to cause me bodily harm and/or threat to my life. I could not understand why Mari was making these threats to me about the Drug Cartel and her brother being friends with these same people (being the Drug Cartel) other than I knew she did not like the fact that I refused to take sides with Mari, Lt. Saldivar and Bible who had been provoking animosity and hostility against Lt. Martinez towards me and other agents in the office.

From the beginning of my employment, I have endured harassment from Marisela Reynaga (Mari), as well as Mari continuing to incite animosity and hostility among the agents and lieutenants toward Lt. Martinez and myself. The following remarks made during the first two weeks of my employment by Mari, Lt. Saldivar, Bible and other agents in the office were received by me as very offensive, intimidating, demeaning, discriminating, hurtful, and intentional in creating and continuing a hostile work environment:

- Mari stated to Chase, "Can you believe our new admin fu…ing came back for more?" Jonathon "Chase" Oduwole stated, "Ms. Helton, I can't believe you came back for more! Why are you still here? Why are you still here taking this fu….ing sh….?" Mari stated, "Yeah, look at that, she came back for more." Mari had previously told me that Oduwole was messed up in the head because he used to be a football player and she knew just how to push all the right buttons to get him upset.

- December 14, 2020, Mari told me Oduwole was pis… at me. Oduwole appeared angry with me, and according to Mari he was upset with me for an email I sent out to our squad requesting information as per Lt. Martinez' instructions to me following a 7C1 meeting. Mari was laughing and cursing with Oduwole while referencing the email from me. Mari stated, "Oduwole did you just get a nasty gram from Ms. Brenda? Is that why you are so f…ing pis….ed off?" Oduwole got up out of his chair, took a big stack of files off his desk and threw them on the floor beating the files with his big stick he had taken from his protective shield yelling, "Ms. Brenda, Ms. Brenda, Ms. Brenda!" Mari stated, "Ms. Brenda you really f…ed up this time, now Oduwole is mad at you." I asked Mari what was going on and why was Chase so mad to which Mari replied, "Oduwole does not like your nasty grams." Mari stated, "I know how to push all the right buttons to get what I want out of these guys." Mari stated, "Oduwole is fu…ing crazy and you better look out for him." Mario Reyes saw me in the breakroom and asked if everything was ok so I had a talk with Mario explaining what had happened and Mario suggested that I

have a talk with Oduwole because Mario did not think he would want to cause me any harm or want to upset me in any way. I took Mario's suggestion and spoke with Oduwole, who reassured me that he was not mad at me and he did not mean anything by the incident, and he was only joking around. Oduwole explained that he did not have a problem with my emails, and he knows that I am only doing my job. After speaking with Oduwole, I believe Mari's actions were intentional in creating and continuing a hostile work environment by inciting animosity and hostility toward me by getting Oduwole upset (by pushing all the right buttons according to Mari's previous statement) regarding the nasty grams from Ms. Brenda.

- We were having lunch in the Conference room, Mari, Lt. Hanson, 7C2 agents: Travis Stenberg, Bruce Cipriani, Jari McPherson; 7C1 agents: Victor "Bible" Bibilonisambolin, Jamie Liles, Patrick Alonzo and Jonathon "Chase" Oduwole when Travis asked how many children I have. I responded that I have 2 sons and 2 grandchildren to which Mari announced in a very demeaning and hurtful way to the agents, "Her sons are the same age as most of you guys" and further stated, "No sh…she is old enough to be all of you guy's mother and some of you guy's fu…ing grandmother." Travis stated, "I had no idea you were old enough to have sons that age" and everyone laughed and continued making derogatory remarks about how old I am, so I left the table and went back to work. Mari's remarks about my age were received by me as very offensive, intimidating, discriminating, demeaning, hurtful, and intentional in creating and continuing a hostile work environment.

