# Ex. 23

```
              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
                     AUSTIN DIVISION

JARI McPHERSON, JERALD      §
SAMS, and DANIEL            §
MARTINEZ,                   §
                            §
      Plaintiffs,           §
                            §
                            §        CASE NUMBER
v.                          §     1:20-cv-01223-RP
                            §
                            §
TEXAS DEPARTMENT OF         §
PUBLIC SAFETY, and          §
Director Steven C.          §
McCraw, in his              §
official capacity,          §
                            §
      Defendants.           §
```

```
               ORAL DEPOSITION
        (VIA ZOOM VIDEOCONFERENCING)
                    OF
                FACT WITNESS
          RONALD CLAYTON JOY, JR.

         TUESDAY, DECEMBER 6, 2022
```

– – –

INTEGRITY LEGAL SUPPORT SOLUTIONS

www.integritylegal.support

179

```
1     A.  No.  The answer was "no," because
2   neither one of us were involved in the Board.
3     Q.  Oh, I see.  Okay.
4         Did you ever state that there were
5   too many African Americans on the Mounted Unit?
6     A.  No.
7     Q.  And I asked you a question similar to
8   this, but it wasn't quite the same.
9         Have you ever in your DPS career as a
10  supervisor escorted anyone under investigation to
11  do their daily duties?
12        MR. HARRIS:  Object
13  to the form of the question.
14        You may answer.
15    A.  When you say "escorted them to do
16  their daily duties," that's a pretty broad
17  category covering 30 years, so I'm going to have
18  to say "yes."
19        Every time a Sergeant rides with his
20  Troopers, he's escorting them to do their duties,
21  so...
22  BY MR. MUNGO:
23    Q.  No, no, no, no.  That's while they're
24  being investigated.
25    A.  Yes, I check in with Troopers while
```

180

```
1   they're being investigated, yes.
2     Q.  Because of the investigation?
3     A.  Yes, yes.
4     Q.  And how many times did that occur?
5     A.  I have no idea.
6     Q.  You have no idea?
7     A.  No.
8     Q.  Can you name one other than Mr. Sams?
9         MR. HARRIS:  Object
10  to the form of the question.
11  BY MR. MUNGO:
12    Q.  Give me some names.
13    A.  I don't -- I don't know what you're
14  talking about other than Mr. Sams, because I
15  didn't supervise Mr. Sams under investigation to
16  escort him.
17        But the -- as a Sergeant, when I was
18  a Sergeant in El Paso and Odessa, there were
19  several times I had Troopers who were under
20  investigation, and I rode with them while they
21  were under investigation, if that's what you're
22  calling "escort." But I don't know what -- how
23  you define "escort."
24    Q.  Okay.  So do you have a name?  One
25  name?
```

181

```
1     A.  Of all the Troopers I rode with that
2   were under investigation?  No.
3     Q.  You don't remember one name?
4     A.  Daniel Sarabia, José Delrio, --
5     Q.  Hold on; hold on.
6         Daniel who?
7     A.  Daniel Sarabia.
8     Q.  How do you spell that?
9     A.  S-A-R-A-B-I-A.
10    Q.  Okay.  And who else?
11    A.  José Delrio.
12    Q.  José Del --
13    A.  Delrio.
14    Q.  Okay.  Anyone else?
15    A.  There's several others, but I don't
16  remember all the names.
17    Q.  Can you give me the name of one White
18  Trooper that you did this with.
19    A.  John Henley.
20    Q.  "Don" Henley?
21    A.  "John" Henley.
22    Q.  John Henley.
23    A.  Jimmy Nail.
24    Q.  Jimmy Nail.  N-A-I-L?
25    A.  Yes, sir.
```

182

```
1     Q.  Okay.  And what years were these?
2     A.  Oh, goodness.  Jimmy Nail was
3   sometime between '95 and '97.  John Henley would
4   have been between '97 and 2000.  Daniel Sarabia
5   and José Delrio would have been between '97 and
6   2000.
7     Q.  Okay.  Did you direct Captain
8   Richards to escort Trooper Sams to the barn?
9     A.  No, I don't think so.
10    Q.  Have you ever used the N-word before?
11    A.  In my pre-DPS life, I'm sure I have.
12        MR. HARRIS:  Object
13  to the form of the question.
14  BY MR. MUNGO:
15    Q.  In your pre-DPS life?
16    A.  As a child when I was immature, I'm
17  sure I have.
18    Q.  When you were immature?
19    A.  As a child.
20    Q.  Only as a child you used it?
21    A.  Yes.
22    Q.  You never used it while working for
23  Texas Department of Public Safety?
24    A.  No.
25    Q.  And did you ever use the word
```

183

1  N-I-G-G-A --
2      A.  No.
3      Q.  -- while with the Department?
4      A.  No.
5      Q.  What about N-I-G-G-E-R?
6      A.  No.  You just asked me that.  No.
7      Q.  Okay.  So you absolutely have
8  never -- since how old were you as a child the
9  last time you used it?
10         MR. HARRIS:  Object
11  to the form of the question.
12     A.  I don't know.
13 BY MR. MUNGO:
14     Q.  You don't know how old you were?
15     A.  No.
16     Q.  Okay.  But you can remember using the
17 N-word?
18         MR. HARRIS:  Object
19  to the form of the question.
20     A.  I'm sure as a child, I probably did
21  at least once.
22 BY MR. MUNGO:
23     Q.  At least once.
24         Okay.  But you don't remember how old
25  you were?

