# Ex. 26

TAB: 7.A

## PRINT TEXT MESSAGES LOG
## MARY NIERONOW (+12543383419)

Auto-generated with the Print Text Messages app for Android // www.printtextmessages.net

#1 - Sun 05 Jun 2016 - 7:57:41 PM
MMS From : 12543383419



On BEHALF OF MY FAMILY WE WOULD ASK IF YOU PLEASE RESPECT MY HUSBAND WISHES AND STOP SHOWING THE VIDEO OF HIM DRAGGING THE FUCK OUT OF THAT LIL HOOD BABIE ...put some respeck on it

#2 - Fri 01 Jul 2016 - 10:00:37 AM
MMS From : 12543383419



## END OF PRINT TEXT MESSAGES LOG
## MARY NIERONOW (+12543383419)

Auto-generated with the Print Text Messages app for Android // www.printtextmessages.net