# Ex. 27




# TEXAS DEPARTMENT OF PUBLIC SAFETY

## OFFICE OF INSPECTOR GENERAL

SUMMIT EXECUTIVE CENTRE
13706 RESEARCH BLVD., STE. 100
AUSTIN, TEXAS 78750-1838
(512) 424-5017

www.dps.texas.gov

RHONDA FLEMING
INSPECTOR GENERAL

PUBLIC SAFETY
COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

April 15, 2019

Jerald Anthony Sams, Trooper
1500 N. Congress
Austin, Texas 78701
Jerald.Sams@dps.texas.gov

Re: Complaint: OIG2018-0900

Dear Trooper Sams,

This letter is in reference to the complaint you provided to our office in November 2018 regarding various matters of concern. The Office of Inspector General is committed to addressing misconduct allegations against members of the Department in a fair and judicious manner.

After reviewing your complaint, meeting with you and others, and reviewing materiel evidence associated to your complaint, OIG intends to take the following administrative action:

1. The allegation of Unprofessional Conduct against Trooper Mariola Nieronow will be administratively charged.
2. The allegation of Unprofessional Conduct against Sergeant Raymond Bradshaw will be administratively charged.
3. The allegation of Unprofessional Conduct against Captain Jeremiah Richards will be administratively charged.

Additionally, the allegation regarding the Mounted Patrol promotional process was fully vetted. There was no evidence found to substantiate your claim the qualifiers created a disparate impact on African American members of the Mounted Patrol. Additionally, the evidence supported the promotional board selection and failed to reveal any discriminatory practice. As a result, our office failed to discern misconduct warranting further investigation in this matter and is closing this file.

Thank you for providing this information to our office and affording us an opportunity to review and respond.

Sincerely,

Bonnie Moore, Captain
Office of Inspector General
Texas Department of Public Safety