# Ex. 28

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
SKYLOR HEARN
FREEMAN F. MARTIN
RANDALL B. PRINCE
DEPUTY DIRECTORS

January 15, 2020

COMMISSION
STEVEN P. MACH, CHAIRMAN
A. CYNTHIA LEON
STEVE H. STODGHILL

Trooper Jerald Sams
PO Box 13126
Austin, TX 78711

Re: Administrative Investigation OIG2019-0259

Dear Trooper Sams,

This is in reference to the administrative investigation initiated against Captain Jeremiah Richards. It was alleged that:

1. Captain Jeremiah Richards took a photo of you while you were trimming a horse's hooves and texted the photo to a friend. Captain Richards read out loud his friend's response, "I have never seen a black man doing that before" and laughed. You perceived the statement as racially inappropriate.

The administrative investigation was assigned to the Department's Office of Inspector General. After review of the investigation, Allegation 1 is classified as **sustained**. The information obtained revealed that Captain Richards acted in a manner contrary to the Department's rules, regulations, and expectations of its employees.

Please know that the Department takes great pride in the professionalism of its employees. We strive to be outstanding in everything we do, and accept responsibility for our actions. Please be assured that the appropriate corrective action has been taken because of the sustained allegation.

Sincerely,

Hank Sibley, Assistant Chief
Texas Highway Patrol

RJ:DP:cng

c:  Regional Director Todd Snyder
    Major Ben Urbanczyk
    Office of General Counsel

    Office of Inspector General
    Human Resources
    OIG2019-0259