# Ex. 29

8/15/2018
ANNOUNCEMENT
COMPETITIVE PROMOTIONAL PROCESS
FOR
SERGEANT
HIGHWAY PATROL SERVICE
MOUNTED UNIT, – AUSTIN CAPITOL
Salary Schedule C – Pay Group C04

A competitive promotional process for the position of Sergeant, Texas Highway Patrol will be conducted. Duty assignment: **Mounted Unit-Austin Capitol.**

**General Eligibility**
In order to be eligible to apply candidates must have taken the qualifying written examination (HP-Sergeant or CVE-Sergeant) and scored 75% (150 out of 200) or better. All candidates must hold the position of Trooper II or above, have a minimum of one (1) year of continuous service with the Department immediately prior to the written qualifying examination, not be on disciplinary probation, have been rated at least "competent" in every performance area during the last performance evaluation cycle, and currently be in compliance with the Department's commissioned physical readiness policy (General Manual Chapter 8.14.04). Candidate submissions received past the deadline will not be eligible to participate in this process. Erroneous or incomplete submissions will be handled as late submissions.

The top **Fifteen (15)** written qualifying examination scores (per position, plus any ties) of the candidates that apply per position will be called to appear before the Career Board which will convene at a date and location determined by the Board Chairperson. **Candidates will be required to complete a controlled skills assessment prior to appearance before the Board.**

The results of candidate selection by the career board will be certified to the Regional Director, the Division Director of the Texas Highway Patrol Division and the Deputy Director of Law Enforcement. The primary selected candidate will be notified and offered the position and upon acceptance, will be promoted. Candidates who are selected and who accept a promotion will be allowed an in grade transfer, but remain detached to the original position until replaced or until twelve (12) months has elapsed from the date promoted. If the primary candidate declines the position, the secondary selected candidate (provided one was selected) will be offered the position. Multiple vacancies in the same position and location may result in multiple candidates being tendered positions. If no candidate is selected for this position, the process for this position/location will be repeated at the determination of the Division Director of the Texas Highway Patrol Division.

The application form (**HR-113(a) - Updated 6/17**), most recent Physical Readiness Testing Score sheet and 2017 evaluation(s) must be emailed to HR-113Submissions@dps.texas.gov. Candidates must submit form HR-112 (Updated 2/17) to their immediate supervisor for in-line review/recommendation up to the rank of major in the applicant's chain-of-command. Candidates must use the **HR-113(a)** and follow instructions for emailing verbatim copies of each competency example for verification. Candidates qualifying for the career board will be contacted by Law Enforcement Promotions with instructions regarding further requirements by them prior to their appearance before the career board. Forms must be received no later than **11:59 P.M. on August 23, 2018.** Candidates who do not have a current qualification position examination score or who do not submit form HR-113a by the deadline will not be eligible to participate in this promotional process.

Applicants should reference form HR-110 when completing form HR-113a or HR-113b.

*Additional information regarding Law Enforcement Promotions and current forms can be found here:*
https://dpsnet.tle.dps/Divisions/Administration/HR/LEPS/promotions.htm

Dwight Mathis
Regional Director, Region 7