# Ex. 30

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
SKYLOR HEARN
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
MANNY FLORES
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

October 31, 2017

Corporal Jerald A. Sams
1500 N. Congress
Austin, Texas 78701

Ref: Review of Personnel Complaint Investigation OIG2017-0418; Non-Disciplinary Action

Dear Corporal Sams:

This letter is in reference to a review of Personnel Complaint Investigation OIG2017-0418, conducted as a result of the personnel complaint initiated against you. While the allegation was not sustained, a secondary review of the complaint and additional interviews have been conducted by the Office of Inspector General. The secondary review revealed several areas of concern regarding leadership and communication.

As a result of the information obtained during this investigation, you will revert to your non-appointed rank of Senior Trooper and be placed on a performance improvement plan. As part of your improvement plan, your chain of command will identify training to improve your leadership, communication skills, and decision making abilities.

I wish you success and solicit your best efforts in furthering the Department's goals and objectives in your new assignment.

Sincerely,

Ron Joy, Chief
Texas Highways Patrol

RJ:ps

cc: Regional Director Jose Ortiz
    Major Christopher Jones
    Captain Jeremiah Richards