# Ex. 31



# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov



STEVEN C. McCRAW
DIRECTOR
FREEMAN F. MARTIN
RANDALL B. PRINCE
JEOFF WILLIAMS
DEPUTY DIRECTORS

March 17, 2020

COMMISSION
STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
STEVE H. STODGHILL
DALE WAINRIGHT

Trooper Jerald Sams
PO Box 13126
Austin, TX 78711

Re: Division Referral Investigation OIG2019-0681

Dear Trooper Sams,

This is in reference to the division referral investigation initiated against Captain Jeremiah Richards. It was alleged that:

1. On September 28, 2018, Captain Jeremiah Richards introduced unapproved information to the board members, which materially impacted the results of the commissioned promotional process. Consequently, the personal rating scale and manner the practical exam was scored were also questioned.

The division referral investigation was assigned to the Texas Highway Patrol Division. After review of the investigation, Allegation **1** is classified as **not sustained**. The information obtained failed to reveal misconduct by Captain Richards. However, the investigation identified the potential for improvement that will be addressed through training.

Please know that the Department takes great pride in the professionalism of its employees. We strive to be outstanding in everything we do, and accept responsibility for our actions.

Sincerely,

Dwight D. Mathis, Chief
Texas Highway Patrol

DDM:DP:ajp

c:  Regional Director Todd Snyder
    Major Ruben Galindo
    Office of General Counsel

Office of Inspector General
Human Resources
OIG2019-0681

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION