UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JARI MCPHERSON and | § | |
| JERALD SAMS, and DANIEL | § | |
| MARTINEZ, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 1:20-cv-01223-DAE |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| PUBLIC SAFETY, and Director Steven | § | |
| C. McCraw, in his official capacity, | § | |
|     *Defendants*. | § | |

# EXHIBIT 32
## CONLEY INTERVIEW
# AUDIO RECORDING