# Ex. 36

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
                     AUSTIN DIVISION
```

JARI MCPHERSON, JERALD       )
SAMS, AND DANIEL MARTINEZ,   )
                             )
              Plaintiffs,    )
                             )  CIVIL ACTION
VS.                          )
                             )  NO.: 1:20-cv-01223-DAE
TEXAS DEPARTMENT OF PUBLIC   )
SAFETY,                      )
                             )
              Defendant.     )

-------------------------------------

REMOTE ORAL DEPOSITION OF

VIRGIL VERDUZCO

DECEMBER 9, 2022

-------------------------------------

     REMOTE ORAL DEPOSITION OF VIRGIL VERDUZCO,

produced as a witness at the instance of the

PLAINTIFFS, and duly sworn, was taken in the

above-styled and numbered cause on December 9, 2022,

from 1:04 p.m. to 2:21 p.m., via Zoom, before Vanessa

J. Theisen, CSR in and for the State of Texas,

reported by machine shorthand, pursuant to the

Federal Rules of Civil Procedure and any provisions

stated on the record or attached hereto.

1  the context of training, what did Corporal Sams do as
2  a trainer specifically from -- let me ask a better
3  question.
4              In his con -- in the context of being a
5  trainer for the mounted troopers, do I understand
6  that this was a daily activity?
7      A.  Yes, ma'am.  They were training almost every
8  day.
9              We did have days where we would do
10  maintenance around the barn as far as, you know,
11  cutting the grass or clean the stalls, or, if it was
12  real muddy, we were not going to endanger the horses
13  to get hurt or ourselves, so we would just do
14  maintenance around the barn.
15      Q.  In your experience was Trooper Sams highly
16  skilled in his work as an instructor and trainer?
17      A.  Yes, ma'am.  He had good knowledge, and
18  there was a lot of people that would seek his
19  knowledge.
20      Q.  Was there anybody in 2017 who had superior
21  knowledge or skills with regarding -- with regard to
22  training the horses or instructing the mounted
23  troopers?
24              MR. HARRIS:  Object to the form of the
25  question.  You may answer.

21

1      A.   Yes, ma'am.  He was -- yes, he was.

2      Q.   (BY MS. SCHULMAN)   The question I asked was

3   was there anybody who was superior to his ability?

4      A.   No, ma'am.

5      Q.   All right.  Let's get the whole question in

6   so that we have a clear record.

7             Was there anyone in the mounted patrol

8   unit, top to bottom, who had superior skills to those

9   of Corporal Sams with regard to training or

10  instruction, the horses or mounted troopers?

11            MR. HARRIS:  Object to the form of the

12  question.  You may answer.

13     A.   No, ma'am.

14            MS. SCHULMAN:  Hold on.  I need to take

15  a quick break.

16            MR. HARRIS:  All right.  Off the record?

17            THE REPORTER:  Yes, off the record at

18  1:30 p.m.

19            (Recess 1:30 p.m. to 1:35 p.m.)

20            THE REPORTER:  Back on the record at

21  1:35.

22            MS. SCHULMAN:  All right.  Okay.

23  Vanessa, would you please read the last question and

24  answer for me.

25            THE REPORTER:   "Let's get the whole

46

1    I, VIRGIL VERDUZCO, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5        _____
         VIRGIL VERDUZCO
6
7  THE STATE OF _____ )
8  COUNTY OF _____ )
9    Before me, _____, on this day
10 personally appeared VIRGIL VERDUZCO, known to me (or
11 proved to me under oath or through _____)
12 (description of identity card or other document) to
13 be the person whose name is subscribed to the
14 foregoing instrument and acknowledged to me that he
15 executed the same for the purposes and consideration
16 therein expressed.
17
18    Given under my hand and seal of office, this
19 _____ day of _____, _____.
20
21        _____
         NOTARY PUBLIC IN AND FOR
22
23        THE STATE OF _____
24 My commission expires: _____
25 _____ No Changes Made _____ Amendment Sheet(s) Attached

47

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF TEXAS
2        AUSTIN DIVISION
3  JARI MCPHERSON, JERALD    )
   SAMS, AND DANIEL MARTINEZ, )
4        )
       Plaintiffs, )
5        ) CIVIL ACTION
   VS.    )
6        ) NO.: 1:20-cv-01223-DAE
   TEXAS DEPARTMENT OF PUBLIC  )
7  SAFETY,    )
         )
8      Defendant.  )
9    REPORTER'S CERTIFICATION OF
     THE REMOTE ORAL DEPOSITION OF
10       VIRGIL VERDUZCO
         DECEMBER 9, 2022
11
12    I, Vanessa J. Theisen, a Certified
13 Shorthand Reporter in and for the State of Texas,
14 hereby certify to the following:
15    That the witness, VIRGIL VERDUZCO, was
16 duly sworn by the officer and that the transcript of
17 the oral deposition is a true record of the testimony
18 given by the witness;
19    That the original deposition was delivered
20 to Mr. Drew Harris to obtain witness's signature.
21    That a copy of this certificate was served
22 on all parties and/or the witness shown herein on
23 January 4th, 2023.
24
25    I further certify that pursuant to FRCP

48

1  Rule 30(3) that the signature of the deponent:
2    _XX_ was requested by the deponent or a
3  party before the completion of the deposition and
4  that the signature is to be before any notary public
5  and returned within 30 days from date of receipt of
6  the transcript.
7    If returned, the attached Changes and
8  Signature Page contains any changes and the reasons
9  therefore:
10   _____ was not requested by the deponent or
11 a party before the completion of the deposition.
12    I further certify that I am neither
13 counsel for, related to, nor employed by any of the
14 parties or attorneys in the action in which this
15 proceeding was taken, and further that I am not
16 financially or otherwise interested in the outcome of
17 the action.
18    Certified to by me on this, the 3rd day
19 of January, 2023.
20
21        _____
         VANESSA J. THEISEN, Texas CSR, RPR
22       Texas Cert No. 3238
         Expiration Date: 10/31/23
23       Integrity Legal Support Solutions
         Firm Registration No. 528
24       9901 Brodie Ln., Ste. 160-400
         Austin, Texas 78748
25       (512) 320-8690
         www.integritylegal.support