# Ex. 37



# Texas Department of Public Safety
## Performance Evaluation
## Trooper

*Mission: Protect and Serve Texas*

Goals:
- Combat Crime & Terrorism
- Enhance Public Safety
- Enhance State-wide Emergency Management
- Enhance Licensing & Regulatory Services

## PART 1: Employee Information

a. Employee's Name (Last, First, Initial): Sams, Jerald

b. I.D. No.: 70021277689

c. Position: Trooper
   Level: SrTrp

d. Division: THP

e. Region/District/Co: 7/B/06

f. Section/Bureau: N/A

g. Type of Evaluation: ☒ Annual   ☐ Probationary   ☐ Close-out   ☐ Special

h. Period Covered: From January 1, 2017   To December 31, 2017

---

HR-reviewed by: _____   Date _____

☐ Accepted   ☐ Rejected and returned to customer

---

Name (Last, First, Initial): Sams, Jerald     I.D. No.: 70021277689

## PART 2: Job Duties (Comments required for each evaluated Job Duty)

### JOB DUTY 1: LEADERSHIP

*Performance Rating:*

☐ Exemplary    ☒ Skilled/Effective    ☐ Competent    ☐ Marginal    ☐ Ineffective

**Comments:**

Exhibits Integrity; Promotes Teamwork; Gains the respect of others through own action and attitude; Exhibits courage and operates effectively under stress.

Trooper Sams is a veteran of the Mounted Unit beginning his tenure in January of 2014, less than a year after it began. Trooper Sams conducts his duties faithfully and with good intent. Trooper Sams has contributed greatly to the build up of the unit to what it is today. Over the past five years several people have come and gone through the unit; however, Trooper Sams has remained for love of the mission and the animals. Trooper Sams has sacrificed personally to serve on the unit and has become invaluable in this manner. Trooper Sams brings issues to the attention of his supervisor which he believes will negatively impact the Department if not handled properly and has done so when needed or requested.

Trooper Sams realizes he has a responsibility to report when necessary and understands this is directly correlated to the pursuit of the Department's mission. Trooper Sams' character will not allow him to dissolve into self-pity or other destructive emotional conditions. Trooper Sams has pushed through a difficult year, in such a manner, that sets an example of perseverance through adherence to moral principal. Due to the loyalty he has for what is necessary to make appropriate decisions Trooper Sams is able to depend on his already chosen principals and allow them to guide him through a troublesome time. Trooper Sams gains strength from his morality and is able to function as part of a group or on his own due to his strength of character and adherence to morality.

Trooper Sams seeks to be a good liaison for the Department. This is illustrated when Trooper Sams is put in contact with prospective donors of horses to the Department. Trooper Sams makes contact and conducts an evaluation of the horse while maintaining good relations and impressions of professionalism in his duties. Trooper Sams also goes above and beyond when it comes to this effort where we keep the horses and conduct the training. Trooper Sams assists Mrs. Baker in a manner becoming a gentlemen and Trooper serving in the Department. When no assistance is given, Trooper Sams will provide the necessary measure to keep good relations between her and the Department as she is the proprietor of the property used. Trooper Sams has been called upon to do so on several occasions. Trooper Sams is dedicated to his unit and wants to see it succeed. Trooper Sams has the ability to see the "big picture" of the Department when it comes to his unit and accepts all requirements and tasks handed down with the same energy and vigor as the ones proposed by the unit.

Trooper Sams seeks to understand as well as perform his given mission/assignment without bringing or allowing any notion of selfishness or negativity into the dynamic of the self. Due to these characteristics, members of the unit look to him for guidance and knowledge.

Name (Last, First, Initial): Sams, Jerald    I.D. No.: 70021277689

## PART 2: Job Duties (Comments required for each evaluated Job Duty)

### JOB DUTY 2: COMMUNICATION

*Performance Rating:*

☐ Exemplary   ☒ Skilled/Effective   ☐ Competent   ☐ Marginal   ☐ Ineffective

Comments:

• Actively listens and asks questions to ensure understanding; Focuses discussions on issues rather than personalities; Possesses effective verbal skills; Writes clearly and understandably; Shares an appropriate amount of information in a timely manner; Encourages others to share their opinions/views/suggestions; Uses non-verbal communication effectively

Trooper Sams is encouraged to remain cognizant of and improve on his active listening skill set. Trooper Sams is able to have conversations on points of fact or main points while not straying into superfluous discussion. Trooper Sams does listen to the opinions and ideas of others. Trooper Sams does value the input and points of view from others. Trooper Sams is aware not all ideas are bad or good, just that some may not be a part of the mission plan at the point in time they are brought up. This does not negate his efforts in research and innovation. Trooper Sams is able to transition to another avenue of productivity and apply his efforts there.

Trooper Sams' written communication skill is above average. He communicates on a skilled level and understands the value of effective communication. Trooper Sams understands the link between effective communication and effective leadership.

Trooper Sams is often sought out by his unit and supervisor to compile written communication to the chain of command due to this skill. Trooper Sams is encouraged to not only construct the implements for the unit, but to teach them as well. His common reports are turned in on time and accurate to a degree requiring little to no correction. Trooper Sams takes constructive criticism well and dissects it to see where he can apply it for the best improvement and outcome.

Trooper Sams does keep his supervisor informed as it relates to the broad strokes of the unit and is encouraged to stop by more often. Trooper Sams does share an appropriate amount of information with his supervisor and is seen by his supervisor as trustworthy and dependable.

