# Ex. 38

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## EEOC INQUIRY QUESTIONNAIRE



For Official Use Only – Inquiry Number:

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Questionnaire will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer **all** questions completely and briefly. Please write clearly.

After completing this Questionnaire (Form 290A), **return it immediately** to the EEOC office identified in the cover letter to this Questionnaire, or to the receptionist if you are completing this Questionnaire in an EEOC office. Instead of completing this Inquiry Questionnaire, you can submit an inquiry online at https://publicportal.eeoc.gov/portal/.

**Please note:** This Questionnaire is not a Charge of Discrimination.

This Questionnaire is **not intended** for use by applicants for federal jobs or employees of the US government. For complaints of job discrimination in federal employment, see http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm.

| Personal Information | Last Name: MarTinez    First Name: Daniel    MI: ___ |
|---|---|
| | Home Phone: _____    Cell: (___) _____   Email Address: _____ |
| | Street Address: _____    Apt.: _____ |
| | City: MaNOR    County: Travis  State: TX  Zip Code: 78653 |
| | What is the best way to reach you? Cell/Mail |
| | What are the best days and times to reach you? Any DAY/TIME |
| | Do you need language assistance? Yes ☐   No ☒ |
| | If so, what do you need? NA |
| | Date of Birth: __/__/__    Sex: Male ☒  Female ☐ |
| | General information about you that will allow us to serve all individuals better: |
| | i. Are you Hispanic or Latino? Yes ☒  No ☐ |
| | ii. Do you have a disability? Yes ☒  No ☐ |
| | iii. What is your race? Please choose all that apply: American Indian or Alaskan Native ☐   Asian ☐   White ☐   Black or African American ☐   Native Hawaiian or Other Pacific Islander ☐ |
| | iv. What is your National Origin (country of origin or ancestry)? Mexican |
| Who can we contact if we are unable to reach you? | Name: Diana Martinez    Relationship: Wife |
| | Address: _____    City: MaNoR  State: TX  Zip Code: 78653 |
| | Home Phone _____   Cell: (___) _____   Email Address: _____ |

**THIS QUESTIONNAIRE IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. State the date the action happened.<br>Date: 12/18/2020  Action: Hardship Transfer Denial<br>Denied transfer, given option to demote despite available vacancy<br>Date: 9/28/2020  Action: Passed over for Captain Promotion<br>Harassed, Threatened for Protected Activity<br>Name of Person(s) Responsible: Chief Ruvero, Assistant Chief Goodwin, Et al. |
| **What reason(s) were you given for this job action?** | Reason(s) I was told I had a "bonifide" hardship but due to previous work history in El Paso, I had to demote<br>Who told you this? Chief Ruvero, RD Alanis  His or Her Job Title: Chief / Director |
| **What is your job, previous job, or the job you applied for?** | Date Hired: 10/15/2000  Job Title at Hire: Lieutenant CID Capitol<br>Annual Pay Rate When Hired: $89,074  Last or Current Annual Pay Rate: $89,074<br>Job Title at Time of Alleged Discrimination: Lieutenant<br>Date Your Employment Ended: Current  Select One: Quit ☐ Discharged/Laid off ☐<br>Name and Title of your Immediate Supervisor: Captain Mark Koenig<br>Job Applicants - What was the title of the job you applied for: Captain<br>Date you applied: 7/30/2020  Date you found out you were not hired: 9/28/2020 |

Was another person in the same or similar situation treated the same, better, or worse than you?
EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: Christopher B. Hanson  Job Title: Lieutenant<br>Check how they are different from you:<br>Age ☐  Color ☑  Disability ☐  National Origin ☐  Race ☑  Religion ☐  Sex ☐<br>How were they treated better? Was favored by Capt. Koenig, received better work schedule, awards, promotion opportunities  Date: 2019-Present<br>2. Name: Tammy Leach  Job Title: Lieutenant<br>Check how they are different from you:<br>Age ☐  Color ☑  Disability ☐  National Origin ☐  Race ☑  Religion ☐  Sex ☑<br>How were they treated better? Preferred by Captain Heather Krueger, low standards, preference on personnel, overtime, transfer opportunities, pay  Date: 2019-Present |
| **Who was treated WORSE than you?** | Name: Jari McPherson  Job Title: Special Agent<br>Check how they are different from you:<br>Age ☐  Color ☑  Disability ☐  National Origin ☐  Race ☑  Religion ☐  Sex ☐<br>How were they treated worse? Constantly scrutinized, denied waiver for travel policy, denied transfer, harassed by co-Lieutenants and Capt.  Date: 2019-2020 |

