UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JARI MCPHERSON and JERALD SAMS, and DANIEL MARTINEZ, <br>     *Plaintiffs,* <br><br> v. <br><br> TEXAS DEPARTMENT OF PUBLIC SAFETY, and Director Steven C. McCraw, in his official capacity, <br>     *Defendants*. | Case No. 1:20-cv-01223-DAE |

### PLAINTIFF MARTINEZ'S NOTICE OF PARTIAL NONSUIT OF CLAIMS

1. Plaintiff Martinez hereby files this notice of his partial nonsuit[1] of claims to wit Martinez avers the following:

2. Martinez voluntarily non-suits his current live claim of disability discrimination in the denial of two promotions to Captain under the ADA against Director Steven C. McCraw, in his official capacity.

3. This nonsuit eliminates all claims against Director Steven C. McCraw, in his official capacity, such that the remaining claims maintained by the three plaintiffs in this case are all against only Defendant Texas Department of Public Safety ("DPS").

4. To be clear, Martinez specifically retains his right to pursue on appeal his claims for retaliation under Title VII of the Civil Rights Act against DPS, which this Court dismissed on summary judgment [Dkt. 63].

5. Those appeal rights have not ripened and will not until final judgment has been rendered on the case as a whole.

---

[1] Also referred to as a voluntary dismissal.

1

6. Martinez files this notice of partial non-suit in the interest of justice, fairness, and efficiency for the parties and the Court.

> Respectfully submitted,
>
> Leonard Mungo
> Mungo & Mungo At Law, PLLC
> 31700 Telegraph Rd., Ste 250
> Bingham Farms, MI 48025
> caseaction@mungoatlaw.com
> (248)792 7557
> LEAD ATTORNEY FOR PLAINTIFFS
>
> */s/ Robert Notzon*
> Robert Notzon
> The Law Office of Robert Notzon
> Texas Bar No. 00797934
> 1502 West Avenue
> Austin, Texas 78701
> Robert@NotzonLaw.com
> (512) 474-7563
>
> Joseph Lucas
> Skupin & Lucas, P.C.
> 290 Town Center Dr., Ste 324
> Dearborn, MI 48126
> jlucas@skupinandlucas.com
> (313) 961 04325
> CO-COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification to all counsel of record through ECF by the United States District Court, Western District of Texas, Austin Division, on December 8, 2025 to:

Drew Harris, Assistant Attorney General
General Litigation Division
Drew.Harris@oag.texas.gov

> */s/ Robert Notzon*
> Robert Notzon