- Another day when I was not having lunch with Mari and the agents due to a headache, I overheard Mari making remarks to the agents, Bible, Jamie and other agents in the conference area (just around the corner from my desk) that I had a headache and would not be joining them for lunch. Mari stated, "sometimes I think Ms. Brenda is going to pass out on me because she will be sitting there working and not saying anything and I am afraid she is going to fu…ing pass out on me". When Mari returned to her desk from lunch, Mari stated, "Really Ms. Brenda it would be okay, and none of us would mind at all if you would just quit coloring your hair to hide how old you really are". Mari laughed and stated again that I should just quit coloring my hair and that she and her family had recently talked her grandmother into not coloring her hair anymore and told her it's okay to be old and you don't have to keep coloring your hair just for us." Mari's remarks were intentionally hurtful and directed at me to try to upset me, so I did not comment. Mari asked, "doesn't anything ever bother you or upset you?" Mari's remarks and laughing with the other agents about the remarks she had made about my hair color, passing out and falling over were received by me as offensive, intimidating, discriminating, and demeaning.

- On another occasion Mari stated, "I just realized that I have on the same pants that I wore yesterday, just like you". Mari told me she had found a really cool clothes designer who customizes all her clothes, and she could give me the name of the designer if it would help me with getting fitted right so I could order my clothes you know so you won't have to keep wearing the same clothes over again and they will be in style and fit better. I find all of the jokes and comments about my age, hair color and clothes very offensive, intimidating, discriminating, demeaning and hurtful as well as intentional in creating and continuing a hostile work environment.

There continues to be offensive jokes, intimidation tactics, inappropriate comments, cursing as well as a constant barrage of negative remarks made to me, the agents and lieutenants about Lt. Martinez and myself mostly coming from Mari, Bible and Lt. Saldivar. The remarks and comments all listed below were made during my first few weeks of employment and all were received by me as very offensive, intimidating, discriminating, demeaning, hurtful and intentional in creating and continuing a hostile work environment:

- "Ms. Brenda, don't you fu…ing get it? It's only a matter of time before your Lt. gets transferred back to El Paso and you will be left without a lieutenant and without a squad because everybody is transferring out, then what are you going to do?" Lt. Saldivar, Bible and

Page 2 of 9

- In the conference area at lunch, Mari stated in a loud voice to Bible, Jamie and Lt. Saldivar "I am getting so fu….ing depressed trying to explain everything to Ms. Brenda". "She just doesn't fu…ing get it."

- Mari asked Oduwole several times, "what's wrong Oduwole did you get another nasty gram from Ms. Brenda? Is that why you are so fu…ing pi…ed off? Oduwole began ignoring Mari's questions regarding the nasty grams after I spoke with him at Mario's suggestion.

- Mari asked Patrick Alonzo who was walking up to my desk to turn in paperwork, "Hey Alonzo, did you get a nasty gram from Ms. Brenda too? Who is your favorite admin now?" Patrick just looked at Mari like what's wrong with you and turned around and walked off ignoring her questions.

- For several weeks now Mari has started asking all the agents "Who is your favorite admin now?" Mari comes into the office and the conference area at lunch when other agents and lieutenants are standing around and slaps her chest and asks, "Who is the best admin now?"

- At lunch Mari stated, "so, Ms. Brenda if you have not figured it out by now, we all refer to the e-mail friendly reminders that Lt. Martinez has you send to the agents as nasty grams." Mari and all the agents present laughed and made jokes. Mari stated, "don't you fu…ing get it? Nobody pays attention to your nasty grams that your lieutenant has you sending out to the agents."

- During my first few weeks at work Mari stated "So, I am the admin for the cool squads and lieutenants, and you are the admin for the other lieutenant that gets stuck with all the misfits and nobody fu…ing stays."

- Mari frequently brings up offensive crude and unprofessional remarks. Mari stated in front of me, Chase Oduwole, Travis Stenberg (while working in their office that adjoins the admin area) and Rudy Torres had just walked up and asked Mari what she was doing as Mari was pulling at her pants and reaching inside her pants pulling up her panties saying, "My panties are really bothering me. The panties I wore today are really bothering me. I don't know why my panties are really f... ed up and bothering me so bad today. Ms. Brenda my panties are really bothering me today." Mari was pulling up her panties and stated, "my panties are crawling up my crack all the way up my as...". I continued to ignore her and continued working. Rudy turned around and walked off shaking his head.

- I asked Mari if she was planning to get the Covid-19 test and Mari laughed and stated, "Oh my god, I have so many boogers in my nose and they are all coming out all over the place!" Mari, Lt. Saldivar and Bible all standing in the admin office area continued making jokes, cursing and laughing with Mari.