184

1      A.  No.
2      Q.  Okay.  So you don't know whether you
3  were a child, then, if you don't know how old you
4  were, right?
5          MR. HARRIS:  Object
6  to the form of the question.
7      A.  I don't know.
8  BY MR. MUNGO:
9      Q.  And you've had White Troopers use the
10 N-word around you?  You've heard them use that
11 before, haven't you?
12     A.  No.
13     Q.  You've never heard a White Trooper
14 use the N-word at all, ever since working for the
15 Texas --
16     A.  No.
17     Q.  Let me finish my question.
18         Since working -- coming to your
19 employment with the Texas Department of Public
20 Safety, you've never, ever heard a White Trooper
21 use the N-word?
22     A.  No.
23     Q.  Have you ever used the word "boy"
24 when referencing African Americans?
25     A.  No.

185

1          MR. HARRIS:  Object
2  to the form of the question.
3  BY MR. MUNGO:
4      Q.  How about "monkey"?
5      A.  What?
6      Q.  Monkey.
7      A.  No.
8      Q.  When referencing Black people.
9      A.  No.
10     Q.  Have you ever expressed your attitude
11 that Black people are less equipped mentally than
12 White people?
13     A.  No.
14     Q.  If you had conversations with some
15 Troopers who recall such, would you deny that?
16     A.  Yes.
17     Q.  Do you feel that Trooper Sams is a
18 large part of the success of the Mounted Patrol?
19     A.  Yes.
20     Q.  How do you feel about the diversity
21 makeup with regards to the Promotional Board
22 process?
23         MR. HARRIS:  Object
24 to the form of the question.
25     A.  I think the Board should be diverse

186

1  and reflect a pool of applicants.
2  BY MR. MUNGO:
3      Q.  Do you believe that they are diverse
4  and reflect a pool of applicants?
5      A.  Most of the time.
6      Q.  What percentage of the time would you
7  say that that would be the case?
8          MR. HARRIS:  Object
9  to the form of the question.
10     A.  I don't know.
11 BY MR. MUNGO:
12     Q.  You don't know whether it was, like,
13 50 percent of the time or less than 50 percent of
14 the time?
15     A.  The answer's still "I don't know."
16     Q.  Even a guesstimate of it could be
17 more than 50 percent of the time, most of the
18 time they have sufficient diversity?
19         MR. HARRIS:  Object
20 to the form of the question.
21     A.  I don't know.
22 BY MR. MUNGO:
23     Q.  Okay.  So you don't know how diverse
24 the Promotion Boards are, would that be fair to
25 say?

187

1    A.  No, I do not know.
2    Q.  Okay.  Have you ever inquired into
3  the same with regard to the Texas Highway Patrol,
4  the Division over which you were a Chief?
5    A.  Have I inquired about what?
6    Q.  The diversity of the Promotion
7  Boards.
8        MR. HARRIS:  Object
9  to the form of the question.
10   A.  No, I don't believe so.
11 BY MR. MUNGO:
12   Q.  Did the OIG ever interview you with
13 regard to any of the Complaints that were made by
14 Mr. Sams?
15   A.  No.
16       MR. MUNGO:  Okay.  I
17 think that's all I've got.  Give me
18 just two minutes; just two minutes.
19       THE COURT REPORTER:  We're
20 going off the record at 6:24 p.m.
21 (Recess held from 6:24 p.m. to 6:27 p.m.)
22       THE COURT REPORTER:  We're
23 going back on the record at 6:27
24 p.m.
25       MR. MUNGO:  Okay.  Mr.

190

1  _____
2  _____
3
4        _____
         RONALD CLAYTON JOY, JR.
5
6  STATE OF _____ )
7  COUNTY OF _____ )
8
9    Subscribed and sworn to before me by the
10 said witness, RONALD CLAYTON JOY, JR., on this
11 the _____ day of _____, 2023,
12 subject to the aforementioned corrections/
13 changes, if any.
14
15
16
17
18      _____
        Notary Public in and for
19      the State of _____
20
21 My Commission Expires: _____
22
23
24
25

190

1        CHANGES AND SIGNATURE
2  RONALD CLAYTON JOY, JR.       DECEMBER 6, 2022
3  PAGE   LINE      CHANGE           REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

191

1        REPORTER'S CERTIFICATE
2    I, TOMMI RUTLEDGE GRAY, TEXAS CSR NO.
3  1693, Certified Shorthand Reporter, Registered
4  Professional Reporter, and Certified Realtime
5  Reporter, certify:
6    That the foregoing proceedings were taken
7  remotely before me via Zoom videoconferencing, at
8  which time the witness was remotely put under
9  oath by me;
10   That the testimony of the witness, the
11 questions propounded, and all objections and
12 statements made at the time of the examination
13 were recorded remotely stenographically by me and
14 were thereafter transcribed;
15   That the foregoing 191 pages are a true
16 and correct transcript of my shorthand notes so
17 taken.
18   I further certify that I am not a relative
19 or employee of any attorney of the parties, nor
20 financially interested in the action.
21   I further certify that before the
22 completion of the deposition, the Deponent, FACT
23 WITNESS RONALD CLAYTON JOY, JR., and/or Counsel
24 for the DEFENDANTS, TEXAS DEPARTMENT OF PUBLIC
25 SAFETY, AND DIRECTOR STEVEN C. MCCRAW, IN HIS