Name (Last, First, Initial): Sams, Jerald     I.D. No.: 70021277689

## PART 2: Job Duties (Comments required for each evaluated Job Duty)

### JOB DUTY 3: JOB KNOWLEDGE AND EXECUTION

*Performance Rating:*

☒ Exemplary   ☐ Skilled/Effective   ☐ Competent   ☐ Marginal   ☐ Ineffective

Comments:
Trooper Sams is skilled and effective in the knowledge of the Region and its operation as it relates to the Capitol Complex and the mounted unit. Over the last (4) years, Troopers Sams has been the constant in the unit and has amassed a wealth of knowledge and experience. From becoming a trainer for new Troopers in mounted police instruction to learning to trim the horses' hooves, Trooper Sams is an integral part of the unit. Trooper Sams is encouraged to pass on the knowledge he has gained to further the unit. Trooper Sams did participate in the 2017 legislative session where he was assigned to augment the manpower of the Detail side of the Region. From liaison to security, Trooper Sams performed his duties in an effective and professional manner.

Trooper Sams is instrumental in carrying out the mission of the unit. He is relied upon to be the "lead" trooper while on duty in the Capitol Complex and Grounds during protests, rallies and demonstrations. As these events bring the need for extra security measures, the Mounted Unit is called to duty to assist in providing these measures. Trooper Sams was deployed to the Texas A&M campus during one such protest/event and performed to the expectation of the Department, earning praise from the supported agencies. Trooper Sams also participated in the inter-agency training between US Border Patrol and DPS. In this effort, DPS MHPU trained the USBP in tactics and techniques of crowd management at the Austin Expo Center. This marked the first time in history where the Department trained the Border Patrol Mounted Unit.

Trooper Sams and the Mounted Unit did participate as part of the escort and motorcade for a previous Governor of the State of Texas at the Texas State Cemetery. As a member of the only mounted unit allocated to the Department, Trooper Sams is a part of the Region VII Honor Guard which functions as the premier Honor Guard for the State and is sought for service when dignitaries lives are honored. Trooper Sams brings an honorable and professional demeanor and performance to the unit during these events. Along with the service provided to the fallen Governor, Trooper Sams also participated in the Honor Guard and service of the unit during Trooper Nipper's and Trooper Allen's funerals. These brought a unique challenge to the Department and especially to those involved in the events. Trooper Sams carried out his duties without fail!

Trooper Sams was instrumental in attaining new saddles that better suited the MHPU. Trooper Sams coordinated and researched the saddles needed and was able to attain them through TDCJ. Trooper Sams was also asked by Regional Director Ortiz to compile a cost summary of operations for the MHPU. This was in an effort to show what it costs for the unit to function on a day to day basis. The cost summary was presented to some State Senators by Regional Director Ortiz, who were looking to donate to the unit.

Name (Last, First, Initial): Sams, Jerald          I.D. No.: 70021277689

## PART 2: Job Duties (Comments required for each evaluated Job Duty)

### JOB DUTY 4: TACTICAL READINESS

*Performance Rating:*

☐ Exemplary   ☒ Skilled/Effective   ☐ Competent   ☐ Marginal   ☐ Ineffective

Comments:

• Always uses the appropriate amount of force necessary to make an arrest; Maintains proficiency in use of force tactics and methods so that when force is necessary it can be used appropriately to avoid potential injury to the subject and officer; Demonstrates proficiency in high risk covert and overt tactical driving scenarios; Remains tactically vigilant and mentally and physically prepared to immediately respond to active shooter and other high threat situations both on and off duty; Maintains a high degree of tactical preparedness through proper training, physical preparation, proficiency and maintenance of equipment and weapons; Quickly detects and effectively responds to counter arrest tactics such as the use of chase and blocking vehicles, deployment of spikes, moving and fixed blockades, secondary Improvised Explosive Devices and ambush scenarios; Maintains a high degree of physical conditioning and professional appearance for the challenges ever present in order to protect the public, fellow officers and themselves; Maintains mental preparedness, preparation, and planning in order to respond with the appropriate level of intensity in a timely manner for all situations; Trains consistently with issued weapons and tools in order to be properly prepared; Employs sound tactics, techniques and procedures when executing search and arrest warrants and responding to other high risk situations.

Trooper Sams is tactically sound and exceeds all expectations in this category as it applies to his current position. Trooper Sams only uses the necessary force needed to affect the arrest. Trooper Sams has not had a chargeable fleet this rating period due to his sound driving tactics as a motor vehicle operator and received his 20 Safe Driver Award. Trooper Sams does maintain an acceptable degree of physical conditioning and has passed the Department's PRT this period without complication. Trooper Sams is able to respond to any threat or situation he may come across. Trooper Sams qualified this period with all issued firearms over 90%.

Name (Last, First, Initial): Sams, Jerald          I.D. No.: 70021277689

## PART 3: Signatures & Comments

**EMPLOYEE**

*I certify that this performance evaluation has been discussed with me. I understand that my signature does not necessarily indicate agreement.*

Employee's Signature: _____   Date: 2/7/18

Printed Name: Jerald Sams, Senior Trooper

Employee comments (optional)          ☐ Please check box if attaching additional pages

**SUPERVISOR**

*I certify that this performance evaluation represents my best judgment of the employee's performance.*

Supervisor Signature: _____   Date: 2-7-18

Printed Name: Timothy D. Blackmon, Lieutenant

Supervisor comments          ☐ Please check box if attaching additional pages
(This space is reserved for responding to any employee comments. It is not used for general comments.)

**REVIEWER**

*I have read and approved this performance evaluation.*

Reviewer: _____   Date: 2-15-18

Printed Name: Jeremiah Richards, Captain

Reviewer comments (optional)          ☐ Please check box if attaching additional pages

In Line Review #1: _____   Date: 2/20/18

Printed Name: Chris Jones, Major

In Line Review #2: _____   Date: _____

Printed Name: _____

☐ Recommended for permanent employment *(if applicable)*

9928E Trooper (Rev. 1-17)                                                      000375 of 6