**THIS QUESTIONNAIRE IS NOT A CHARGE OF DISCRIMINATION**

| Who do you believe discriminated against you? | Employer ☑   Union ☐   Employment Agency ☐   Other Organization ☐ <br> Organization Name: Texas Department of Public Safety (TX DPS) <br> Street Address: 5805 North Lamar Blvd                    Suite: ____ <br> City: Austin         County: Travis     State: TX   Zip Code: 78152 <br> Name of Human Resources Director or Owner: Valerie Brown, Chief <br> Email Address: Valerie.Brown@dps.texas.gov   Phone number of organization: (512) 424-5900 <br> How many employees (estimated) does the organization have at all locations? Please check one: <br> Less than 15 ☐   15-100 ☐   101-200 ☐   201-500 ☐   More than 500 ☑ <br> Tell us where you work(ed), or applied to work, if it is different from the organization address above: <br> Street Address: _____ Suite: ____ <br> City: _____ County: _____ State: ____ Zip Code: ____ |
|---|---|
| Why do you think you were discriminated against? | I believe I was discriminated against because of: <br><br> ☐ Age (40 or older) – Your age: _____ <br><br> ☑ Color – Your color: Brown <br><br> ☐ Disability – Circle all that relate to this inquiry: <br>   ⊙ I have a disability <br>   o I had a disability in the past <br>   o I don't have a disability but I am treated as if I have a disability <br>   o I am closely related to or associated with a person with a disability <br> Your disability: PTSD <br> Is your employer aware of your disability? Yes ☐  No ☑ <br> If yes, how? _____ <br><br> ☐ Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing <br><br> ☑ National origin – Your national origin: Mexico <br><br> ☑ Race – Your race: White - Hispanic <br><br> ☐ Religion – Your religion: _____ <br><br> ☐ Sex (including pregnancy, gender identity, or sexual orientation) <br><br> ☑ Retaliation – Circle all that relate to this inquiry: <br>   ⊙ I filed a charge of job discrimination about any of the above <br>   ⊙ I contacted a government agency to complain about job discrimination <br>   ⊙ I complained to my employer about job discrimination <br>   ⊙ I helped or was a witness in someone else's complaint about job discrimination <br>   o I requested an accommodation for my disability or religion <br><br> ☐ None of the above – Your basis for this inquiry: _____ |

**THIS QUESTIONNAIRE IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **Who was treated the SAME as you?** | Name: Brenda Helton  Job Title: Administrative Assistant<br>Check how they are different from you:<br>Age ☑  Color ☐  Disability ☐  National Origin ☐  Race ☐  Religion ☐  Sex ☐<br>How were they treated the same? Ostrized because of supporting me and harassed by employers. Date: Jan 2021 |
| **Are there any witnesses to any of the job actions taken against you? If yes, please tell us what they will say.** | 1. Name: Jori McPherson  Job Title: Special Agent<br>Address: _____  Phone: (251) 258-5193<br>What will they tell us? His treatment by Carl, Mark Koenig and disparities towards our squad consisting of minorities<br>2. Name: Brenda Helton  Job Title: Administrative Assistant<br>Address: _____  Phone: (512) 481-4502<br>What will they tell us? Her treatment by Co-Lieutenant unfair treatment, harassment and retaliation. |
| **Have you already filed a charge on this matter with the EEOC?** | Yes ☐  No ☑<br>If yes: Date you filed: _____  Charge Number: _____ |
| **Have you filed a complaint on this matter with another agency?** | Yes ☐  No ☑<br>If yes: Agency name: _____<br>Date you filed: _____  Complaint Number: _____ |
| **Do you have someone representing you in this matter?** | Yes ☑  No ☐<br>If yes: Attorney ☐  Union ☐  Other ☐<br>Name: Leonard Mungo  Date of Contact: 9/15/2021<br>Email address: MUNGOL16@MSN.COM  Phone: (313) 903-3303 |
| **Privacy Act Statement** | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC INQUIRY QUESTIONNAIRE 290A, ISSUED Sept. 1, 2017. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Inquiry Questionnaire 290A, Issued Sept. 1, 2017. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces laws similar to the EEOC's laws. If you would like to file a charge of discrimination immediately, contact the EEOC office closest to you. We recommend that you keep a copy pf this Questionnaire and the Cover Letter for your records.