- Mari stated to me, "So, all during Covid anytime we got together and went out for drinks, I posted pictures of the agents on my Facebook page." I asked Mari if that would be considered a breach in security. Mari's response to me, "Don't worry about it, they were all wearing their masks so there is no danger to their security."

- One morning of my first two weeks, Lt. Saldivar asked me where Mari was and asked if I would let him know when she comes in explaining that he has a training packet for her to prepare for him. I called Mari, but she did not answer. I also sent Mari a text and tried to reach her through Jabber. Mari became very upset with me for not tracking her down to let her know that Lt. Saldivar was looking for her when she arrived at work that morning and I let her know Lt. Saldivar was looking for her. Mari told me later that morning that Lt. Saldivar was looking for me and wanted to see me right away and that he was pis….at me because he wanted me to prepare a training packet for him. I went to Lt. Saldivar's office and he was talking with Lt. Martinez, but when I asked Lt. Saldivar what he wanted to see me about he told me, nothing so I explained to him that Mari had told me that he wanted me to prepare a training packet. Lt. Saldivar told me no, that he had told Mari to prepare the training packet.

- Mari planned a Christmas luncheon and I asked her why she was not including Captain Koenig in the invitation. Mari stated, "No, we don't want him to be included and we don't want him to find out because we can't curse and drink and let our hair down and just be us if he goes." I asked Mari why she was not including all the other agents. Mari stated, "We don't include anybody but the agents we want to come because you know how it is, some are just not cool enough."

- Mari has explained to me several times how she uses Jabber on her i-phone to make it appear that she is at work by 7:30 or 8:00, but Mari does not show up at work until anywhere between 9:00 – 10:30 every morning and Mari stated, "Just so you know Ms. Brenda, I fu…ing come and go when I want to and you can do the same thing and nobody will say anything about it because nobody cares as long as you get your work done." Mari has repeatedly tried to convince me to come late and leave early which I refuse to do. On many occasions Mari let me know that it is okay if I come late or leave early because everyone here comes and goes as they please. I explained to Mari that Lt. Martinez allowed me to choose my start time and I work from 8:00 to 5:00 with one hour for lunch and I plan to work my scheduled hours. Mari also instructed me that we admins do not have to fill in our time in CAPPS unless we are sick or take off like for vacation. I took Mari's statements as intentionally misleading me into going against policy.

- Mari has instructed me from the beginning and reaffirmed on several occasions that I will get in trouble with the Captain if I reach out to the Major's admin Amanda or Princess Ibanez for assistance and if I need something to let her know and she will contact the admins for me because she does not care if she gets in trouble. I have recently started reaching out to Amanda and I have not heard of any trouble so far, and Amanda has helped me tremendously. When Mari received emails from Amanda addressed to both of us, Mari instructed me again stating, "Do not contact Amanda because she recently had a baby that only weighed maybe 1 ½ pounds with all kinds of problems and who knows if she is even coming back." Mari continued stating, "Amanda never sees anything all the way through anyway, so if you need something let me know."

Week of December 14, 2020, following our area meeting with Lt. Martinez and 7C1 squad Bible stated, "I like the idea of you taking notes, but unfortunately you are wasting your fu…ing time trying to write notes for Lt. Martinez' meeting." "He won't remember anything he fu..ing says to his agents and he fu…ing changes it every time." Mari stated, "Ms. Brenda you are about to find out that nobody wants to fu….ing work under your lieutenant." I have witnessed Bible telling Jamie Liles as well as other agents that Lt. Martinez does not stick with anything he says, and he does not do things the same way the other lieutenants do.