**THIS QUESTIONNAIRE IS NOT A CHARGE OF DISCRIMINATION**

## ATTACHMENT "A"
### *Danny Martinez*

## *CLASS ALLEGATIONS:*

I also file these charges because I believe that the TEXAS DEPARTMENT OF PUBLIC SAFETY (Agency) maintains a pattern or practice of discrimination against minorities and specifically African Americans and Hispanics by creating and maintaining a "Racially Hostile Environment" and Retaliation against African Americans, Hispanics and other Minorities/Protected Classes when those individuals report and or file formal and or informal complaints against the TEXAS DEPARTMENT OF PUBLIC SAFETY. I have been unlawfully discriminated against and victimized by the Agency by being subjected to "Racially Hostile Environment" Retaliated against for reporting unlawful discriminatory treatment. I believe there are similarly situated minorities, including but not limited to African Americans and Hispanics that have been unlawfully discriminated against and victimized by the TEXAS DEPARTMENT OF PUBLIC SAFETY by being subjected to "Racially Hostile Environment" Retaliated against for reporting same including being denied the opportunity for career enhancing assignments, promotions and denied reasonable accommodations. I file this charge on behalf of all of those individuals. The Agencies' policies that create and maintain said unlawful discriminatory work conditions for African Americans, Hispanics and other minorities/protected classes is neither job-related nor consistent with business necessity and adversely impacts African Americans, Hispanics and other minorities/protected classes.



Robert S. Notzon <robertsnotzon@gmail.com>

## EEOC INTAKE AND DISCRIMINATION COMPLAINT FORM

**Case Action** <caseaction@mungoatlaw.com>   Mon, Oct 4, 2021 at 3:10 PM
To: "dscenice@gmail.com" <dscenice@gmail.com>, "robert@notzonlaw.com" <robert@notzonlaw.com>, "mschulman@schulmanlaw.com" <mschulman@schulmanlaw.com>, "jschulman@schulmanlaw.com" <jschulman@schulmanlaw.com>
Cc: Brandyn Mungo <bmungo@mungoatlaw.com>, Nathan Mungo <NMungo@mungoatlaw.com>

FYI.

L. Mungo

---

**From:** KELLY ROBINSON <KELLY.ROBINSON@EEOC.GOV>
**Sent:** Monday, October 4, 2021 3:53 PM
**To:** Dallas Intake <dallasintake@eeoc.gov>
**Cc:** Case Action <caseaction@mungoatlaw.com>
**Subject:** FW: EEOC INTAKE AND DISCRIMINATION COMPLAINT FORM

Mr. Mungo,

I will forward this document to the Dallas Intake department for processing. For future inquiries, it is best to use the electronic Portal since we are all working remotely and do not have access to the mail normally. Through the Portal the Charging Party can sign the charge electronically and it is immediately served to the Respondent. It also allows the Charging Party to make an appointment to speak to an investigator about their complaint.

Thank you.


Kelly Robinson, MBA
Investigator
(972) 918-3609

EEOC implemented 100% Agency-Wide Telework on March 17, 2020. Limited staff is available to process mail, I encourage you to use email as your primary method of communication with me during this period.

**From:** Case Action <caseaction@mungoatlaw.com>

**Sent:** Monday, October 4, 2021 2:05 PM
**To:** EEOintake@twc.texas.gov; KELLY ROBINSON <KELLY.ROBINSON@EEOC.GOV>
**Cc:** dscenice@gmail.com; Brandyn Mungo <bmungo@mungoatlaw.com>; Nathan Mungo <NMungo@mungoatlaw.com>; robert@notzonlaw.com; mschulman@schulmanlaw.com; jschulman@schulmanlaw.com
**Subject:** EEOC INTAKE AND DISCRIMINATION COMPLAINT FORM

Dear Sir/Madam:

Please find attached hereto a copy of my client, Lt. Danny Martinez's EEOC Intake and Employment Discrimination Complaint Form. Please file same in your normal manner. I can be readily reached on my cell at: (313) 903-3303, should you have any questions. We look forward to speaking with you in the near future.

Please confirm receipt of this e-mail and attached above referenced form. Thank you and stay safe !

Leonard Mungo, Esquire



**Please note our change of address and new telephone number.**

MUNGO & MUNGO AT LAW, PLLC
31700 Telegraph Road, Suite 250
Bingham Farms, Michigan 48025
P- (248) 792-7557
F- (248) 792-7303
e-mail- caseaction@mungoatlaw.com

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.
**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.
**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments

received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEDGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.


**MARTINEZ EEOC INTAKE FORM AND COMPLAINT.pdf**
2243K