Week of December 21, 2020, Mari stated, "Just so you know, your lieutenant came on thinking he could promote to Captain, but that is not fu….ing happening because Lt. Hanson and Captain are best friends and Lt. Hanson is up for promotion to become Captain so your lieutenant went to El Paso to transfer back where he came from and everybody is hoping he will get the transfer." Mari also stated "Two of lieutenant Martinez' daughters are facing pretty bad medical conditions; one with really bad behavioral and mental problems, some sort of eating disorder and the other has thyroid problems. You should hope that he gets the transfer because your lieutenant is very hard to work for and everything has to be exact, perfect, his idea and done his way." Lt. Saldivar was standing leaning on the filing cabinet beside Mari's desk and shook his head yes, and stated, "Lt. Hanson and I get along fine and have always worked well together, but when Lt. Martinez came on, he wants to do everything his way and the agents don't like it, so everybody is either transferring out or transferring to another lieutenant here, and you will just have to do whatever he tells you to do because he is your lieutenant." Lt. Saldivar also stated, "Your lieutenant does not want you helping either of us other lieutenants." My response to Lt. Saldivar, "I do not find that to be true at all because Lt. Martinez even asked me during my interview, and again at the area meeting we just had with Mari included in that meeting, if I had any problem with helping the other lieutenants as needed. I told him no problem at all because the way I see it we are all on the same team supporting each other."

Wednesday, December 23, 2020, Lt. Hanson was on his way out of the office for the day and came into the admin office area and Mari told him to tell Ms. Brenda what it's going to be like for her working with her lieutenant. Lt. Hanson leaned on the file cabinet by the door in front of my desk and informed me that Lt. Martinez does things different from the way he and Lt. Saldivar do things and none of the agents like the way Lt. Martinez is so they either transfer out or change lieutenants. Every lieutenant does things different, but your lieutenant micromanages his squad and the agents just don't like his style of management. But don't worry you will be fine. If you need anything or anything comes up all you have to do is let me know about it and I will take care of it.

Week of December 28, 2020 Mari received an email regarding admin salary re-classifications and was reading the email to me then abruptly stopped and Mari stated, "This email is for you too, but I don't know what you are going to do about it because your lieutenant is on vacation, so I guess you are S-O-L." On a different day Mari was working on submitting information detailing her job description with Lt. Saldivar and informed me that I would have to get with my lieutenant if I wanted to be included in the salary increase. Mari later informed me that I was not included in the salary increase because I have not been here for a year. Lt. Martinez was on vacation at the time and Lt. Saldivar was helping Mari document her duties, so I asked Lt. Saldivar if it would be possible for me to be included in the re-classification for admins, but he informed me that I am not included because I am too new to my position. The following happened during the week of December 28:

- One morning Mari was explaining to me why she is so late to work every morning and Mari stated, "One reason I am late to work every morning is because I drink coffee with my mom and it's the only time, I get to visit with her." Lt. Saldivar stated, "I think it's great that Mari spends time with her mother drinking coffee every morning." The next day Lt. Saldivar came up to Mari's desk and stated, "If I was your lieutenant, I would write you up for not showing up to work on time." Mari stated "f…. you and get the f…. out of here." Lt. Saldivar cursed back at her stating, "No, f…. you and they laughed and carried on a conversation cursing back and forth and speaking Spanish to each other and disrespecting each other with inappropriate comments like Mari stating, "I'm not your fu…ing puta." The same week on Friday, December 31, 2020, Mari wore jeans with holes all down the front and Lt. Saldivar again came up to Mari's desk and stated, "If I was your lieutenant, I would write you up for wearing inappropriate clothing or inappropriate dress attire." Mari began cursing him again and stated, "f…. you and get the f… out of here you f….ing a…hole." Lt. Saldivar cursed her back stating "F… you" and they laughed and carried on a conversation cursing and disrespecting each other with inappropriate comments and speaking Spanish. Mari stated, "When Captain comes in and I am wearing something not permitted I just hide behind my desk, what the f…. he does not care anyway."

- Mari asked me "Did you know that our only female agent, Jamie Liles is a lesbian." My response to Mari, "No." Mari stated, "I think she is trying to get me to go to Vegas with her and her partner, so what do you think I should do?" My response to Mari, "I do not sit in judgement over people, and I do not give opinions to people about how to live their lifestyle, so that would be up to you." I explained that Tommy and I are very private, and we keep our home life separate from our work. Mari stated, "Jamie is married to the first female Texas Ranger, so what do you think about that?" My response to Mari, "That's great!" Jamie Liles was standing behind the wall separating my desk and the conference area listening to the entire conversation and walked into the admin area and asked me, "So, you have been married for 43 years to the same person, what is your secret to a long-lasting relationship?" My response to Jamie, "I married my best friend; we communicate; and we have grown together over the years as one." Jamie stated, "That sounds like good advice to me and obviously it works."

- I have personally witnessed Mari inciting animosity and hostility between the lieutenants and agents by spending a large part of her day with the agents flirting, making offensive jokes, inappropriate comments and using insolent language, cursing, and saying things about me and Lt. Martinez to the agents and lieutenants. Mari criticizes Lt. Martinez almost daily to me and to the agents and lieutenants. Examples of flirting: Mari telling agents, "I'm not your fu…ing puta"; while talking about her date

nights Mari tells the agents and Lt. Saldivar "If you are asking if I fu..ed him last night the answer is no"; suggestive teasing remarks made between Mari and Lt. Saldivar about revealing clothing, Lt. Saldivar stated, "If you were my f...ing admin I would not allow you to dress that way! Mari stated "Fu.... you! You fu...ing a...hole! I wear whatever the f... I want to wear! Mari stated, "I'm not your fu...ing puta." They laughed and continued joking and cursing each other and speaking in Spanish. Mari was in the back offices with the agents laughing and joking and I asked her to come turn her alarm off on her phone as I was trying to train with Lt. Martinez over the phone and I could not hear anything. Mari laughed and told the agents it was her alarm as a reminder to take her birth control in case she decided to fu...somebody. Mari had been talking with Jamie laughing and getting very loud in the admin area earlier when I politely asked them both if they could move to Jamie's office or another area to talk as I could not hear Lt. Martinez on the phone who was trying to train me for SPURS reports. After I hung up from the phone with Lt. Martinez, Mari stated in front of Lt. Saldivar and Jamie, "Your lieutenant has no fu...ing business trying to train you over the phone. If he wants to train you, he needs to get his fu...ing as... up here to this office and train you in person."

Monday, January 4, 2021, following our weekly area meeting for 7C1, Bible, Jamie and I were standing in the conference room and Bible stated, "Lt. Martinez is too strict on his agents and nobody wants to stay working under him because he keeps changing everything and micromanaging them, so everybody is transferring out or transferring to another lieutenant." Mari walked up and stated, "Nobody wants to fu....ing work for Lt. Martinez because that is the fu....ing loser's squad." Mari stated, "Sorry Ms. Brenda, but that's just the way it is around here and you're about to find out."

Monday January 11, 2021, Travis Stenberg was headed to HQ, so he picked up both of my computer monitors from HQ (I received an email from HQ to pick up monitors). When Travis returned with the monitors he came in the back door and Mari put one of the monitors in the locked supply closet at the office and put one under my desk. I asked Mari where the other monitor was, and Mari instructed me to look in the VAT system to see if Lt. Martinez had received them and assigned both monitors to me. The monitors were not listed in the VAT system. I told Mari if both monitors are assigned to me then I should install both monitors to be able to account for the assets, so I brought the other monitor from the supply closet to my desk. Lt. Saldivar came into the office and took the box off my desk and stated, "This is mine and shook the box at me. You already have 2 monitors, one on your desk that you got when you were at the SPURS class at Headquarters and the other monitor is under your desk, so now you have 2 new matching monitors. I will talk to Lt. Martinez about it." At lunch Mari stated to Lt. Saldivar, "Hey, both of those monitors belong to Ms. Brenda and we should just give them back to her, so there is no more trouble with the other lieutenant like before." Bible picked up one of the monitors that is on my desk from HQ when we were in SPURS training December 15 – 17th, so I do not know who that monitor is assigned to. My concern is the ability to account for any assets assigned to me. Also, I discovered the ThinkPad I used prior to receiving my new laptop is now assigned to me in the VAT system. I asked Lt. Saldivar about re-assigning the ThinkPad to whoever was using it and he advised me to leave it where it is and as long as it is in the 7C area, it doesn't matter who it is assigned to. My concern is that I am held responsible for the assets assigned to me in the VAT system and during inventory audits I would not be aware of the location of the ThinkPad as Lt. Saldivar informed me someone else is using it for now.

Tuesday January 12, 2021, approximately 6:30 pm, I received a text from Lt. Saldivar that read "Good evening Mrs. Brenda. I setup your other computer screen tonight. Now you have 2 matching screens. Thanks for what you do for us." I responded back, "Thank you so much! I love working with all of you! I am honored to be a part of such an awesome group." I thought it was strange that Lt. Saldivar would go back to the office late in the evening to install my monitor as well as receiving the text so late in the evening from Lt. Saldivar because I do not normally receive texts from him, and I did not get a response.

Wednesday, January 13, 2021, when Mari arrived at work Mari stated, "You know it was so strange last night, I received a call from Lt. Saldivar between 6:00 and 6:30 telling me he had come back to the office to install your monitor for you and asked me to meet him at the office so I told him I was out anyway at HEB and told him I will meet him at the office."

Wednesday January 13, 2021, I went to the Capitol with Bible to be tested for Covid-19 and Jamie was planning to meet us there. Bible called her after we had waited for a while at the Capitol and Jamie told him she got hung up at the office with something funny going on with Oduwole. Upon our return to the office Bible and I set in his truck talking when Bible stated, "I know that you have probably figured out by now that the office is very unorganized and in desperate need of people like yourself working here and helping to organize the office because quite frankly, it is in a mess". I responded to Bible that I knew exactly what he was referring to and not to take anything away from Mari because I think she has done a good job of holding things together for the past year, especially having to train herself. My training from Mari has only been partial and for anything I cannot figure out on my own I turn to Bible and the lieutenant for guidance. Bible stated, "Sorry about your lieutenant, but he is a micromanager. Everything has to be done his way and he won't change his style of leadership to conform to the way Lt. Sal and Lt. Hanson do things around here, so he has pi……ed off the agents to where nobody wants to stay under his command."

Wednesday, January 13, 2001, approximately 3:30 pm, I returned to the office from the Capitol and there was a mini chocolate Hershey bar on my desk. I asked Mari who put the piece of chocolate on my desk to which she stated, "Oduwole beat up the piece of chocolate with his stick and said it was for Ms. Brenda." I asked Mari why would Oduwole do such a thing and Mari replied, "Jamie and I were joking around with Oduwole when he pulled out his big stick, threw the piece of chocolate on the floor and just began beating it saying it was for Ms. Brenda." I asked Mari why Oduwole was mad at me to which she replied "Oh, it's nothing. He is not mad at you. We were just having fun." I took this incident as Mari trying to continue inciting animosity and hostility toward me.

Wednesday, January 13, 2021, approximately 4:45 pm, I overheard Bible telling Mari in the kitchen area that he has got to leave soon, so when is Ms. Brenda leaving? Mari came back into the admin area and asked me if I had the chance to transfer my passwords into my yearly calendar like she had shown me she keeps her passwords written down. I responded, "no." Mari has tried to get me to put my passwords in the back of my desk calendar like she does for several weeks even after I told her that I have a different system for tracking my passwords. Mari asked me, isn't your husband here to pick you up yet and practically pushed me out the door. I find it suspicious they are staying after hours to gain access to my workspace where my computer and monitors are located and for reasons unknown Mari wanted my passwords written down and that I need to be out of the office for whatever reason they had for wanting access to my workspace while I am away. I am also concerned about having privacy in my office space.

Thursday January 14, 2021, Mari received an email from Amanda requesting Patrick Alonzo's P-Card Statement to be submitted, but she would not share the request with me, even when I asked her why she was asking about Patrick's P-Card. I was not included in the email from Amanda, so I asked her to forward the email to me, but she stated it was nothing to worry about. I found out differently when Lt. Martinez forwarded the email to me suggesting that I follow up. I had asked Mari on Wednesday when the P-Card Statement was due. Mari stated, "it is not due until the 20th and I don't know how to explain it to you so you can f…ing get it, so don't worry about it." Mari stated, "I have all my guy's signatures so I can prepare everything for them, but your lieutenant is different so you can't help your guys out." Mari stated, "So you know that Captain has been out with Covid, right? So, I have several things I need to get Captain to sign if you or anybody is going to see Captain." My response, "No, I did not know Captain had been out with Covid. Is he alright? How is he doing? Lt. Martinez has already got signatures from Captain for us." Mari replied, "I guess he is fine because he is back at work."

Friday, January 15, 2021, approximately 9:30 am, Bible set off a panic button that belonged to Rudy Torres when I startled him by walking into his new office. Bible was reaching for the TV controller to shut off the TV screen when he accidently hit the panic button instead. Bible became very flustered when I walked into his office even though I knocked before entering. Lt. Hanson came rushing into Bible's office while I was standing there talking to Bible and Lt. Hanson was very upset about the false alarm on Rudy's panic button being set off. Bible explained to Lt. Hanson that I had entered his office and he got confused when he was reaching to turn off the TV controller and instead grabbed Rudy's panic button by mistake. Lt. Hanson asked Bible why he had Rudy's panic button in the first place to which Bible responded they probably got switched during the office move. Just as I returned to my desk, Bible was right on my heels and went over to Mari's desk, both speaking in

Page 7 of 9

Spanish so I could not understand what they were saying. When Bible left Mari stated, "now because of you, I have to order 2 mirrors so Bible can see who is entering his office from the hallway and the entry way of his door." Mari instructed me, that in the future, I needed to let her know if I needed to go to Bible's office so she could Jabber him to let him know. I informed Mari that Bible had taken me back to show me his office first thing when he arrived this morning and Bible had instructed me to come back later to bring the paperwork to him. Mari, Bible and Lt. Saldivar speak Spanish in front of me changing frequently from English to Spanish in the middle of their conversations. Mari had asked me previously if I spoke Spanish and when she learned that I did not she replied, oh good! I do not understand the need for Bible to know when I am coming down the hall and further did not understand why there was a TV screen installed in Bible's new office that he did not want me to see what was on the screen that caused Bible to be so distracted by my entrance that while he was reaching for the TV controller to shut it off, he mistakenly set off Rudy's panic button instead. I am concerned about the privacy of my workspace, computer, monitors and overhead camera in the admin work area.

Friday, January 15, 2021, Mari informed me that she is now working on trying to edit her first SPURS report, but it is just not working out for her so Lt. Saldivar offered to help her out with the edits and sending the report back to her, so it looks like she edited the report. Approximately 4:00 pm, Mari stated, "Just so you know I am about to take a vacation from this sh…..hole to Las Vegas with my family and all this fu….ing sh…. is about to fall on your back."

Mari threatened me for the second time on Friday, January 15, 2021, Mari and I were both at our desks working in the admin office and from out of nowhere, Mari leaned across her desk to look around the computer monitors on her desk (her desk facing my desk with a walkway in between) and with a very stern, direct cold voice with no emotion stated for a second time, "So Ms. Brenda, you remember I told you what my father did for a living, right….(with emphasis)? That's why people don't f… with me or my family and I think I told you that my brother still hangs with some of those same people so don't f…. with me." I turned away trying to hide the shocked look on my face and ignored Mari. About that time Lt. Hanson came walking up to the admin area. Mari picked up her purse and left for the day with Lt. Hanson about 4:15 pm. This time Mari's threats really upset me. I was in shock. This time even more so because Mari was even more forceful with her threat, so I called my husband and told him what Mari had said again. There was no one left working at the office after 4:15 pm and I wanted my husband to know what was going on just in case something happened to me, so I called my husband while walking to the parking garage to my car around 5:00 pm. I was really upset and in tears because I took Mari's threats with the Drug Cartel as a direct threat to cause me bodily harm and/or a direct threat on my life. As stated in the first paragraph of this complaint, again there were no previous altercations with Mari, and I do not understand why Mari would threaten me with the Drug Cartel other than my refusal to side with Marisela Reynaga, Lt. Ramiro Saldivar and Victor Bibilonisambolin (Bible) who were provoking animosity and hostility against Lt. Daniel Martinez, and Mari telling me at several different times "I always get what I f…ing want because I know all the right buttons to push to make things happen my way." I took the threat very seriously that Mari intended to use her connection with the Drug Cartel and her brother to cause me bodily harm and threat to my life. I also do not understand the animosity or hostility that Mari has expressed toward me or to the agents and lieutenants about me. I have never been rude or impolite to Mari or anyone at the office. I have tried to overlook most of the things that have happened in the past, chalking it up to some sort of initiation to see if I will fit in, but the manipulation, animosity and hostility continues to worsen. The work environment is not getting better and has become an unsafe work environment for me to continue to work in or to be productive. Mari's threats on my life, remarks and comments that Mari continues making to me and about me to the lieutenants and agents in the office are hostile, intimidating, discriminating, demeaning, hurtful and intentional by Mari in creating and continuing a hostile work environment where I do not feel safe, and I am unable to be productive and get my work done in a timely manner.

Thursday, January 21, 2021 Mari has been uncooperative in trying to resolve the issues with the P-Card statement that she had cursed me about on January 14th when I asked her about a request received from finance regarding the December 2020 P-Card statement for Patrick Alonzo. On Thursday, January 21, 2021 about 4:00 pm I began receiving emails again from finance requesting this same P-Card statement for Patrick Alonzo from December 2020. I replied to the emails explaining that I did not prepare the P-Card statement for Patrick in early December 2020 for the November charges. I was in training taking notes while Mari prepared the P-card

Page 8 of 9

000791

statement for Patrick Alonzo and the only P-Card statement I had prepared was for the December charges in January 2021. Maritza Carrasquillo had sent me a Jabber message that she was stressed and had already emailed Mari requesting the information earlier today then she reached out to me about 4:00 pm.

Monday, January 25, 2021 I met Lt. Martinez and 7C1 agents for breakfast at Kirby Lane Café for our Monday morning weekly meeting then proceeded to the office. I was working at my desk and tried to talk to Mari, but Mari only responded with a mumble. Mari gave me the cold shoulder and would not answer me about any questions I asked her such as "Did you have a good weekend?" Later, I was working at my desk when Bible and Mari came in with lunch. Mari proceeded to the conference area, but Bible stood at the corner of my desk and stated, "Well, well, look who's here! It's Ms. Brenda! How are you doing Ms. Brenda?" I answered, "I am just fine Bible, how are you?" Bible had his mask on and just stood there at the corner of my desk for several minutes not saying a word and staring me down with a stern glare and rolling his eyes around making me feel uncomfortable as if to stare me down to threaten me and trying to intimidate me. I turned away from Bible to break the stare and went back to work and Bible proceeded to the conference area to have lunch with Mari. Later about 3:30 pm at HQ while standing in line to receive the first COVID-19 vaccine, I tried to speak to Mari again, but she would not respond.

Wednesday, March 17, 2021 I sent Lt. Martinez a text that today was Lt. Saldivar's Birthday and I sent an email to Lt. Saldivar and copied 7C1 Special Agents so they would be aware of his birthday, only to find out that Mari's Calendar that I had copied the birthdays from were all wrong dates. Mari insisted many times that I copy her Calendar and put all my passwords in the back of the calendar (which I never wrote down). I did copy the monthly reporting due dates and deadlines and birthdays. That same day I received copies of emails from Lt. Saldivar, Patrick Alonzo and Brant Johnston all going back and forth making jokes about the birthday mix up. I checked the Calendar and discovered all the birthdays and due dates that Mari had written in her calendar and constantly tried to get me to copy from her calendar were all wrong. Then I remembered Mari told me she had bought a new desk calendar with the $25 Gift Certificate I gave her for her birthday to redo her calendar. This is just one of many examples of how Mari continues to try to discredit me with the agents and lieutenants in the office. I find these jokes and the misleading of the birthdays very intentional, hurtful and demeaning.

The threats and remarks herein have been received by me as very offensive, intimidating, discriminating, demeaning, hurtful and intentional in creating and continuing a hostile work environment. Mari, Lt. Saldivar and Bible continue to incite animosity and hostility towards Lt. Martinez and myself creating a hostile work environment where I do not feel safe, and I am unable to be productive and get my work done in a timely manner.

I have read the above statement consisting of __9__ page(s), which is based on my personal knowledge, and it is true and correct.

_Brenda G Netton_

Subscribed and sworn to before me, the undersigned authority, on this the 14th day of April A.D. 2021.

_Notary_

SHANE STOWELL
Notary Public
STATE OF TEXAS
ID# 132433954
My Comm. Exp. Apr. 06, 2024

OIG-2